UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENJAMIN ASHMORE,

                Plaintiff,                11-CIV-8611 (LBS/JLC)

v.

CGI GROUP INC. and CGI FEDERAL INC.,

                Defendants.

---

### DECLARATION OF MARYBETH CARRAGHER IN SUPPORT OF CGI GROUP, INC. AND CGI FEDERAL INC.'S MOTION TO DISMISS THE COMPLAINT

MARYBETH CARRAGHER hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am Vice President of Consulting Services for CGI Federal Inc. I respectfully submit this Declaration in support of Defendants' motion to dismiss.

2. Attached hereto as Exhibit A is the "formal offer letter" that plaintiff received on or about April 21, 2009. This "offer letter" is cited to by plaintiff in paragraph 60 of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 19, 2011

By: _/s/ Marybeth Carragher_
Marybeth Carragher