David N. Mair [DM-8883]
KAISER SAURBORN & MAIR, P.C.
111 Broadway
New York, New York 10006
(212) 338-9100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BENJAMIN ASHMORE,                                               11 Civ. 8611 (AT)

                Plaintiff,

  -against-                                                      **NOTICE OF MOTION**

CGI GROUP, INC. and CGI FEDERAL INC.,

                Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE THAT, upon the declaration of David N. Mair, Esq., dated September 27, 2013, and the accompanying memorandum of law, counsel for the plaintiff will move this Court on a date and time to be set by the Court, before the Hon. Analisa Torres, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, allowing plaintiff's counsel of record to withdraw.

Dated:  New York, New York
         September 27, 2013

                                          KAISER SAURBORN & MAIR, P.C.
                                          Attorneys for Plaintiff

                         By:        _____/s/_____
                                         David N. Mair [DM-8883]
                                       111 Broadway
                                       New York, New York 10006
                                       (212) 338-9100