UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BENJAMIN ASHMORE,

                      Plaintiff,

   v.

CGI GROUP INC. and CGI FEDERAL INC.,

                      Defendants.
_____

**NOTICE OF MOTION**

11-CIV-8611 (AT/JLC)

      PLEASE TAKE NOTICE ON BEHALF OF DEFENDANTS CGI GROUP INC. AND CGI FEDERAL INC. that, upon the Memorandum of Law dated February 12, 2015, Defendants Rule 56.1 Statement, the accompanying Declaration of Stuart F. Klein and the exhibits thereto, the accompanying Declaration of Marybeth Carragher and the exhibits thereto, the accompanying Declaration of Panos Carragher and the exhibits thereto, the accompany Declaration of Leslie Pierce, the accompany Declaration of Tony Gorris, the accompany Declaration of Shawn Steen, the accompany Declaration of Dennis Ryan, the accompany Declaration of Michael Ashbrook, and the accompany Declaration of Tracey Rudy, defendants CGI Group Inc. and CGI Federal Inc. (collectively "Defendants") will move this Court, before the Honorable Analisa Torres, United States District Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 15-D, New York, New York 10007, for an order dismissing plaintiff's remaining causes of action pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      Pursuant to the Court's January 5, 2015 Order: Defendants' filing deadline for their motion for summary judgment is February 12, 2015; Plaintiff shall have until

February 26, 2015 to file his opposition papers; and Defendants shall file their reply papers by March 5, 2015.

Dated:  Albany, New York
        February 12, 2015

                BOND, SCHOENECK & KING, PLLC

                 s/Stuart Klein
                Stuart F. Klein (SK-5219)
                *sklein@bsk.com*
                Attorneys for Defendants
                CGI Group Inc. and CGI Federal Inc.
                22 Corporate Woods Blvd.
                Albany, New York  12211
                Telephone:  (518) 533-3000
                Fax:  (518) 533-3299

TO:   HERBST LAW PLLC
       420 Lexington Avenue
       Suite 300 New York
       New York 10170
       (646) 543-2354