# Exhibit 1

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

BENJAMIN ASHMORE,

        Plaintiff,

        -against-          11 Civ 8611
                              (JMF)
CGI GROUP, INC. AND CGI FEDERAL
INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - -x

        DEPOSITION of TONY GORRIS, taken by

Defendants, pursuant to Notice, held at the

offices of Kaiser, Saurborn & Mair, P.C., 111

Broadway, New York, New York, on Thursday, June

13, 2013, commencing at 10:25 a.m., before

Margaret M. Harris, a Shorthand (Stenotype)

Reporter and Notary Public within and for the

State of New York.

2

```
 1

 2
        A P P E A R A N C E S:
 3

 4           KAISER, SAURBORN & MAIR, P.C.
                 Attorneys for Plaintiff
 5               111 Broadway
                 New York, New York  10006
 6
             BY:  DAVID N. MAIR, ESQ.
 7

 8
             BOND SCHOENECK & KING
 9               Attorneys for Defendants
                 111 Washington Avenue
10               Albany, New York  12210-2211

11           BY:  STUART KLEIN, ESQ.

12

13      P R E S E N T:

14         Marybeth Carragher

15         Jacquenette M. Holmes, Esq.

16         Benjamin Ashmore

17

18

19

20

21

22

23

24

25
```

3

```
1
2              IT IS HEREBY STIPULATED AND
3         AGREED that the filing and sealing of
4         the within deposition be, and the same
5         are hereby waived;
6              IT IS FURTHER STIPULATED AND
7         AGREED that all objections, except as
8         to the form of the question, be and
9         the same are hereby reserved to the
10        time of the trial;
11             IT IS FURTHER STIPULATED AND
12        AGREED that the within deposition may
13        be sworn to before any Notary Public
14        with the same force and effect as if
15        sworn to before a Judge of this Court;
16             IT IS FURTHER STIPULATED that
17        the transcript is to be certified by
18        the reporter.
19
20
21
22
23
24
25
```

4

1

2      T O N Y    G O R R I S, called as a witness,

3              having been first duly sworn/affirmed by

4              Margaret M. Harris, a Notary Public within

5              and for the State of New York, was examined

6              and testified as follows:

7      EXAMINATION

8      BY MR. MAIR:

9          Q      Good morning, Mr. Gorris.  My

10     name is David Mair.  I am going to be

11     questioning you today in a deposition.

12             If at any point during the

13     deposition you don't understand the question or

14     you don't hear the question, then let me know

15     and I'll rephrase it or repeat it, as

16     appropriate.

17         A      Okay.

18         Q      Another couple of ground rules.

19     Just if you can answer all questions verbally

20     instead of by a nod or a gesture, that will help

21     the court reporter take it down.

22             In addition, if you can wait for

23     the question to be fully completed before

24     answering, again, that will make sure that we

25     get an accurate record today.  I will try to do

5

                          Gorris

1
2      the same for you with your answers.

3              A       Okay.

4              Q       Can you state your full name for

5      the record?

6              A       Tony Gorris.

7              Q       And where do you currently

8      reside?

9              A       Lakewood, Ohio.

10             Q       And where do you currently work?

11             A       CGI Federal.

12             Q       And which office?

13             A       The Cleveland office.

14             Q       Can you run through for me your

15     educational background?

16             A       Starting with college?

17             Q       Starting with college, yes.

18             A       I did my undergrad work at the

19     University of Dayton.  I got a bachelor's in

20     political science.

21                     And then I got a joint law degree

22     and master's in public administration at

23     Cleveland State University.

24                     I graduated from Dayton in '92

25     and Cleveland State in '96.

6

1                           Gorris

2          Q      Was your joint master's and law

3     degree done full time or part time?

4          A      Yes.

5          Q      Were you working at the same time

6     as you were taking that degree?

7          A      Part time.

8          Q      Part time where?

9          A      A variety of odd jobs.

10                I don't know -- do you want me to

11    go into those?

12         Q      You can tell me by category, if

13    you want to tell me by category.

14         A      The first two years it was just

15    cleaning jobs.  I did some painting jobs.

16                And then later on I worked for

17    about a year for Cleveland State with their

18    master's program.  They had a grad assistant

19    that I received.

20                And then following that I worked

21    for some attorneys in Fairview Park, Ohio,

22    Hildebrandt, Williams & Farrell.

23         Q      And, I'm sorry, what year did you

24    say you got your bachelor's?

25         A      I got my bachelor's in '92.

7

1                        Gorris

2          Q       Between '92 and starting your law

3    degree at Cleveland State, did you work

4    anywhere?

5          A       It was a four-year program.

6          Q       So you went straight from one to

7    the other?

8          A       Correct.

9                  I had a summer job of labor for a

10   waterproofing company.

11         Q       What was your first job after

12   Cleveland State after you graduated?

13         A       I continued working for

14   Hildebrandt, Williams & Farrell for

15   approximately two years.

16         Q       Did you take the bar exam?

17         A       I did.

18         Q       And did you pass it?

19         A       Yes.  I was admitted to the bar

20   in October of '96.

21         Q       To the Ohio bar?

22         A       Yes.

23         Q       Are you admitted in any other

24   states currently?

25                 Let me rephrase that.

8

1                         Gorris

2                 Have you been admitted in any

3       other states?

4                 A       No.

5                 Q       Are you still a member of the

6       Ohio bar?

7                 A       My license is inactive.

8                 Q       So you, after graduating from law

9       school, you worked at the Hildebrandt law firm

10      for two years, you said?

11                A       Approximately, yes.

12                Q       What type of work did you do

13      there?

14                A       Research.  They focus --

15      research, writing briefs.  I'm trying to

16      remember, it's been a while.

17                They were a family law practice

18      in the suburbs.  So just a lot of general

19      different types of things, small criminal cases,

20      domestic cases.

21                Q       So it's fair to say the area of

22      law in which you worked was primarily family law

23      with some criminal law?

24                A       Yes.

25                DUI types or small-level cases,

9

1                          Gorris

2    misdemeanors.

3            Q       After Hildebrandt, where did you

4    work?

5            A       I worked for a company called

6    Shaker Square Area Development.

7            Q       What type of business was that?

8            A       It was nonprofit development

9    corporation.

10           Q       And why did you leave

11   Hildebrandt?

12           A       I didn't find the work

13   interesting.

14           Q       So to get into other areas of

15   law?

16           A       Yes -- it wasn't -- I was -- when

17   I was -- I was not planning on practicing my

18   entire career.

19           Q       When you went to work at Shaker

20   Square, what did you do there?

21           A       I worked -- we did -- we worked

22   with a commercial district, I worked with that.

23   They received community development block grant

24   funds from the City of Cleveland.

25                   So we helped the commercial

10

Gorris

1

2   district market themselves and to do

3   beautification programs and to get grant monies.

4              We also had a couple of

5   development projects, commercial and

6   residential, some that were in the process of

7   being developed, bought by our company to be

8   developed.  They had gone into disrepair and

9   others that we currently owned that we were

10  managing, so property management was an aspect

11  of it, as well.

12             And then from time to time I

13  would do some legal work for them, some

14  evictions, things of that nature.

15             Some property tax, if there were

16  issues with property taxes, things like that.

17       Q    So your position was a

18  combination of legal and nonlegal work?

19       A    Correct.

20             I would say it was about

21  90 percent nonlegal.

22       Q    What was your role on the

23  development, property development and property

24  management side?

25       A    It would, for the development, it

11

1                          Gorris

2    was usually after purchase, working to get the

3    units rented.

4                    And the one I was most directly

5    involved with was an apartment building, working

6    to get the units renovated, because it was in

7    such a state of disrepair, and finding

8    contractors.  And, yeah, just getting it

9    rehabilitated and ready for management.

10            Q      How long did you work at Shaker

11   Square?

12            A      I would say approximately two

13   years, two to three years, two to three years.

14            Q      And that was approximately '98 to

15   2001; is that correct?

16            A      I stated with CGI in July of

17   2000.  So it would have been, it was more than

18   two years, but less than three, because I

19   remember I went through two pay cycles.

20            Q      Do you remember when you left

21   Hildebrandt?

22            A      No.  Approximately -- no.

23            Q      Did you have a title at Shaker

24   Square?

25            A      I cannot remember it.

                                                    12
1                          Gorris

2              Q       So in July of 2000 you began work

3       at CGI?

4              A       Yes.

5              Q       Why did you leave Shaker Square?

6              A       Looking for more growth

7       opportunity.  It was a small corporation.

8              Q       And you went to work immediately

9       at CGI after that?

10             A       Yes.

11             Q       What was your first position at

12      CGI?

13             A       It was in a quality assurance

14      role.

15             Q       Do you remember the title?

16             A       Quality assurance specialist, I

17      believe.

18             Q       How long did you have that

19      position?

20             A       Four to five months.

21             Q       Who did you report to?

22             A       Kind of a blend, because it was a

23      startup between Marybeth and George Pilla, if I

24      remember correctly.

25             Q       Were you based out of the

13

1                          Gorris

2    Cleveland office?

3          A      Yes.

4          Q      Have you always worked out of the

5    Cleveland office?

6          A      No.  No.  One year out of our

7    Oakland office.

8          Q      What year was that?

9                  MR. KLEIN:  You can answer

10                 the question.

11                 Go ahead.

12         A      That would have been 2004 to

13   2005.

14                 MR. KLEIN:  David, so

15                 there is no confusion, I just

16                 want to make sure that -- I don't

17                 know if CGI, I don't think he has

18                 changed employers, so to speak,

19                 but I think there's some mergers

20                 and acquisitions that we talked

21                 about yesterday, so Tony may be

22                 confused.

23                 I just want the record to

24                 be as clear as possible.

25         Q      When you say you went to work at

14

1                           Gorris

2      CGI in July of 2000, was the entity that you

3      worked for then called CGI?

4              A       No, it was not.

5              Q       What was it called?

6              A       It was called IMR Global.

7              Q       Was IMR Global acquired by CGI at

8      some point?

9              A       Yes.

10             Q       Do you recall when that was?

11             A       I don't recall the exact date.

12             Q       And did your employment with the

13     company overall continue after the acquisition

14     of IMR by CGI?

15             A       Yes.

16             Q       It continued uninterrupted?

17             A       Yes.

18             Q       And throughout your time working

19     for IMR and/or CGI, you have always worked in

20     the Cleveland office with the exception of the

21     one year that you told us you worked in Oakland?

22             A       Correct.

23             Q       Can you just describe generally

24     your job duties in the quality assurance role?

25             A       At that time we had just, I was

15

1                           Gorris

2      hired right after they won the Ohio contract and

3      it was, the job responsibility at that point in

4      time was to set up the QA responsibilities and

5      the QA roles and then transitioned into actually

6      doing the quality assurance.

7                Q       You were saying the QA roles?

8                A       Yes, I'm sorry.  QA as in quality

9      assurance.

10               Q       And this was on the Ohio PBCA

11     project?

12               A       Correct.

13               Q       And CGI or, I guess, IMR at that

14     point had just won Ohio PBCA work; is that

15     correct?

16               A       Yes.

17               Q       And you said you were in the QA

18     position for six or seven months?

19               A       Correct.

20               Q       What was your next position?

21               A       Regional manager.

22               Q       For what region?

23               A       It initially was Lucas region and

24     Stark.

25               Q       S-T-A-R-K?

16

1                          Gorris

2          A       Yes.

3          Q       Stark region?

4          A       Yes.

5          Q       What are the Lucas and Stark

6    regions?

7          A       The Ohio contract at that time

8    was divided into four regions, and the regions

9    were named after the larger counties, and Lucas

10   was the county in the Toledo area and Stark was

11   the county in the Canton, Ohio area.

12         Q       So you were regional manager for

13   two regions of the Ohio PBCA?

14         A       Correct.

15         Q       How long did you have that

16   position?

17         A       I had that until approximately

18   early 2004 -- I'm sorry 2003, early 2003.

19                 So about three years.

20                 And I also did the Trumbull

21   region, as well.

22         Q       Trumbull?

23         A       Yes.

24         Q       So if I'm doing the math right,

25   you started at CGI or the predecessor company in

17

Gorris

1
2    July of 2000, you were in the QA role for six or

3    seven months, which takes us to early 2001.

4                    So am I correct that you were in

5    the regional manager role for approximately two

6    years?

7         A       Yes, approximately two years.

8         Q       Until early 2003?

9         A       Yes.  General dates, yes.

10        Q       What were your job

11   responsibilities as regional manager?

12        A       I was responsible for dealing

13   with our subcontractors who did our management

14   reviews.

15                   I was responsible for reviewing

16   those management reviews and making sure they

17   were compliant and run out timely.

18                   I was responsible for working

19   with our central staff, which was IMR, or CGI

20   staff.  They were responsible for processing

21   vouchers, which were subsidy payments for

22   owners, and they were also responsible for doing

23   contract renewals and rent adjustments.

24                   Those were the big tasks.

25        Q       To whom did you report during

18

1                       Gorris

2     that period as regional manager?

3            A       Marybeth Carragher.

4            Q       You reported directly to her?

5            A       Yes.

6            Q       From that point onwards until

7     today, have you continuously reported directly

8     to Ms. Carragher?

9            A       Yes.

10           Q       And have you ever had a legal

11    role at CGI?

12           A       No.

13           Q       Or at IMR?

14           A       No.

15           Q       You have only been on the

16    business side?

17           A       Yes.

18           Q       In terms of your corporate title

19    as regional manager, was your corporate title

20    that of manager?

21           A       Yes.

22           Q       What was your next role at CGI?

23           A       It was area manager.

24           Q       Did you then supervise a number

25    of regional managers?

19

1                          Gorris

2          A      Yes.

3          Q      Who reported directly in to you?

4          A      Yes.

5          Q      Did your corporate title remain

6    that of manager?

7          A      Yes.

8          Q      During what period were you area

9    manager?

10         A      Approximately early 2003 until

11   May 2004.

12         Q      Were you the area manager for all

13   of Ohio or only a portion?

14         A      Ohio is divided into two areas,

15   if you will, the Columbus area and the Cleveland

16   area.

17                I was responsible for the

18   Cleveland area.

19         Q      And, again, your duties were

20   limited to PBCA duties; is that correct?

21         A      There was nothing substantial

22   outside the PBA that I can recall.

23         Q      PBCA?

24         A      PBCA, yes.

25         Q      After area manager, what was your

20

1                          Gorris

2     next job?

3          A     I became the transitional team

4     manager, if you will, for the California PBCA

5     contract, which evolved into client rep.

6          Q     So you began as transition team

7     manager and than you became client

8     representative?

9          A     Yes.

10         Q     Did you continue to have any

11    responsibilities for Ohio during that time?

12         A     Only as I transitioned out and

13    then in -- I've since become involved in Ohio

14    again, but in 2004 for a number of years my main

15    PBCA focus was just California.

16         Q     Had CGI just won the California

17    PBCA?

18         A     Yes.

19         Q     And that was the transition role

20    that you played?

21         A     Yes.

22         Q     In terms of client

23    representative, can you describe what was

24    involved in that role?

25         A     I'm sorry.  Can you repeat the

21

Gorris

1     question?

2          Q     Yes.

3                In terms of being the client

4     representative for California, what was involved

5     in that role?

6          A     My role with the California

7     contract is, one, for overall management of the

8     contract.

9                All of the team in California

10    reports, except all of the operations team in

11    California reports directly to myself, and then

12    as far as client representative, I also deal

13    with the client as far as making sure that our

14    contract, the requirements of our contract are

15    being met, that they are happy with our

16    performance, and, of course, they are given the

17    information from us to pass timely and to report

18    back to their board.

19         Q     How long did you have the client

20    representative, area client representative role?

21         A     I am still responsible for the

22    California contract in all of those aspects.

23         Q     Did your duties change at some

24    point?

22

```
1                        Gorris

2                I guess the question is, did they

3      expand at some point for California?

4                          (Whereupon, at 10:45 Ms.

5                Holmes left the room.)

6          A       For California?

7                During the startup, I would say

8      during the initial four to six months, I was

9      mostly responsible on the operations side, and

10     Marybeth Carragher had a bigger role on the

11     client side.

12         Q       In 2004 you began your role as

13     client representative for California?

14         A       Yes.

15         Q       What was your next position or

16     change or expansion of position?

17         A       In 2005, approximately 2005,

18     honestly I don't recall the specific date, for

19     about a year I served as the client

20     representative, similar, if not the exact same

21     role with the Florida PBCA.

22         Q       What was your next position?

23         A       I'm sorry, actually in probably,

24     before that, some of these things blend together

25     because the dates overlap.
```

23

```
 1                      Gorris
 2              In late 2005, I served as, I
 3      guess you would call it a transitional team
 4      leader, for lack of a better term, for the New
 5      York PBCA.  I was very involved with that for
 6      about two years.
 7              Q      That was when CGI won the
 8      subcontract of work for New York?
 9              A      Yes.
10              Q      So it sounds like you've had
11      duties that have sort of been added and
12      subtracted over a period of time?
13              A      Yes.
14              Q      Can you continue the description
15      of that until today so we get an overview?
16              A      Sure.
17              So in 2005, beginning in
18      approximately September of 2005, I added the
19      transitional team roles for New York.
20              Initially I was responsible for
21      the bringing on of the work in process and also
22      with the identification and hiring of staff.
23              As that went to the, the contract
24      went live, my focus became more on the team that
25      was doing the management reviews, and I worked
```

24

Gorris

1
2    directly with that team, just getting them up to
3    speed on the compliance requirements and getting
4    the managers comfortable with what their roles
5    were and how to use our systems and just
6    understanding all the different compliance
7    requirements that are part of that.
8              During that period I also,
9    probably in about early 2006 I became involved
10   with the Florida PBCA for about a year working
11   directly with the state manager and the client.
12   It was a role similar to California, although I
13   would say I was much less involved with Florida
14   than I was with California.  It wasn't a
15   startup.
16        Q    Did you continue having
17   involvement with California and New York when
18   you also had involvement with Florida?
19        A    Yes.
20        Q    So what was the next change in
21   your role?
22        A    For New York I was involved for
23   about two years.  So I would -- I don't know if
24   you need the end date, I don't know that I would
25   remember the end date.

25

Gorris

1

2          For Florida, I was involved with

3     that for about a year.

4          And then I would say the next,

5     sometime during that period my role changed

6     from, to director of consulting services, and we

7     began to look at what was coming up with the

8     recompete.

9          I don't recall the date of when

10    we actually started looking at that hard, but

11    that was an area where I became more involved in

12    October of -- and this wasn't that long ago,

13    2012, I became -- no, I'm sorry, October 2011, I

14    took over responsibility for client management

15    and operations for the Ohio and D.C. PCBA

16    operations.

17              (Whereupon, at 10:50 a.m.,

18              Ms. Holmes enters the room.)

19        Q     You took that over from Tracey

20    Rudy?

21        A     Yes.

22        Q     When she left the company?

23        A     Yes.

24        Q     When did you become director of

25    consulting services?

26

Gorris

1
2       A       I believe it was 2006.

3       Q       And when you became director, did

4    your duties change in terms of your client

5    relationship management duties with various

6    state PBCA work?

7       A       No.

8       Q       So it was a change in title?

9       A       Yes.  My duties had changed.

10              It was the title catching up to

11   the duties, I believe.

12      Q       Up until 2006, your corporate

13   title was that of manager?

14      A       No.  Actually, in 2005 for about

15   a year I had the, a year to a year and a half, I

16   guess, I had the title of executive consultant.

17      Q       And that was a higher title than

18   manager; is that correct?

19      A       Yes.  It's my understanding, yes.

20      Q       If you are not sure, then you can

21   tell me.

22              I guess my question is, was it a

23   higher title or a title --

24      A       It was considered a higher title.

25      Q       -- that was a similar level in

27

1                          Gorris

2     the hierarchy?

3            A      I'm sorry?

4            Q      Was it higher or a similar level

5     of the hierarchy or lower?

6            A      It was considered in our group a

7     higher title.

8            Q      Your group being?

9            A      The practice that reported

10    through Marybeth Carragher, and I guess at that

11    time George Pilla.

12           Q      So the BPS group?

13           A      Yes.

14           Q      When you became an executive

15    consultant, was there a salary increase as a

16    result of that?

17           A      Yes.

18           Q      So you held that for about two

19    years prior to becoming director?

20           A      Approximately, yes.

21           Q      Now, in terms of the states that

22    you have had responsibility for from 2006

23    onwards, can you just list for me the states

24    that you have had responsibility for during some

25    or all of that time?

28

1                        Gorris

2          A      Sure.

3                 For our PBCA operations, I had

4    responsibility for, responsibility, I'm sorry,

5    can I ask you a clarifying question?

6          Q      Sure.

7          A      When you say "responsibility

8    for," do you mean the entire operations

9    responsibilities or any involvement in?

10         Q      Let's start off with entire

11   operations responsibility?

12         A      Okay.

13                I have had entire operations

14   responsibility in the past or currently for

15   California, Florida, D.C., the District of

16   Columbia and Ohio.

17         Q      During what period did you have

18   that for California?

19         A      I would say approximately October

20   2004 through, and I still have that

21   responsibility.

22         Q      Florida?

23         A      I had it for about a year.  I

24   don't recall the exact dates.  Around 2006,

25   2007.

29

Gorris

1

2      Q      And when did you have

3  responsibility for D.C.?

4      A      That began in approximately

5  October 2011.

6      Q      And it continues?

7      A      Yes.

8      Q      And Ohio?

9      A      That began approximately October

10  2011 and that continues.

11      Q      Have you, during the time that

12  you have been director, have you had any

13  responsibilities outside of the PBCA work?

14      A      Yes.

15      Q      What responsibilities?

16      A      I've had responsibilities --

17  well, most recently I'm involved with the State

18  of New York, with their Sandy recovery project.

19  I am working with their group that is doing the

20  call center.

21      Q      Have you had responsibility for

22  other non-PBCA consulting work?

23      A      That would be an example of it,

24  the Sandy recovery.

25              Also I have had responsibilities

                                                    30
1                      Gorris

2      for short projects that we did with the Chicago

3      Housing Authority.

4                      I have had business development

5      responsibilities, and I know, but can't recall

6      the exact requirements of the work that I have

7      had other responsibilities, as well, both, I

8      know definitely within CGI where I participated

9      in teams just that have looked at ways to do

10     things better within CGI.

11          Q       Have you headed the pursuit of

12     any work other than the ones you have listed,

13     beyond the PBCA?

14                      MR. KLEIN:  Object to the

15                      form.

16          Q       So other than the Chicago Housing

17     Authority and the Sandy recovery project, have

18     you been the person leading a pursuit for other

19     work, whether you won it or didn't win it?

20          A       I have never led a formal pursuit

21     at CGI.

22          Q       Have you been on teams that have

23     been involved in pursuits?

24          A       Yes, I have.

25          Q       And who have those teams been led

31

1                         Gorris

2    by?

3         A     I have been involved with the

4    PBCA pursuit and that team was led by Marybeth

5    Carragher.

6               I do not recall outside of PBCA

7    any additional ones that I have been involved

8    with.

9         Q     And the PBCA, you are talking

10   about the rebid by HUD?

11        A     Both the rebid and looking at

12   ways to grow our business prior to that.

13        Q     For example, by winning New York?

14        A     I wasn't involved in New York,

15   but we had at times looked and spoken with other

16   jurisdictions to see if they were interested in

17   our services, such as Southern California.

18        Q     And these were discussions with

19   public housing authorities to see whether they

20   may be interested in having CGI replace the

21   current subcontractor that they were working

22   with?

23               MR. KLEIN:  Object to the

24               form.

25        Q     Is that correct?


                 MCM REPORTING SERVICE
                    (516) 775-5209

32

Gorris

1

2          A       In some cases, yes, they were

3     sometimes state agencies, they were sometimes

4     doing that work themselves.

5               They didn't necessarily have

6     subcontractors.

7          Q       During the New York transition,

8     did you have any direct involvement with anyone

9     at HUD?

10          A       Yes, but limited.

11          Q       Who did you deal with at HUD?

12          A       I was -- I was never the main

13     contact with HUD.

14               I would be on e-mails or would

15     have to forward things from time to time.

16               I quite honestly don't recall the

17     names.

18          Q       What was the reason that you were

19     working out of the Oakland office for a year?

20          A       We had won the contract in May of

21     2004.  We had no staff out there.  We had no

22     office.

23               I was offered the opportunity to

24     live out there, so they had a presence out

25     there.

33

1                          Gorris

2          Q      Did you do anything to prepare

3    for today's deposition?

4          A      Other than meet with the

5    attorneys prior.

6          Q      So without telling me what was

7    said in the meeting, how many times did you meet

8    or speak with the attorneys for the purposes of

9    preparing for today's deposition?

10         A      Twice, I believe.

11         Q      Once this morning?

12         A      Yes.

13         Q      For about an hour?

14         A      I don't know the time; half hour

15   maybe.

16                And once approximately five days

17   ago.

18         Q      Was that in person or by phone?

19         A      The one today in person, the

20   previous one by phone.

21         Q      How long did the previous phone

22   call last?

23         A      Twenty minutes maybe.

24         Q      Have you reviewed any documents

25   in preparation for today's deposition?

34

                              Gorris

1

2       A       No.

3       Q       Have you in the last six months

4  reviewed any documents relating to the HUD rebid

5  process?

6       A       Only -- well, the rebid process

7  is ongoing, so I am continuing looking at

8  documents related to the rebid process.

9       Q       So let me change the question

10  then.

11              Have you looked at any documents

12  from 2010 relating to the rebid process in the

13  last six months?

14      A       The only time I recall looking at

15  documents related to the rebid process was when

16  I was pulling them in a request for information.

17      Q       From the attorneys for this case?

18      A       Yes.

19      Q       What information did you pull for

20  the attorneys?

21      A       I pulled all documents that were

22  requested.

23              I believe that they were related

24  all to our -- well, any documents related to the

25  rebid I believe was what was requested.

35

1                              Gorris

2                    So that would have been

3       everything that I had related.

4            Q      When you gathered that to give to

5       the attorneys, did you read the substance of any

6       of those documents?

7            A      No.

8            Q      Were you asked to gather any

9       communications that you had had with Mr. Ashmore

10      as part of that process?

11                       MR. KLEIN:  I'm going to

12                  object to the extent that it asks

13                  for, it infers that you're asking

14                  for communication between

15                  counsel.

16                       MR. MAIR:  I'll change it.

17           Q      Did you search for any

18      communications between yourself and Mr. Ashmore

19      in order to give them to the attorneys?

20           A      I cannot recall how I conducted

21      the search.

22                    I know I went through all my

23      files from those years.

24                    I am sure that if I had any

25      direct e-mails to Mr. Ashmore that I sent them.

36

1                         Gorris

2            Q      Let's talk a little bit about the

3    HUD rebid process.

4            A      Okay.

5            Q      The PBCA work that's awarded by

6    HUD can only be awarded to a public housing

7    authority; is that correct?

8            A      Yes.

9            Q      And over the years CGI has sought

10   to enter into partnerships with public housing

11   authorities as a subcontractor doing some or all

12   of the PBCA work for that location, correct?

13           A      Yes.

14           Q      And at the time HUD announced

15   that it was going to rebid the PBCA work, CGI

16   was a subcontractor for a number of states,

17   correct?

18           A      Yes.

19           Q      And at that point in time CGI was

20   a subcontractor for a total of something in the

21   region of 270,000 units; is that correct?

22           A      That's a close approximation,

23   yes.

24           Q      267,000; is that correct?

25           A      I don't know.  I would -- that's

37

                        Gorris

1
2    very close to what my knowledge is.

3          Q      And when HUD announced that it

4    was going to rebid the PBCA work, CGI saw this

5    as an opportunity to try to increase the number

6    of units that it was subcontractor for, correct?

7          A      Yes.

8          Q      And the initial approximate

9    number of units that CGI was targeting was

10   somewhere in the region of 900,000; is that

11   correct?

12         A      I don't recall.

13         Q      You mentioned earlier you were

14   part of a team at CGI headed by Ms. Carragher,

15   whose responsibility it was to handle the rebid

16   process of the PBCA, correct?

17         A      Yes.

18         Q      And was that group internally

19   referred to as the rat pack?

20         A      Yes.

21         Q      And while Mr. Ashmore worked for

22   the company, during a period of time he was on

23   the rat pack, correct?

24         A      I -- yes.  Yes.

25         Q      And the rat pack essentially

38

                              Gorris

1

2      comprised Ms. Carragher and her direct reports;

3      is that fair to say?

4              A      Yes.

5              Q      I'm going to show you what was

6      marked yesterday as Plaintiff's Exhibit 1, which

7      is an organizational chart.

8                      If you take a look at Ms.

9      Carragher's group in that organization, leaving

10     aside Diane Wright, is it fair to say that all

11     of those people listed were part of the rat

12     pack?

13             A      (Perusing document.)  Yes.

14             Q      And Michael McManus was also part

15     of the rat pack?

16             A      Yes.

17             Q      And throughout the rebid process

18     the rat pack met on occasion and had numerous

19     conference calls to strategize and implement the

20     rebid, correct?

21                      MR. KLEIN:  Object to the

22                      form.

23             A      Yes.

24             Q      And were you part of that process

25     from beginning to end?

39

1                            Gorris

2            A      Yes.

3            Q      And I understand it's ongoing,

4     but by "end" in this case, I'm referring to the

5     point at which the rebid proposals were put in

6     in the initial rebidding of that ACC contract?

7            A      Yes.

8            Q      Now, at some point during that

9     process HUD announced to the industry that it

10    was considering putting in place certain

11    restrictions on both public housing authorities

12    and subcontractors, correct?

13           A      Yes.

14           Q      And one of those restrictions was

15    a restriction on the number of units that any

16    public housing authority or subcontractor could

17    apply for in the rebid, correct?

18           A      Yes.

19           Q      It was known as the unit cap?

20           A      Yes.

21           Q      And initially HUD announced it as

22    a proposal to the industry that it was

23    considering imposing, correct?

24                       MR. KLEIN:  Object to the

25                       form.

40

1                        Gorris

2          A      I don't recall if -- how they

3     made the announcement.

4          Q      You don't recall whether they

5     announced it, first of all, as a proposal and

6     later on as a decided upon restriction; is that

7     what you're saying?

8          A      I do not recall if they first put

9     it out as a proposal or if it was first put out

10    as a this is how we are going to proceed.

11         Q      When HUD first talked about a

12    unit cap, the rat pack started strategizing

13    about how to deal with a unit cap, correct?

14                    MR. KLEIN:  Object to the

15                    form.

16         A      Yes.

17         Q      And is it fair to say that

18    initially the rat pack's strategizing comprised

19    two different elements, one was a lobbying

20    effort to try to ensure that no unit cap was

21    actually implemented as part of the rebid

22    process?

23         A      Can you restate the question?

24         Q      Yes.

25                    As part of its strategizing, did

41

                              Gorris

1

2      the rat pack come up with ways in which they

3      could lobby HUD to try to persuade HUD not to

4      implement the unit cap?

5              A       That is not my recollection.

6              Q       Tell me your recollection.

7              A       There was the -- there was one

8      big facet of what our strategy would be would be

9      to not have the unit cap.

10                     I don't recall the rat pack team,

11     other than generally talking about it, being

12     involved with the lobbying effort.

13                     I believe that that was something

14     that was not handled directly on that call, as

15     part of that team meeting.

16             Q       So let me see if I understand.

17                     You're saying there was

18     discussion amongst the rat pack about CGI's

19     lobbying efforts, but the rat pack was not

20     directly involved in directing those efforts?

21             A       Not the entire rat pack.

22             Q       A subgroup of the rat pack was?

23             A       I don't -- I believe they were

24     working actually with the, with individuals in

25     Fairfax.

42

1                       Gorris

2          Q      Regardless of who was directing

3     the effort, it's fair to say that one strategy

4     that CGI was implementing as part of the rebid

5     was to try to persuade HUD not to impose a unit

6     cap, correct?

7          A      Yes.

8          Q      And at that point in time, a

9     final decision had not been reached by HUD on

10    the unit cap, correct?

11                     MR. KLEIN:  Object to the

12                form.

13         A      I do not know.

14                There was a break between when we

15    were aware of it and when the invitation to bid

16    was released.

17                I have no idea if HUD's mind was

18    made up or not.

19         Q      So sitting here today, you don't

20    recall there being a period of time during the

21    period that you were on the rat pack where HUD

22    had announced that it may impose a unit cap

23    restriction, but that it had not yet made a

24    final decision?

25                     MR. KLEIN:  Object to the

43

1                          Gorris

2                  form.

3          Q        Is that correct?

4          A        No.

5          Q        It's not correct?

6          A        There was a period of time when

7    HUD made the announcement of a unit cap to the

8    time that the invitation was released, in which

9    we looked at ways to lobby, which were handled

10   mostly outside of the rebid team call.

11         Q        During that period of time, was

12   it your understanding that HUD had made a final

13   decision that there was going to be a unit cap?

14         A        It was my understanding that HUD

15   had every intention to proceed down that route.

16                  I have no idea how final their

17   decision was.

18         Q        Was there a discussion on some of

19   these rat pack calls about how final the HUD

20   decision was?

21         A        Yes.

22         Q        And what do you recall about

23   those discussions?

24         A        I recall that we felt there was

25   at least enough room there to try and lobby, and

44

1                            Gorris

2      there was also an understanding that we should

3      be prepared for that.

4           Q      An understanding that the rat

5      pack should be prepared for the eventuality that

6      the lobbying was unsuccessful, correct?

7                       MR. KLEIN:  Object to

8                       form.

9           A      We should be prepared for all

10     options.

11          Q      So during the rebid process, the

12     rat pack discussed various options that CGI

13     could utilize in the event the unit cap stuck;

14     is that correct?

15          A      Yes.

16          Q      And that was discussed over a

17     number of months of rat pack phone calls and

18     meetings, correct.

19          A      I don't recall the time frame,

20     but it was several, several calls, at least

21     several months, I would imagine.

22          Q      When you say you would imagine,

23     are you saying that your recollection is not

24     clear on that today?

25          A      My recollection is not clear.

45

1                      Gorris

2          Q      Initially the number of units

3    that HUD was talking about for the cap was

4    300,000, correct?

5          A      That sounds correct, yes.

6          Q      And later on they increased that

7    number to 400,000, correct?

8          A      Yes.

9          Q      And ultimately when the proposal

10   came out, it was slightly over 400,000, correct?

11         A      I believe it was a percentage,

12   so, yes.

13         Q      It was a percentage of the total

14   units under the overall PBCA program, correct?

15         A      Yes.

16         Q      Now, at some point in time there

17   was a discussion amongst rat pack members of the

18   possibility of forming new corporate entities in

19   order to get around whatever unit cap was put in

20   place, correct?

21                      MR. KLEIN:  Object to the

22                      form.

23         A      I would not call it a discussion.

24         Q      What would you call it?

25         A      My recollection is that it was

MCM REPORTING SERVICE
(516) 775-5209

46

Gorris

1    mentioned on one call in which it was very

2    shortly after HUD announced the potential of the

3    unit cap, that it may have -- it was probably

4    the first call after HUD announced the unit cap,

5    that Marybeth started off the call just by

6    trying to get everybody refocused, because it

7    was a surprise, and that she said that she's

8    gotten a number of different ideas, I recall her

9    mentioning that idea specifically, and that she

10   said that that is not something we will be

11   pursuing and that was where the discussion began

12   and ended.

13           Q       Let me see if I understand your

14   answer correctly.

15                   Your recollection sitting here

16   today is that the first time the idea of setting

17   up separate corporate entities to get around the

18   unit cap was discussed was also the very last

19   time that it was discussed, is that your

20   recollection?

21           A       Yes.

22           Q       Is that a definitive recollection

23   sitting here today?

24           A       That's the only discussion I can

47

                              Gorris

1

2    remember us having.

3         Q     And are you certain sitting here

4    today that the first time that was discussed Ms.

5    Carragher said on that occasion that it was not

6    an option that would be discussed any further?

7         A     I recall her saying that it was

8    not something that we were looking to pursue.

9         Q     And you are testifying that in

10   the first call that it was ever discussed she

11   said that?

12        A     That's what I recall, yes.

13        Q     I just want to make sure I

14   understand what you're saying.

15              Are you telling me that you don't

16   recall it being discussed in any other call, or

17   are you telling me that you recall definitively

18   that it was not discussed in any other call?

19                   MR. KLEIN:  Object to the

20                   form.

21        A     If it was ever brought up again,

22   it was never something that was discussed or

23   pursued with any type of energy.

24              It may have been mentioned for

25   ten seconds or by somebody else, but it was

48

1                          Gorris

2      never a strategy, an option or anything else.

3            Q      I understand that it might not

4      have been pursued.

5                    My question is, is it your

6      recollection that the concept may have been

7      discussed for however short a period of time in

8      more than one rat pack call?

9                          MR. KLEIN:  Object to the

10                   form.

11           A      I don't remember it ever being

12     discussed on a rat pack call again.

13           Q      You don't recall it being

14     discussed, but you are not able to say

15     definitively that it was not discussed on any

16     other call; is that correct?

17                         MR. KLEIN:  I believe his

18                   answer was "I don't remember."

19                         MR. MAIR:  I'm asking the

20                   witness.

21                         MR. KLEIN:  But he has

22                   answered the question.

23                         MR. MAIR:  Well, then you

24                   have an objection and that's

25                   noted.

MCM REPORTING SERVICE
(516) 775-5209

49

1                          Gorris

2          A       Can you repeat the question?

3          Q       Yes.

4                  Sitting here today, Mr. Gorris,

5    can you tell me categorically that the only time

6    the concept of potentially setting up multiple

7    corporate entities to get around the unit cap

8    was discussed was on only one occasion?

9          A       No.

10         Q       Now, when the concept of setting

11   up multiple corporate entities to get around the

12   unit cap was brought up, is it your recollection

13   it was brought up by Ms. Carragher?

14         A       She brought it up in that

15   meeting.

16                 I believe that she was responding

17   to something somebody else had brought up to

18   her.

19                 We were all thinking, trying to

20   think of ideas.

21                 I may have even brought it up to

22   her, I don't recall, but I know that we were all

23   coming up with, trying to figure out how to get

24   around this.

25         Q       Is it fair to say that the rat

50

1                          Gorris

2      pack was brainstorming for ideas that may or may

3      not be used to get around the unit cap?

4              A      Yes.

5              Q      And as part of that

6      brainstorming, did Leslie Pierce come up with an

7      idea that maybe outside corporate entities could

8      be used for the rebid and then ultimately CGI

9      could acquire those corporate entities after the

10     contract was awarded?

11                       MR. KLEIN:  Object to the

12                       form.

13             A      No.

14             Q      Did anyone ever discuss on any

15     phone call or in-person meeting or informal

16     discussion at a bar or somewhere else the

17     concept, as a proposed concept, that CGI might

18     be able to set up corporate entities outside of

19     CGI for the rebid and then after the contract

20     was awarded reacquire those entities?

21             A      Not in my presence.

22             Q      You are stating that

23     definitively?

24             A      Yes.

25             Q      So let's leave aside the part

51

1                          Gorris

2    about reacquiring or acquiring these entities

3    after the contract was awarded.

4              A     Okay.

5              Q     Tell me everything you remember

6    about the discussions of the concept of setting

7    up outside corporations that could be used to

8    get around the unit cap.

9                    MR. KLEIN:  Object to the

10                   form.

11             A     The only discussion I remember

12   was the one I previously referenced in which

13   Marybeth brought up that the suggestion had been

14   made to pursue this with outside companies owned

15   by current members of CGI and that this was not

16   something that we would pursue.

17                   I believe we joked about it for a

18   couple of minutes and then moved on to the next

19   item on the agenda.

20             Q     So in that conversation, I'm

21   sorry, and that was a rat pack call that you

22   recall?

23             A     It was with the full team

24   members.  So, yes, it would have been a rebid

25   call.

52

1                          Gorris

2          Q      Was that a call that Mr. Ashmore

3     was present on?

4          A      I do not know.

5          Q      In that call Ms. Carragher said

6     that a concept had been raised of some of CGI

7     directors setting up outside companies for the

8     rebid process, correct?

9                        MR. KLEIN:  Object to the

10                       form.

11         A      She indicated that the concept

12    had been raised, that -- I don't recall the

13    number of people, but where it was, where the

14    idea was that we had a separate company set up

15    by a director or directors, I don't recall the

16    numbers.

17         Q      And that was referring to the

18    directors that reported in to Ms. Carragher?

19         A      Yes.

20         Q      Ms. Carragher also said during

21    that call that the concept that had been

22    proposed was that those outside companies set up

23    by the directors at some point in the future

24    would become part of CGI, correct?

25                       MR. KLEIN:  Object to the

53

1                         Gorris

2                  form.

3         A      I do not recall that ever being

4    part of that discussion --

5         Q      That was -- I'm sorry?

6         A      -- or any discussion.

7         Q      You understood that to be the

8    implication of what was described by Ms.

9    Carragher as having been proposed, the

10   implication being that after HUD awarded the

11   contract, those outside director companies would

12   somehow become part of CGI again, correct?

13                   MR. KLEIN:  Object to the

14               form.

15        A      We never discussed it in that

16   detail.  So, no.

17        Q      It's fair to say that from the

18   rat pack call that you recall, Ms. Carragher

19   referenced that there had been discussions prior

20   to that about the idea of setting up outside

21   companies that would be headed by CGI directors,

22   correct?

23                   MR. KLEIN:  Object to the

24               form.

25        A      I don't recall if it was

54

1                        Gorris

2    discussions or somebody sent an e-mail or what.

3    I don't know, I don't recall how it came to her

4    attention.

5            Q      She didn't say that in the call?

6            A      I don't remember if she did.

7            Q      So it's fair to say that the call

8    that you remember the rat pack having was a call

9    where Ms. Carragher described the concept of CGI

10   directors setting up outside companies for the

11   rebid to get around the unit cap and stated that

12   that concept was not going to be pursued; is

13   that a fair description of what you recall?

14           A      Can you repeat that?  I'm sorry.

15           Q      Yes.

16                       MR. MAIR:  Can you read

17                  that back, Margaret?

18                       (Whereupon, the record was

19                  read back by the reporter.)

20           A      Yes.

21           Q      Can you place that conversation

22   as to when it occurred?

23           A      I don't recall dates, but I know

24   it was immediately, and by "immediately," I mean

25   within a day, I believe, of HUD making the

55

                              Gorris

1

2    announcement on the cap.

3         Q     That's the announcement where

4    they stated that there would be a unit cap?

5         A     Yes.

6         Q     Do you recall that announcement

7    being made in June of 2010?

8         A     I don't recall.

9                   MR. MAIR:  Mark this as

10                  Exhibit 19.  It's an e-mail from

11                  William Durivage dated June 9,

12                  2010, together with an attachment

13                  that is headed "CAOM/PBCA

14                  Conference Call June 9, 2010."

15                      (An e-mail from William

16                  Durivage dated June 9, 2010,

17                  together with an attachment that is

18                  headed "CAOM/PBCA Conference Call

19                  June 9, 2010," was marked as

20                  Plaintiff's Exhibit 19 for

21                  identification, as of this date.)

22   BY MR. MAIR:

23        Q     Mr. Gorris, can you take a look

24   at what we have marked as Exhibit 19.

25                  MR. MAIR:  While you are

56

1                           Gorris

2              reviewing that, we will put a

3              statement on the record.

4                     As we agreed in

5              yesterday's deposition of Mr.

6              Kyprianou, some of the exhibits

7              that I'm using today do not have

8              the CGI production number or

9              confidentiality designation on

10             them and so we are going to treat

11             all of the exhibits as

12             confidential until I locate those

13             numbers, put them on the

14             document, we agree upon it, and

15             we agree as to those that are not

16             confidential.

17                    MR. KLEIN:  That's a fair

18             statement and we still will rely

19             upon the agreed-to

20             confidentiality agreement

21             regarding the treatment of the

22             confidential language within the

23             transcript of all the witnesses.

24                    MR. MAIR:  Yes, we'll

25             follow the procedure in the

57

1                            Gorris

2                      confidentiality stipulation.

3                            MR. KLEIN:  Perfect.

4          A        (Perusing document.)

5          Q        You received this e-mail on or

6     about June 9, 2010?

7          A        I'm sure.

8          Q        You are listed as a recipient?

9          A        Yes.

10         Q        You don't have any reason to

11    believe you didn't receive it?

12         A        I have no reason to believe I

13    didn't.

14         Q        Now, are you familiar with the

15    CAOM/PBCA conference call that's referred to in

16    that document?

17         A        Yes.

18         Q        It's a conference call that HUD

19    had with the industry in general to announce

20    updates on the PBCA rebid process; is that fair

21    to say?

22         A        Correct, yes.

23         Q        And Debra Lear was the HUD

24    official that typically handled the call?

25         A        She moderated, yes.

58

                              Gorris

1

2          Q        And if you take a look on both of

3     the attachments, that's labeled "Minutes of the

4     meeting," on Page 4, at the bottom of the page

5     it refers to the fact that there is going to be

6     a 400,000 unit cap.

7                    Do you see that?

8          A        Yes.

9          Q        Now, does that refresh your

10    recollection as to when HUD announced that it

11    was going to implement the unit cap?

12                    MR. KLEIN:  Object to the

13                    form.

14         A        No.

15         Q        Initially when HUD announced that

16    it was considering restrictions on the rebid

17    process, HUD said that it was considering a 10

18    percent profit restriction; isn't that correct?

19         A        At some point in time that was

20    part of their discussion, yes.

21                    I don't recall if initially, I

22    don't recall if that was part of their initial

23    discussions, but at some point that was.

24         Q        And then at a further point along

25    the process HUD announced that it had decided

59

                              Gorris

1

2    not to implement a profit restriction, correct?

3          A      Yes.

4          Q      And if you take a look at the

5    page after the page that we were looking at in

6    the minutes of the conference call,

7    unfortunately they are not numbered, it begins

8    at the top "New ACC"?

9          A      Yes.

10         Q      In the second bullet point it

11   states, "A lot of concerns about the profit

12   caps/admin fees, that has been taken out."

13                Do you see that?

14         A      (Perusing document.)  Yes.

15         Q      So does that refresh your

16   recollection that it was at the point of this

17   June 9th call that HUD announced that it was not

18   going to pursue the profit restriction?

19         A      (Perusing document.)  Yes.

20         Q      And does that help you place June

21   9, 2010, as also being the point in time that

22   HUD announced that it was definitely going to

23   include a unit cap?

24         A      No.

25         Q      You don't recall one way or the

60

1                          Gorris

2    other?

3            A       No, not based on what I'm

4    reading.

5            Q       And it doesn't help refresh your

6    recollection?

7            A       I'm still not certain.

8            Q       Is it your recollection that at

9    the time HUD announced that it had decided not

10   to impose the profit restriction, it also

11   announced that it was going to move ahead with

12   the unit cap restriction?

13           A       I don't know for certain.  No, I

14   don't know.  I don't remember.  I'm sorry.

15           Q       You don't remember?

16           A       No.

17           Q       You've mentioned the conference

18   call in which Marybeth Carragher said that CGI

19   was not going to pursue the idea of setting up

20   outside corporations that would be headed by

21   directors.

22                   Do you recall that testimony?

23           A       Yes.

24           Q       Other than that, during the

25   course of the PBCA rebid, did the rat pack

61

1                          Gorris

2       discuss other strategies that could be used or

3       potentially used to be able to bid on units

4       above the unit cap if it were imposed?

5             A     Yes.

6             Q     What other strategies were

7       discussed or potential strategies were

8       discussed?

9             A     One obviously is the lobbying

10      effort to remove it.

11                  The other one that I recall is

12      that we would partner -- that we would have our

13      partners do a higher percentage of the work so

14      that those units didn't count against our unit

15      cap.

16            Q     At some point in time HUD

17      announced that a subcontractor who performed

18      less than 50 percent of the work would not have

19      those units count against its unit cap; is that

20      correct?

21            A     Correct.

22            Q     And the way HUD defined less than

23      50 percent of the work was that the

24      subcontractor would have to employ fewer than 50

25      percent of the full-time equivalent employees

62

1                    Gorris

2    that did certain tasks on the projects, correct?

3                    MR. KLEIN:  Object to the

4               form.

5         A    Yes.

6         Q    And essentially the tasks that

7    the subcontractor would have to employ fewer

8    than 50 percent of the FTEs for were the main

9    day-to-day work under the PBCA contract,

10   correct?

11        A    Not -- no.

12        Q    How is that incorrect?

13        A    We looked at what work the

14   subcontractor would be doing on an individual

15   basis.  We -- it wasn't necessarily all going to

16   be the same work.

17        Q    The idea that a subcontractor

18   would not be held to the unit cap if they did

19   less than 50 percent of the work was referred to

20   at CGI as 49/51, correct?

21        A    Yes.

22        Q    And the working assumption, at

23   least during some period of time by the rat

24   pack, was that if CGI employed fewer than

25   50 percent of the full-time equivalent

63

```
1                         Gorris
2    employees, then it would not have the units for
3    that particular state counted against its unit
4    cap, correct?
5                    MR. KLEIN:  Object to the
6               form.
7         A     Yes.
8         Q     Let me show you what we marked
9    yesterday as Exhibit 14, which is produced as
10   CGI 5043 and 7694 confidential (handing).
11        A     (Perusing document.)
12        Q     Mr. Gorris, can you take a moment
13   to look at Exhibit 14, which is an e-mail dated
14   May 17, 2010, together with the attachment?
15                    MR. MAIR:  This is the one
16               that was missing a page.  I have
17               another copy.
18                    So do you want to call the
19               other copy 14A?
20                    MR. KLEIN:  I don't have a
21               problem.
22                    MR. MAIR:  Off the record.
23                    (Discussion off the record.)
24                    THE WITNESS:  Can we take
25               a short break?
```

64

```
 1                    Gorris
 2              (Whereupon, at 11:46 a.m., a
 3          recess was taken.)
 4              (Whereupon, Exhibit 14 was
 5          remarked to include all pages.)
 6              (Whereupon, at 12:07 p.m.,
 7          the deposition resumed without Ms.
 8          Holmes present.)
 9  BY MR. MAIR:
10       Q    Mr. Gorris, during the rebid
11  process, is it fair to say that there was
12  constant e-mailing of Excel spreadsheets and
13  PowerPoint presentations to the rat pack members
14  for purposes of discussing the rebid?
15              MR. KLEIN:  Object to the
16          form.
17       A    Yes.
18       Q    And if we look at Exhibit 14, is
19  this an example of one of those?
20              MR. KLEIN:  I don't
21          believe Mr. Gorris was a
22          recipient.
23       Q    You were not a recipient on this
24  e-mail, I see, so if you look at the group of
25  people that were recipients, can you
```

65

1                        Gorris

2    characterize what group of people this is in

3    terms of whether they are in the rat pack,

4    whether they're a subset of the rat pack or

5    whether they're above the rat pack?

6          A     I would characterize them as

7    being above the rat pack.

8          Q     If you take a look at the

9    PowerPoint that is attached to the e-mail dated

10   May 17, 2010, and it's headed "HUD PBCA

11   opportunity senior management committee progress

12   update."

13               Do you see that?

14         A     Yes.

15         Q     Have you ever seen this document

16   before or a version of this document or a draft

17   of this document?

18         A     I haven't reviewed it, so ...

19         Q     Take a moment to review it.

20         A     (Perusing document.) I'm familiar

21   with the information in here.  I don't know if

22   I've seen this exact one, but it's very

23   familiar.

24         Q     You have seen one that was

25   similar, if not the same one?

66

1                           Gorris

2          A       The information in here I've

3     seen, yes.

4          Q       If we turn to Page 4, which for

5     the record is the page that was missing in the

6     exhibit when it was originally marked yesterday,

7     but has not been added to Exhibit 14.

8          A       (Perusing document.)

9          Q       You are familiar with the

10    information on Page 4, correct?

11         A       Yes.

12         Q       And this reflects the lobbying

13    effort that CGI was undertaking to try to get

14    HUD to decide against a unit cap; is that fair

15    to say?

16         A       To the best of my knowledge, yes.

17         Q       And at this point in time, as of

18    May 17, 2010, HUD had not made a final decision

19    on whether or not to implement the unit cap,

20    correct?

21         A       I don't know how final their

22    decision was in their mind.

23         Q       Well, in terms of what was being

24    discussed within the rat pack that you were

25    involved with, am I correct that the discussion

67

1                        Gorris

2    within the rat pack was HUD has not reached a

3    final decision at this point to implement the

4    unit cap?

5         A      We were hopeful that we could

6    change, however long the decision-making process

7    were, we could affect that decision to be more

8    favorable for us.

9                I don't know, I don't know how

10   firm they were at HUD on the unit cap.

11        Q      If you look on Page 4 in the

12   second bullet point, it states, quote,

13   "Optimistic that cap can be removed," close

14   quote.

15               Do you see that?

16        A      Yes.

17        Q      Is it fair to say that around

18   that point in time, the middle of May, there was

19   a discussion amongst rat pack members that CGI

20   was optimistic that the unit cap could be

21   removed?

22                    MR. KLEIN:  Object to the

23               form.

24        A      I don't recall.

25        Q      Take a look at the next page,

68

```
 1                        Gorris
 2     that's Page 5.
 3                Do you see the first section that
 4     is headed "If unit cap"?
 5          A    Yes.
 6          Q    And that section describes in
 7     general the strategy that was being discussed
 8     within CGI that if the unit cap did remain in
 9     place for the rebid process, CGI would bid on
10     one group of states and stay within the 300,000
11     unit cap, and then bid on a second group of
12     states under what we earlier discussed as the
13     49/51 arrangement?
14          A    Correct.
15          Q    And if you look at the next
16     bullet point that says, "options for 51 percent
17     partner," there is a table next to that that
18     lists the pros and cons of different prime
19     partners, correct?
20          A    Yes.
21          Q    And under the pros for a PHA as
22     CGI's partner, it states, quote, "Willing to
23     transfer 51 percent to CGI after first year,"
24     close quote.
25                Do you see that?
```

69

1                           Gorris

2          A       (Perusing document.)  Yes.

3          Q       And that concept was discussed in

4    rat pack conference calls, correct?

5                    MR. KLEIN:  Object to the

6                    form.

7          A       Yes.

8          Q       The concept that was discussed at

9    a certain point in time by the rat pack was the

10   concept that for the states that were bid with

11   CGI as the 49-percent subcontractor, the public

12   housing authority may be willing to transfer

13   back the other 51 percent of full-time

14   equivalents after the rebid had been awarded,

15   correct?

16         A       Yes.  Yes.

17         Q       And CGI had an initial discussion

18   with at least one PHA about that concept,

19   correct?

20         A       I don't know.

21         Q       You spoke to the Denver Housing

22   Authority, correct?

23         A       Yes.

24         Q       You were the primary CGI contact

25   with the Denver Housing Authority?

70

1                          Gorris

2          A       Yes.

3          Q       And you met with executives of

4    the Denver Housing Authority to discuss the

5    49/51 scheme, correct?

6                          MR. KLEIN:  Object to the

7                    form.

8                          MR. MAIR:  And if the

9                    objection is to the terminology,

10                    I apologize.

11          Q       You met with the Denver Housing

12    Authority executives to talk about the 49/51

13    bidding concept, correct?

14                          (Whereupon, at 12:15 p.m.,

15                    Ms. Holmes enters the room.)

16          A       Yes.

17          Q       And you met with the finance

18    director; is that correct?

19          A       I believe that was her position,

20    yes.

21          Q       And you also met with the

22    executive director?

23          A       He was involved in some of the

24    conversations that we had over the course.

25                          He wasn't involved in all the

71

                              Gorris

1

2    conversations.

3         Q    And so let me expand my question

4    to include in-person meetings and conversations

5    that you had with the Denver Housing Authority.

6              You had discussions regarding the

7    49/51 bidding concept, correct?

8         A    Yes.

9         Q    And at some point in those

10   discussions you raised the possibility of a

11   transfer back of 51 percent after the bidding

12   was awarded, correct?

13                  MR. KLEIN:  Object to the

14              form.

15        A    I don't recall that.  I don't

16   believe we did.

17        Q    So sitting here today you don't

18   remember discussing that with the Denver Housing

19   Authority; is that your testimony?

20        A    I don't recall that being part of

21   the discussion.

22        Q    But you're not able to say

23   definitively that it was not, correct?

24        A    I guess I can't.

25              I'm almost positive it wasn't,

72

1                          Gorris

2     but I guess I don't recall.

3           Q      And sitting here today, is it

4     fair to say that of the public housing

5     authorities -- well, strike that.  Let me start

6     with something else.

7                  What other public housing

8     authorities were you the primary contact with?

9           A      The Oakland Housing Authority,

10    Denver, as you mentioned, the Chicago Housing

11    Authority and the Housing Authority of St. Louis

12    County.

13                 I believe that's all of them.

14          Q      Now, in your discussions with any

15    of those housing authorities, did you at any

16    time raise as a concept or a possibility the

17    idea that you could bid with them under the

18    49/51 arrangement and that they could transfer

19    back to you some of the 51 percent or all of the

20    51 percent after the bids were awarded?

21          A      It was never a major part of it,

22    and I don't recall ever having that discussion.

23          Q      When you say, "It was never a

24    major part of it," am I correct that you don't

25    recall definitively sitting here today whether

73

1                        Gorris

2    at some point in the process that concept was

3    floated with one or more of those housing

4    authorities?

5                        MR. KLEIN:  Object to the

6              form.

7         A     I don't believe it came up with

8    any of those authorities.

9         Q     Well, when you said earlier that

10   it wasn't a major part of the discussion, what

11   did you mean by that?

12        A     I meant if it was ever mentioned

13   that that never became a focus of it.

14              It was never about switching it

15   back.

16        Q     So that discussion, if it was

17   raised with one of those housing authorities,

18   didn't progress further than an initial

19   discussion; is that fair to say?

20                        MR. KLEIN:  Object to the

21             form.

22        A     It was never -- I don't remember

23   it ever being part of our working plans with any

24   of those housing authorities.

25        Q     I want to distinguish between

74

Gorris

1    what your working plans were, what you decided

2    to go with or didn't decide to go with.

3                    My question is focused on whether

4    the idea or the concept was ever raised, however

5    preliminarily, at any point in time in your

6    discussions with any of the four housing

7    authorities that you were the primary contact

8    with?

9    

10            A      I don't recall it ever being

11    raised.

12            Q      Now, other directors reporting to

13    Ms. Carragher were the primary contacts with

14    other housing authorities, correct?

15            A      Correct.

16            Q      In the discussions during the rat

17    pack calls where the concept of potentially

18    having a housing authority transfer back the

19    51 percent after the bid was awarded was

20    discussed, was it ever discussed that any of

21    those other directors would discuss that

22    concept, however preliminarily, with any of the

23    housing authorities that they were the contacts

24    with?

25            A      I don't recall.

75

1                           Gorris

2          Q      When during the course of the

3     rebid process did the rat pack discuss the

4     possibility of the 51 percent being transferred

5     back by the Housing Authority after the rebid?

6          A      I believe it was fairly early on,

7     you know, when we were just looking at all the

8     different possibilities out there.

9          Q      Looking at what we marked as

10    Exhibit 14, which is the PowerPoint spreadsheet,

11    it's fair to say that that concept of

12    transferring back the 51 percent after the rebid

13    was still being discussed as of May 17, 2010,

14    correct?

15                      MR. KLEIN:  Object to the

16                 form.

17         A      I can't answer, because I wasn't

18    part of this meeting.

19                      I'm not comfortable answering

20    that.

21         Q      Well, let me ask you something

22    different.

23                      The Exhibit 14 PowerPoint

24    presentation is a presentation of a type that

25    you had seen throughout your time in the rat

76

                              Gorris

1                              Gorris

2       pack, correct?

3                       MR. KLEIN:  Object to the

4                  form.

5            A      The material in here, I've seen

6       most of the material before, yes.

7            Q      And this, Exhibit 14, is a

8       PowerPoint presentation that is giving a

9       progress update to the senior management of CGI,

10      correct?

11                   If you look back at the first

12      page of that presentation, Page 2 of the

13      exhibit.

14           A      That is what it is titled.

15           Q      Do you have any reason to believe

16      that the information that was given in that

17      senior management committee progress update on

18      May 17, 2010 was inaccurate?

19           A      I have no way of knowing which

20      parts of this are completely accurate or not.

21           Q      Well, my question to you is,

22      sitting here today, I understand that you

23      haven't seen this document, this precise

24      document before, but as somebody who was

25      involved in the rat pack ongoing discussions

77

                              Gorris

1
2    throughout the rebid, do you have any reason to
3    believe that on May 17, 2010, an inaccurate
4    presentation would have been given to the CGI
5    senior management committee about the status of
6    that rebid?
7              A      I have no reason to believe that
8    the presentation would be inaccurate.
9                     I have updated and reused
10   previous PowerPoints before when doing
11   presentations to the same group over and over
12   again and forgotten to take pieces out.  So
13   that's why I can't comment.
14             Q      Just to be clear, you don't have
15   any specific reason to believe that that
16   happened in that case?
17             A      I have no reason to believe that.
18             Q      Who is Patricia Duffy?
19             A      She's an employee of CGI Federal.
20             Q      She was involved in the rat pack
21   discussions?
22             A      Yes.
23             Q      And she routinely circulated
24   materials to the rat pack members for discussion
25   during the calls, correct?

78

1                       Gorris

2          A      Yes.

3          Q      Now, during the course of the rat

4     pack discussions, did you ever see any

5     spreadsheets that modeled out under a 49/51

6     bidding arrangement what number of full-time

7     equivalent employees would be employed by CGI

8     and what number would be employed by the housing

9     authority?

10         A      At least for the states I was

11    involved with, probably all, yes.

12         Q      You did see that?

13         A      Yes.

14         Q      You saw that being modeled out

15    under a 49/51 arrangement, or under some other

16    arrangement or both?

17                MR. KLEIN:  Object to the

18                form.

19         A      I think both.  There were a lot

20    of spreadsheets going around during that time

21    period.

22                I know I saw the modeling for the

23    states I was involved with, and I believe it was

24    probably included in other material.

25                My focus was more on the states I

79

1                        Gorris

2    was involved with.

3            Q      Well, were any of the states that

4    you were involved with ultimately bid under a

5    49/51 arrangement?

6            A      I'm trying to get the different

7    bids in my mind separated.

8                        MR. KLEIN:  You are

9                        talking about the first round?

10           A      Right, right.

11           Q      Yes, I'm talking about the first

12   round.

13           A      Yes, yes.

14           Q      Has there been more than one

15   round of bidding?

16           A      Yes.

17           Q      Just so we can try to pinpoint

18   this in time, when approximately was the first

19   round of bidding?

20           A      It would have been, I believe the

21   response for proposals was around April 2011.

22           Q      That was the first round of

23   bidding?

24           A      Yes.

25           Q      And of the states that you were

80

1                          Gorris

2      responsible for, which ones in that April 2011

3      time frame bidding were bid under a 49/51

4      arrangement?

5             A      Denver, Missouri and Wisconsin.

6             Q      And who were the public housing

7      authorities that you teamed up with in each of

8      those?

9             A      Denver was the Denver Housing

10     Authority.

11                   Missouri was the Housing

12     Authority, St. Louis County, and Wisconsin was

13     the Chicago Housing Authority.

14            Q      For those three states, Denver,

15     Missouri and Wisconsin, did you see specific

16     modeling as to how the 49/51 staffing

17     arrangement would work?

18            A      Yes.

19            Q      And who did that modeling?

20            A      I believe Panos Kyprianou and

21     Michael McManus.

22            Q      You saw that modeling in a

23     spreadsheet; is that correct?

24            A      A variety of formats I'm sure,

25     but, yes, a spreadsheet.

81

1                      Gorris

2          Q      You did see it in a spreadsheet

3    format?

4          A      Yes.

5          Q      And were spreadsheets exchanged

6    with the housing authorities involved in those

7    bids that showed which FTEs would be employed by

8    the Housing Authority and which would be

9    employed by CGI?

10         A      I don't recall the format, but I

11   think the content, as far as the information

12   that you described, which employees would be --

13   the modeling in which employees would belong to

14   CGI and which employees would belong to the

15   housing authority was provided.

16         Q      When you say "provided," what do

17   you mean?

18         A      We sent them the information.  It

19   was either in e-mail, Word, PDF, I don't recall.

20         Q      And what level of specificity was

21   that information when it was provided to the

22   housing authority?

23         A      Could you -- I'm not --

24         Q      Let me rephrase it.

25                Did you identify exactly which

82

                              Gorris

1
2     positions would be filled by employees of CGI
3     versus the Housing Authority?
4             A       We were pretty specific in the
5     positions, the groupings of the positions, so,
6     yes.
7             Q       Are you familiar with the tasks 1
8     through 6 of the ACC?
9             A       I'm familiar with them, just not
10    the order.
11            Q       For a subcontractor to exclude
12    units from its unit cap, it had to employ fewer
13    than 50 percent of the FTE positions for the
14    tasks listed in Items 1 through 6 of the ACC,
15    correct?
16            A       I believe that's correct, yes.
17            Q       Did you discuss with any of the
18    three housing authorities involved in the
19    Denver, Missouri or Wisconsin bids the concept
20    that CGI would provide to them or transfer to
21    them the employees that would fill the
22    51 percent of positions for Tasks 1 through 6 of
23    the ACC?
24                    MR. KLEIN:  Object to the
25                    form.

83

1                          Gorris

2          A     No.

3          Q     Was there any discussion as to

4    how the housing authority was going to find the

5    people to do 51 percent of that work?

6          A     I don't recall detailed

7    conversations.

8                There might have been brief

9    discussions, but, no, no substantial

10   discussions.

11         Q     So in the case of the Denver

12   Housing Authority, you initially approached the

13   Denver Housing Authority with the concept of a

14   49/51 bid, correct?

15         A     We brought the idea to them.

16   They did not bring it to us.

17         Q     And when you say "we," you were

18   involved in that discussion?

19         A     Yes.

20         Q     And was Panos Kyprianou also

21   involved in that discussion with them?

22         A     He was involved in several of the

23   discussions with Denver, not all of them, so I

24   can't say about that one specifically.

25         Q     Initially Denver was reluctant to

84

1                        Gorris

2     go along with a 49/51 bid; is that fair to say?

3           A      I don't recall.

4                  Some partners were fine with it,

5     others might have been more reluctant during our

6     discussions.

7                  I quite honestly can't separate

8     which ones were more enthusiastic.

9                  MR. MAIR:  I'm going to

10                 mark as Exhibit 20, it's going to

11                 be an e-mail exchange between

12                 Mr. Gorris and Sarasu Zachariah,

13                 that's S-A-R-A-S-U, new word,

14                 Z-A-C-H-A-R-I-A-H.

15                      (An e-mail exchange between

16                 Mr. Gorris and Sarasu Zachariah,

17                 was marked as Plaintiff's Exhibit

18                 20 for identification, as of this

19                 date.)

20                 MR. MAIR:  And then

21                 Exhibit 21 is going to be an

22                 e-mail exchange dated June 18,

23                 2010, where the top e-mail in the

24                 string is from Tracey Rudy to

25                 Mr. Gorris and others.

85

1                          Gorris

2                          (An e-mail exchange dated

3                          June 18, 2010, where the top e-mail

4                          in the string is from Tracey Rudy

5                          to Mr. Gorris, was marked as

6                          Plaintiff's Exhibit 21 for

7                          identification, as of this date.)

8     BY MR. MAIR:

9          Q     Can you take a look at what we

10    have marked as Exhibits 20 and 21 (handing)?

11         A     (Perusing document.)  Okay.

12         Q     Exhibit 20 is an e-mail exchange

13    between you and Ms. Zachariah at the Denver

14    Housing Authority, correct?

15         A     Yes.

16         Q     Setting up a meeting for

17    June 17th of 2010?

18         A     Correct.

19         Q     And Exhibit 21 is, if we ignore

20    the first e-mail, the second e-mail is an e-mail

21    from you on June 18, 2010, essentially

22    summarizing your meeting with the Denver Housing

23    Authority on June 17th, correct?

24         A     Yes.

25         Q     And in that e-mail, in the last

86

Gorris

1     or the second to last paragraph you refer to

2     Ismael.

3              Do you see that?

4        A     Yes.

5        Q     Ismael was the executive director

6     of the Denver Housing Authority, correct?

7        A     That's correct.

8        Q     And you say "Ismael had to leave

9     before we brought up the split work," and by

10    "the split work," you're referring to bidding

11    under a 49/51 scenario, correct?

12       A     Yes.

13       Q     In the next sentence you go on to

14    state that "Sarasu said she would review with

15    him, but we got the sense that there wasn't much

16    of interest."

17              Do you see that?

18       A     Yes.

19       Q     Does that refresh your

20    recollection that in the initial conversation

21    that you had with Denver about doing a 49/51

22    bid, they didn't seem to be very interested?

23       A     She was -- she had her concerns

24    about it.

87

1                       Gorris

2              I think he was more receptive

3      when she shared it with him.

4              Q      What were the concerns that were

5      expressed by Ms. Zachariah?

6              A      I don't recall.  I don't recall.

7              Q      Is it fair to say that the Denver

8      Housing Authority at that point in time did not

9      have employees who were trained and ready to

10     step in to perform Tasks 1 through 6 of the ACC?

11             A      I can't say for all the tasks.

12                    There was probably, definitely

13     some skill gaps in some of the tasks.

14             Q      The Denver Housing Authority was

15     at that time an existing partner with CGI on

16     PBCA work, correct?

17             A      No.

18             Q      They hadn't partnered with Denver

19     prior to that?

20             A      CGI had no relation, no PBCA

21     relationship with Denver prior to the rebid.

22             Q      Was Denver doing other PBCA work

23     without CGI at that time?

24             A      They were doing work that was

25     similar, I believe.

88

1                        Gorris

2              I believe they had what is known

3    as TCA contracts and other housing authority

4    work, but they were not doing PBCA work.

5         Q      You weren't administering Section

6    8 PBCA contracts, correct?

7         A      I don't know.  They may have

8    been.

9              I'm sorry, no.

10        Q      They were not?

11        A      Not Section 8 PBCA contracts.

12        Q      Was there ever a discussion at

13   any point in time that you had with anybody at

14   the Denver Housing Authority about who would

15   actually staff the 51 percent of the positions

16   that would be necessary for them to do the work

17   under a 49/51 bidding scenario?

18        A      I mean, the discussion would be

19   that Denver would be staffing those people.

20        Q      Well, was there ever a discussion

21   as to whether Denver had people on its payroll

22   who in addition to whatever else they were doing

23   could step in and perform the 51 percent of that

24   work?

25        A      No.  They would hire people.

89

1                         Gorris

2          Q       CGI had people who performed

3     Items 1 through 6 of the ACC tasks in its

4     current PBCA work, correct?

5          A       Yes.

6          Q       Was there ever a discussion that

7     you had with Denver about Denver hiring or using

8     any of those CGI folks to perform the 51 percent

9     of the work?

10         A       Never.

11         Q       You said that Ms. Zachariah was

12    initially not very interested in the idea of

13    49/51 bidding, correct?

14         A       Yes.

15         Q       And was part of her reluctance

16    the fact that they didn't have the staff to do

17    the 51 percent?

18         A       I think it was -- I just don't

19    think they wanted to be bothered with all of it.

20    They just wanted the income.

21         Q       In fact, the partnership between

22    CGI and the public housing authority was

23    extremely lucrative for the public housing

24    authority in the PBCA work, correct?

25         A       Under the initial contracts.

90

1                              Gorris

2          Q       Before the rebid?

3          A       Yes.

4          Q       Under those contracts, the public

5    housing authorities did very little work for the

6    money that they received, correct?

7                       MR. KLEIN:   Object to the

8                  form.

9          A       It depended on the contract and

10   the partner.

11         Q       Has CGI as of today done any work

12   with the Denver Housing Authority on any PBCA

13   contracts?

14         A       Not on any PBCA contracts.

15         Q       CGI has worked for the Denver

16   Housing Authority on other projects, correct?

17         A       Yes.

18         Q       What other projects?

19         A       I was not specifically involved,

20   but it was a housing-related project.

21         Q       Now, can you summarize for me the

22   extent of what discussions you personally had

23   with anyone in the Denver Housing Authority

24   about how they would staff the 51 percent FTE

25   positions in the event that that bid for PBCA

91

                              Gorris

1

2     work was successful?

3          A      We, at that point in time, we did

4     not have, we never had deep discussions about

5     how they would staff it.

6          Q      When you say you didn't have deep

7     discussions, can you summarize the extent of the

8     discussions, if any, that you did have?

9          A      They would be staffing it up, we

10    would provide support for the 51 percent, and to

11    the extent that we could, if they needed help in

12    recruiting, we may do that, we definitely would

13    provide training, we would provide oversight, we

14    would make sure that their management staff

15    would, we would do our best to make sure they

16    were not deeply impacted, that we would take on

17    a lot of responsibilities to make sure that the

18    contract was compliant and running smoothly.

19         Q      You said that you provided

20    information to the Denver Housing Authority

21    about which positions they would have to fill

22    under a 49/51 split; is that correct?

23         A      Yes.

24         Q      And that was by e-mail you

25    provided this?

92

```
1                         Gorris
2         A       I believe so, yes.
3         Q       Was the e-mail sent by you
4    personally?
5         A       I believe so.
6         Q       Was there anybody else during
7    that rebid process leading up to the first of
8    the rebid submittals, was there anybody else at
9    CGI who interacted with Denver on the details of
10   the PBCA rebid?
11        A       I believe -- I was the main point
12   of contact, so I believe any discussion came
13   from me, but Panos Kyprianou, Mike McManus may
14   have been involved in additional conversations.
15               They were sometimes involved in
16   discussions.
17        Q       If the details of the 49/51
18   staffing split were not e-mailed by you, is
19   there anyone other than Mr. McManus or Mr.
20   Kyprianou who could have e-mailed that
21   information to Denver?
22        A       I don't recall anyone else being
23   involved with at that point in time any
24   discussions with Denver.
25        Q       Who in terms of people at Denver
```

93

1                        Gorris

2    did you speak with and e-mail with?

3           A      It was -- my main point of

4    contact was Sarasu Zachariah.

5                  There may have been others

6    included on e-mail strings, Ismael Guerrou, the

7    director, was often included in e-mails, and I

8    recall there being maybe one or two others.  I

9    don't recall names at this point in time.

10          Q      Is it fair to say that whenever

11   the staffing breakdown was e-mailed to Denver,

12   it was either e-mailed to or copied to Sarasu

13   Zachariah?

14          A      Yes.  Yes.  She would have been

15   on an e-mail.

16          Q      Now, in terms of the St. Louis

17   County Housing Authority that you partnered with

18   in Missouri?

19          A      Yes.

20          Q      Did you have any discussions as

21   to how the 51 percent would be staffed by St.

22   Louis?

23          A      Nothing in detail, just, again,

24   they would be responsible for staffing their

25   51 percent and we would provide if we were

94

Gorris

1
2    successful in winning the award, we would
3    provide support in the training, making sure
4    that it was compliant and if they needed
5    additional support we would find ways to support
6    them, whether it was through helping them locate
7    staff or whatever they asked us to do, we told
8    them we would be available.
9            Q      Did you send models to the St.
10   Louis County Housing Authority about how the,
11   specifically how the 49/51 staffing would work?
12           A      I believe we sent models just to
13   what numbers and what their roles would be under
14   both CGI and St. Louis County.
15           Q      And that was sent by e-mail?
16           A      Yes.
17           Q      Who sent it on the CGI side?
18           A      It would have been myself.
19           Q      Who was it sent to at St. Louis?
20           A      A gentleman by the name of Chad
21   Graham was my main point of contact at that
22   time.
23           Q      Chad Graham?
24           A      Yes.
25           Q      G-R-A-H-A-M?

95

1                         Gorris

2          A       I believe.

3          Q       Now, what about the Chicago

4    Housing Authority, who was your main point of

5    contact there?

6          A       A gentleman by the name of Eli

7    Rosario.

8          Q       Was there anybody else that you

9    regularly dealt with at Chicago?

10         A       There was another gentleman who

11   was often copied on e-mails, but he would have,

12   Eli would have been on everything and I do not

13   recall the other gentleman's name.

14         Q       Did you provide detailed modeling

15   of how the 49/51 staffing would work with

16   Chicago Housing Authority?

17         A       Only for the State of Wisconsin,

18   we provided, I believe similar to the other ones

19   mentioned, what staff would report to CGI, who

20   would report through Chicago Housing Authority

21   and what their roles would be.

22         Q       You did that with respect to

23   Wisconsin, because Wisconsin was the state that

24   you were bidding under 49/51, correct?

25         A       Yes.

96

1                        Gorris

2          Q      You also partnered with Chicago

3   Housing Authority to bid on other states under

4   the CGI unit cap; is that correct?

5          A      Yes.

6          Q      What states?

7          A      Illinois.

8          Q      Just to be clear, in the

9   June 17th meeting with the Denver Housing

10  Authority, Mr. Kyprianou was with you in that

11  meeting, correct?

12         A      (Perusing document.)  Yes.

13         Q      Can you take a look at what was

14  marked yesterday as Exhibit 16.

15                     MR. MAIR:  For the record,

16                it's a cover e-mail from Michael

17                McManus dated June 25, 2010, with

18                a spreadsheet attached that is,

19                has a production number CGI 5033

20                confidential.

21                     (Whereupon at 12:54, Ms.

22                Carragher left the room.)

23         A      (Perusing document.)  Okay.

24         Q      Now, I see that you are not

25  copied on the e-mail.

97

```
1                        Gorris
2              But if you turn to the
3    spreadsheet, have you seen spreadsheets like
4    this as part of the rebid process?
5         A      (Perusing document.) I believe
6    only for the states that I was involved with.
7         Q      If you turn to the second page of
8    the spreadsheet, you see at the top of the
9    spreadsheet, first of all, it appears to include
10   all of the states that CGI was considering
11   bidding on, correct, or approximately all of
12   them?
13        A      Approximately all of them, yes.
14        Q      The top portion of the
15   spreadsheet models out a scenario whereby CGI is
16   providing 90 percent or more of the FTE staffing
17   positions for each of the states.
18              Do you see that?
19                   MR. KLEIN:  Object to the
20              form.
21                   (Whereupon, at 12:56 p.m.,
22              Ms. Carragher enters the room.)
23        Q      Let me revise that.
24        A      It's a lot of information.
25              Go ahead.
```

                                                    98
 1                      Gorris

 2          Q       If you look at the states that

 3   you're involved in.

 4          A       Okay.

 5          Q       CGI under this modeling is

 6   providing the majority of the staffing in each

 7   of those states, correct?

 8                      MR. KLEIN:  Object to the

 9                  form.

10          A       Yes.

11          Q       Now, did you ever see similar

12   modeling to this where CGI was provided only

13   49 percent or less of staffing for the states of

14   Denver, Missouri and Wisconsin?

15          A       I believe I saw some modeling and

16   I don't recall how exactly it matched up with

17   this.

18          Q       You saw some 49/51 modeling for

19   each of those states?

20          A       Yes.

21          Q       And in terms of the revenues, did

22   you see revenues for those three states modeled

23   under a 49/51 scenario?

24          A       Yes.

25          Q       Just in general terms, how did

99

                              Gorris

1

2    the revenue split between CGI and the public

3    housing authority differ in the 49/51 modeling

4    that you saw?

5         A     I honestly don't recall how the

6    revenue differed.

7                   I would have to see it.

8         Q     In your discussions with Denver,

9    St. Louis or Chicago, did you discuss how the

10   profit split would differ, if at all, under the

11   49/51 bidding?

12        A     We definitely discussed profit

13   under all models.

14        Q     So let's take the Denver Housing

15   Authority.

16                  The original bidding scenario was

17   going to be with CGI doing 100 percent of the

18   work for Tasks 1 through 6, correct?

19                      MR. KLEIN:   Object to the

20                  form.

21        A     I would say above 90 to 95

22   percent of the work.

23        Q     When you had those discussions,

24   what was discussed as to the profit split

25   between CGI and Denver?

100

1                          Gorris

2          A       I don't recall what the split

3     was.

4          Q       When you discussed with Denver

5     the 49/51 bidding scenario, did you discuss

6     there being a different profit split at that

7     point in time?

8          A       I believe that all of the numbers

9     had to change because they were, because of

10    their role in employing more people.

11                 So the, I believe that there was

12    changes in all the numbers.

13         Q       In those number changes, was

14    Denver going to receive a larger profit out of

15    the work than it was when you discussed CGI

16    doing 90 percent or more of the work?

17                      MR. KLEIN:  Object to the

18                      form.

19         A       My recollection is that they

20    would receive a larger, that the revenue would

21    be larger, their profit percentage wouldn't

22    necessarily, would definitely be smaller though.

23                 My recollection is that their

24    profit percentage would definitely be smaller.

25         Q       Was the discussion that they

101

1                           Gorris

2      would receive approximately the same dollar

3      amount in profits under the 49/51 scenario as

4      they were going to receive under a scenario with

5      CGI doing 90 percent or more of the work?

6              A       I don't remember the numbers.

7                      I think -- I would have to review

8      what the profit numbers were.

9              Q       I'm just trying to understand

10     what you said.

11                     When you said the revenues would

12     go up, but their profit percentage would go

13     down, you --

14             A       Their expenses were going up

15     greatly.

16             Q       And so am I correct that the

17     discussion in general was that they were going

18     to receive the same dollar amount of profit as

19     they would have under a scenario of CGI doing 90

20     percent or more of the work?

21             A       The dollar amounts, I believe,

22     changed.

23                     I don't recall, I believe all the

24     numbers changed, so the dollar amounts would

25     have had to have changed.

102

Gorris

1

2          I don't recall if it went up or

3    down.

4          Q       Were documents exchanged with

5    each of the three housing authorities that

6    modeled out how the revenues and profits would

7    be split under a 49/51 scenario?

8          A       Yes.

9          Q       Was that exchanged between the

10   same group of people on the CGI side that we

11   talked about, that's you, Mr. McManus and/or Mr.

12   Kyprianou, and the same people on the Housing

13   Authority side that you have previously

14   identified?

15         A       Yes.

16         Q       Were you involved in negotiating

17   any of the memorandums of understanding with the

18   three public housing authorities that you were

19   involved with?

20         A       Yes.

21         Q       Were you the primary person

22   negotiating the MOUs?

23         A       I was the primary point of

24   contact for CGI.

25         Q       In those discussions?

103

1                          Gorris

2            A       Yes.

3            Q       Originally when CGI was going to

4    do 90 percent or more of the work, you executed

5    MOUs with each of the three housing authorities,

6    Denver, St. Louis and Chicago, correct?

7            A       Denver and St. Louis, yes.

8                    I can't recall if Chicago, if we

9    ever completed the MOU prior to the change.

10           Q       The change in 49/51?

11           A       Yes.

12           Q       So the original MOUs with the

13   Denver Housing Authority and with St. Louis

14   County Housing Authority, were MOUs in which CGI

15   was undertaking to do 90 percent or more of the

16   work, correct?

17           A       I do not recall how specific it

18   is stated in it, but CGI was, the understanding

19   was CGI was doing the bulk of the work.

20           Q       Did CGI ever enter into new

21   memorandums of understanding with Denver or St.

22   Louis after the bidding for Missouri and Denver

23   went over to 49/51 bidding?

24           A       I believe, yes.

25           Q       For both of those two states?

104

1                          Gorris

2              A      Yes.

3              Q      So you recall definitively that

4    new MOUs were entered into for Denver and

5    Missouri for a 49/51 scenario?

6              A      Yes.

7              Q      And is it your testimony that you

8    don't remember whether Chicago, there ever was a

9    memorandum of understanding before the 49/51

10   bidding scenario?

11             A      Yeah, I just -- one of the MOUs

12   we did took a while to get executed, and just

13   with the flurry of activity, I cannot recall.

14             Q      And you were the point person

15   negotiating the new MOUs with Denver and St.

16   Louis?

17             A      Yes.

18             Q      Do you recall approximately when

19   the new MOUs were entered into?

20             A      I believe they were entered into

21   after HUD released the invitation.

22             Q      But before the bids were

23   submitted by CGI?

24             A      Yes.

25                          MR. MAIR:  Let's take a

                     MCM REPORTING SERVICE
                        (516) 775-5209

105

1                          Gorris

2          break.

3                     Off the record.

4                     (Discussion off the record.)

5                     (Whereupon, at 1:07 p.m., a

6          recess was taken.)

7                     (Whereupon, at 1:20 p.m.,

8          the deposition resumed without Ms.

9          Holmes present.)

10   BY MR. MAIR:

11          Q     Mr. Gorris, do you recall during

12   the PBCA rebid process having an off-site

13   meeting down in Fairfax, Virginia?

14          A     Yes.

15          Q     And during that day, do you

16   recall having a conference call with the Denver

17   Housing Authority from somebody's hotel room?

18          A     Yes.

19          Q     And that was at the Hyatt Hotel;

20   is that correct?

21          A     I believe so, yes.

22          Q     And after the call with Denver,

23   did a number of members of the rat pack gather

24   in the hotel bar to talk?

25                     (Whereupon, at 1:21 p.m.,

106

1                          Gorris

2                    Ms. Holmes enters the room.)

3          A       I believe we went to dinner at

4     some point and afterwards had drinks.

5          Q       Mr. Ashmore was there, correct?

6          A       I honestly don't recall.

7          Q       At some point that afternoon or

8     evening in either the hotel bar or the

9     restaurant, Les Pierce floated an idea along the

10    lines of, "What about we set up independent

11    companies which directors could head that could

12    submit bids on the rebid process as a way around

13    the 400,000 or other unit cap," correct?

14                       MR. KLEIN:  Object to the

15                       form.

16         A       I don't remember or I wasn't part

17    of the conversation.

18         Q       But when you say you don't

19    remember, you're saying that you don't remember

20    that being said?

21         A       I have no recollection of that

22    being said.

23         Q       Mr. Pierce has an ownership

24    interest in one or more franchised fast food

25    outlets, correct?

107

1                          Gorris

2          A      He does.  I don't know if he

3     considers it fast food, but ...

4          Q      Does he have a Honey Baked Ham

5     franchise?

6          A      It's my understanding that he

7     does.

8          Q      And either in this hotel in

9     Fairfax or at some point during the rebid

10    process, Mr. Pierce suggested, whether seriously

11    or not, that some similar outside company,

12    similar to the idea of his franchises, could be

13    used in order to get around the unit cap,

14    correct?

15                      MR. KLEIN:  Object to the

16                 form.

17         A      I don't recall that, him saying

18    that.

19         Q      Is it your testimony that you

20    don't recall him ever mentioning any concept

21    where he referred to his food franchise and

22    linked it in some way to an idea of how CGI

23    could get around the unit cap?

24         A      I don't remember him ever

25    mentioning that.

108

Gorris

1

2          Q      Have you ever heard the term
3    "Honey Baked Ham" and PBCA?
4          A      I have heard Honey Baked Ham.
5                 I don't recall Honey Baked Ham
6    PBCA.
7          Q      And just so I'm clear, it's your
8    testimony sitting here today that you don't
9    recall anyone ever mentioning Honey Baked Ham in
10   the context of the PBCA rebid process; is that
11   correct?
12         A      I don't recall that, yes.
13         Q      Can you take a look at what was
14   marked yesterday as Exhibit 15 (handing)?
15         A      (Perusing document.)
16         Q      This is a document produced as
17   CGI 5603 confidential, dated July 12, 2010.
18                If you need to take a minute to
19   review this, then by all means do so, but can
20   you tell me after that, have you seen this
21   document before?
22         A      (Perusing document.)
23                    MR. MAIR:  Off the record.
24                    (Discussion off the record.)
25         Q      I'll reask the question.

109

Gorris

1

2          Have you ever seen Exhibit 15

3    before?

4          A      I believe so, yes.

5          Q      Can you tell me what it is?

6          A      It is a document internal to CGI

7    that would be used as part of the many review

8    processes that we go through to get larger deals

9    approved.

10          Q      Now, if you look at Page 3 of the

11    document, do you see under the third bullet

12    point and the second subbullet point of that, do

13    you see that it states, quote, "Unit cap

14    increase from 300 K to 400 K for PHAs and

15    subcontractors"?

16          A      Yes.

17          Q      And during the process leading up

18    to the final request for proposals, HUD

19    increased the proposed unit cap from 300,000 to

20    400,000, right?

21          A      Yes.

22          Q      And it was CGI's understanding as

23    reflected in the next bullet point that that

24    limit, that unit count was going to be a limit

25    on proposal submissions only, right?

110

1                         Gorris

2          A       I don't recall, but it seems

3    reasonable.  I mean, I really don't recall that

4    specifically, but it's in here.

5          Q       Do you recall specifically the

6    discussion within the rat pack at some point in

7    time that the unit cap would only be applicable

8    for the bidding and not after the contracts were

9    awarded?

10         A       I recall that at certain periods

11   of time that was our understanding.  It changed

12   a lot.

13         Q       Did CGI ever ask HUD to clarify

14   that?

15         A       I believe so.

16         Q       When you say you believe so, do

17   you have any specific knowledge of that?

18         A       I can't recall specifically if --

19   I wasn't involved.  I don't believe I was

20   involved if that question was asked.

21         Q       Can you turn to Page 22, and

22   there is no number on it, but it appears after

23   Page 21 that does have a page number?

24         A       (Perusing document.)  Okay.

25         Q       Can you tell me what this page

111

                           Gorris

1

2      represents?

3              A       (Perusing document.)   It appears

4      to be the page that describes our information

5      about what we intend to bid on with our Ohio PHA

6      client, the Columbus Metropolitan Housing

7      Authority.

8              Q       Were you involved in Ohio?

9              A       No.

10             Q       At that stage?

11             A       No.

12             Q       Take a look down to the, I

13     believe it's the eighth line that says "CGI

14     role."

15                     Do you see that?

16             A       Yes.

17             Q       And it describes CGI's role as

18     being "prime for PHA partnership," and then in

19     parenthesis "(sub during HUD recompete)," close

20     parenthesis.

21                     Do you see that?

22             A       Yes.

23             Q       What does that mean?

24             A       I'm not, I'm not 100 percent

25     sure.

112

1                          Gorris

2                  I don't know.

3          Q      Does that refer to the concept

4    that had been discussed at one point by the rat

5    pack of having CGI be a 49-percent subcontractor

6    during the bidding process and having the other

7    51 percent transferred back by the housing

8    authority after the award of the contract?

9          A      Yes.  Yes.

10                     MR. MAIR:  I'm going to

11                mark as Exhibit 22, a document

12                that was produced as CGI 4447

13                confidential.  It's a spreadsheet

14                that contains four pages,

15                although the last page appears to

16                be blank.

17                     (A document produced by CGI,

18                Bates stamped CGI 4447

19                Confidential, was marked as

20                Plaintiff's Exhibit 22 for

21                identification, as of this date.)

22    BY MR. MAIR:

23          Q      Mr. Gorris, can you look at

24    Exhibit 22 (handing), and if you want to take a

25    moment to review it, but my first question is

113

                              Gorris

1

2    going to be have you seen it before?

3              A       (Perusing document.) I believe

4    so, yes.

5              Q       And what is it?

6              A       It just identifies the states

7    that we were going to be pursuing, the account

8    leads, some support, the partners, the estimated

9    revenue.

10             Q       Is this one of the documents that

11   was circulated amongst the rat pack members

12   during the PBCA rebid?

13             A       It was circulated at some point

14   in time, yes.

15             Q       Circulated amongst the rat pack

16   members?

17             A       Yes.

18                            (Whereupon, at 1:34 p.m.,

19                     Ms. Holmes leaves the room.)

20             Q       And just so I understand your

21   answer, it shows, broken down by the directors

22   who were responsible for them, a breakdown of

23   the states that CGI was going to bid on,

24   correct?

25             A       At that time, yes.

114

1                            Gorris

2          Q       The allocation of states between

3    directors changed somewhat during the course of

4    the rebid; is that fair to say?

5          A       And the states that we were

6    looking at was often fluid.

7          Q       So there was some change in this

8    along the way?

9          A       Yes.

10         Q       Based upon the allocations of the

11   states amongst directors, are you able to put a

12   time frame of when this would have been

13   circulated?

14                      MR. MAIR:  And I'll just

15                      note for the record that the date

16                      at the bottom of the document is

17                      the date the document was

18                      printed, not the date it was

19                      created or circulated.

20                      It's a 2013 date at the

21                      bottom.

22         A       I don't believe I can tell just

23   based on this document.

24         Q       Okay.

25                      MR. MAIR:  I have no

115

1                          Gorris

2                  further questions.

3                          MR. KLEIN:  Thank you,

4                  Tony.

5                          (Whereupon, at 1:37 p.m.,

6                  the deposition was concluded.)

7

8                          _____

9                              TONY GORRIS

10   Subscribed and sworn to

11   before me

12   this ▢ day of ▢, 2013.

13   _____

14           NOTARY PUBLIC

15

16

17

18

19

20

21

22

23

24

25

116

1

2                          I N D E X     P A G E

3    Witness                  Examination By          Page

4    Tony Gorris          Mr. Mair                    4

5

6                             EXHIBITS

7    Plaintiff's
     Exhibits                 Description            Page
8

9      19      An e-mail from William                 55
               Durivage dated June 9, 2010,
10              together with an attachment
               that is headed "CAOM/PBCA
11              Conference Call June 9, 2010"

12     20      An e-mail exchange between Mr.          84
               Gorris and Sarasu Zachariah
13
       21      An e-mail exchange dated June          85
14              18, 2010, where the top e-mail
               in the string is from Tracey
15              Rudy to Mr. Gorris

16     22      A document produced by CGI,           112
               Bates stamped CGI 4447
17              Confidential

18

19

20

21

22

23

24

25

                        MCM REPORTING SERVICE
                          (516) 775-5209

117

1

2                    C E R T I F I C A T E

3   STATE OF NEW YORK  )

4                      ) ss.

5   COUNTY OF NEW YORK )

6              I, MARGARET M. HARRIS, a Shorthand

7         (Stenotype) Reporter and Notary Public of

8         the State of New York, do hereby certify

9         that the foregoing Deposition, of the

10        witness, TONY GORRIS, taken at the time

11        and place aforesaid, is a true and correct

12        transcription of my shorthand notes.

13             I further certify that I am neither

14        counsel for nor related to any party to

15        said action, nor in any wise interested in

16        the result or outcome thereof.

17             IN WITNESS WHEREOF, I have hereunto

18        set my hand this 21st day of June, 2013.

19

20        _____

21             MARGARET M. HARRIS

22

23

24

25