# Exhibit 4

1

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   - - - - - - - - - - - - - - - - - - - -x

5   BENJAMIN ASHMORE,

6               Plaintiff,

7           -against-              11 Civ 8611
                                        (JMF)
8   CGI GROUP, INC. AND CGI FEDERAL

9   INC.,

10              Defendants.

11  - - - - - - - - - - - - - - - - - - - -x

12

13          DEPOSITION of DENNIS PATRICK RYAN, taken

14  by Plaintiff, pursuant to Notice, held at the

15  offices of Kaiser, Saurborn & Mair, P.C., 111

16  Broadway, New York, New York, on Wednesday, July

17  24, 2013, commencing at 12:01 p.m., before

18  Margaret M. Harris, a Shorthand (Stenotype)

19  Reporter and Notary Public within and for the

20  State of New York.

21

22

23

24

25

2

A P P E A R A N C E S:

        KAISER, SAURBORN & MAIR, P.C.
                Attorneys for Plaintiff
                111 Broadway
                New York, New York  10006

        BY:  DAVID N. MAIR, ESQ.


        BOND SCHOENECK & KING
                Attorneys for Defendants
                111 Washington Avenue
                Albany, New York  12210-2211

        BY:  STUART KLEIN, ESQ.


P R E S E N T:

     Marybeth Carragher

     Benjamin Ashmore

3

IT IS HEREBY STIPULATED AND
AGREED that the filing and sealing of
the within deposition be, and the same
are hereby waived;

IT IS FURTHER STIPULATED AND
AGREED that all objections, except as
to the form of the question, be and
the same are hereby reserved to the
time of the trial;

IT IS FURTHER STIPULATED AND
AGREED that the within deposition may
be sworn to before any Notary Public
with the same force and effect as if
sworn to before a Judge of this Court;

IT IS FURTHER STIPULATED that
the transcript is to be certified by
the reporter.

4

1                       Ryan

2    D E N N I S     P A T R I C K     R Y A N, called

3          as a witness, having been first duly

4          sworn/affirmed by Margaret M. Harris, a

5          Notary Public within and for the State of

6          New York, was examined and testified as

7          follows:

8    EXAMINATION

9    BY MR. MAIR:

10          Q      Good morning, Mr. Ryan.

11          A      Good morning.

12          Q      My name is David Mair.  I'm

13   representing Ben Ashmore in a lawsuit that he

14   has brought against CGI.  I'm going to be taking

15   your deposition here this afternoon, I guess for

16   an hour or two.

17                 Just a couple of rules for the

18   deposition.

19                 If at any point in time you don't

20   hear or you don't understand the question that I

21   ask you, I want you to tell me that and I'll

22   either repeat it or rephrase it for you, as

23   appropriate.

24          A      Okay.

25          Q      If you answer the question, then

5

1                       Ryan

2      I am going to assume that you both heard it and

3      understood it.

4                     A couple of rules, just to make

5      sure that the court reporter can take everything

6      down.  Even if you anticipate what I'm in the

7      midst of saying, please wait until the end of my

8      question before starting your answer and I will

9      try to do the same for your answer.

10                     Also try to verbalize all of your

11     answers.

12          A     Yes.

13          Q     It's fine to nod or shake your

14     head or gesture, but you must also verbalize the

15     answer so we can take that down on the record.

16                     What is your full name?

17          A     Dennis Patrick Ryan.

18          Q     And by whom are you currently

19     employed?

20          A     CGI Federal.

21          Q     How long have you been employed

22     by CGI and/or a predecessor corporate entity?

23          A     Six years.

24          Q     So you joined in 2007?

25          A     Yes.

6

1                          Ryan

2          Q         Do you recall when in 2007?

3          A         May or June.

4          Q         So the entity that you joined at

5     that point was CGI; is that correct?

6          A         Yes.

7          Q         What is your title currently?

8          A         Director, industry relations.

9          Q         And has that been your title

10    since you first joined?

11         A         No.  My original title was

12    director of consulting services.

13         Q         When did it change?

14         A         Probably three years ago.

15         Q         So 2010?

16         A         Approximately.

17         Q         I'm going to start asking you

18    more about what you do at CGI, but before I do

19    that, I want to get some background.

20         A         Okay.

21         Q         What is your formal education?

22         A         Bachelor's from St. Lawrence

23    University.

24         Q         What year did you get that?

25         A         1986.

7

1                        Ryan

2            Q        What was your major?

3            A        English.

4            Q        Any other post high school

5    education?

6            A        A course or two, but no degree.

7            Q        In what areas have you taken

8    courses?

9            A        Something in, I think it's poly

10   sci down in Washington, D.C. at one point.

11           Q        Anything else?

12           A        I don't think so.

13                    I did the insurance professional

14   courses, but they weren't at a university.

15                    They were professional, what do

16   you call them, certification type things.

17           Q        Did you obtain a certification?

18           A        Yes.

19           Q        What certification?

20           A        Certified insurance counselor,

21   CIC.

22           Q        When did you obtain that?

23           A        Around 1990.

24           Q        What was your first job after

25   obtaining your bachelor's?

8

1                       Ryan

2          A       I worked at a summer camp the

3    summer after college graduation in upstate New

4    York.

5          Q       Can you talk me through your

6    progression of jobs after that?

7          A       Sure.

8                   I worked at the summer camp and

9    following that I waited tables in Washington,

10   D.C., and then I waited tables in Ulster County,

11   upstate, where I'm from originally.

12                  I moved to Spain in the spring of

13   1987.  I worked at a summer camp there and then

14   worked at a language academy in Madrid, stayed

15   there until the following summer, when I went

16   back to the summer camp.

17                  And then in fall of 1988 I

18   returned home to Kingston, New York.  I started

19   with the family insurance business in I think

20   maybe January of '89, left there in the fall of

21   1994 and worked on a Congressional campaign and

22   moved in December -- November, December to the

23   Washington, D.C. area.

24                  I worked at the Republican

25   National Committee for a couple of months, went

```
 1                       Ryan
 2    to the National Republican Senatorial Committee
 3    in spring of 1995.
 4                   Spring of '97, I went to work for
 5    U.S. Representative Rick Lazio.
 6                   Spring of '99 I went to work for
 7    Governor Pataki in the New York State Office of
 8    Federal Affairs in Washington.
 9          Q       I'm sorry, you worked where in
10    '99?
11          A       I went to work for Governor
12    Pataki in the New York State Office of Federal
13    Affairs in Washington.
14          Q       In Washington?
15          A       Yes.
16                   Summer of 2000, I moved to
17    Albany, still working for Governor Pataki, but
18    at the New York State Division of Housing and
19    Community Renewal.
20                   Spring of -- let's see, 2005, I
21    went to the New York State -- no, that's not
22    right, excuse me.  Spring of 2003 I went to the
23    New York State Department of Labor.
24                   And then March or April of 2007 I
25    left the Department of Labor and was looking for
```

10

1                          Ryan

2      work until I started with CGI in May or June of

3      that year.

4              Q       Let me go back and focus in on a

5      couple of these jobs.

6              A       Yes.

7              Q       You said that in '94 you worked

8      on a Congressional campaign?

9              A       Yes.  That was actually a

10     volunteer, but that's where my time was spent.

11             Q       Whose campaign?

12             A       Bob Moppert, M-O-P-P-E-R-T.

13             Q       And that was from when until

14     when?

15             A       Summer until November, until the

16     election.

17             Q       And then after that you went to

18     the Republican National Committee?

19             A       Uh-hum, yes.

20             Q       And that was in '95?

21             A       Yes.

22             Q       What did you do there?

23             A       Telephone fundraising.

24             Q       Was that volunteer or was that

25     paid?

11

1                          Ryan

2          A       No, that was paid.

3          Q       And you had that job for two

4     years, from '95 to '97?

5          A       No, perhaps two months.  The

6     Republican National Committee is one entity.  I

7     was doing that just until I could get a real

8     job, basically, and then I went to work for the

9     National Republican Senatorial Committee, which

10    is a separate entity, where I also did

11    fundraising, but of a different type.

12         Q       And so that the National

13    Republican Senatorial Committee you started at

14    in '95?

15         A       Yes.

16         Q       And you were there from '95 to

17    '97?

18         A       Yes.

19         Q       You did fundraising the whole

20    time?

21         A       Yes.

22         Q       Can you just describe for me in

23    more detail what the position was?

24         A       That was, I worked for a group

25    within the Senatorial Committee called the

12

```
1                      Ryan
2    Chairman's Foundation.  We raised corporate
3    contributions for Senate races.
4                      MR. MAIR:  Off the record.
5                      (Discussion off the record.)
6                      MR. MAIR:  Back on the
7                 record.
8    BY MR. MAIR:
9         Q      In '97, you said you went to work
10   for Representative Lazio?
11        A      Yes.
12        Q      What did you do for him?
13        A      I was a speech writer and a
14   legislative aide.
15        Q      And that was '97 through '99?
16        A      Yes.
17        Q      In '99, you went to work for the
18   New York State Office of Federal Affairs in
19   D.C.?
20        A      Yes.
21        Q      What did you do there?
22        A      I was a legislative aide.
23        Q      And what did that entail?
24        A      Helping to implement the
25   governor's agenda in Washington.  It was sort of
```

13

                              Ryan

1    a liaison between the governor and the agencies

2    in Albany and the members of Congress or federal

3    agencies.

4         Q     And was that for purposes of

5    lobbying those federal agencies?

6         A     No, it's more coordinating the

7    agenda of the governor with getting the members,

8    it's not lobbying.  I was an employee of the

9    state, so I'm not sure I technically could

10   lobby.

11             It was working to explain to the

12   members why, for instance, the banking

13   department thought subprime loans were a

14   problem.

15             It wasn't lobbying, it was

16   educational.

17        Q     So putting the point of view of

18   New York State and its agencies to certain

19   federal agencies?

20        A     Yes.  More so with members of

21   Congress than agencies.

22        Q     And that was '99 to 2000?

23        A     Yes.

24        Q     And in 2000 you went up to Albany

14

```
1                        Ryan
2    to work for the New York State Division of
3    Housing and Community Renewal?
4            A       Yes.
5            Q       What did you do there?
6            A       I started as an, I believe I was
7    an assistant commissioner doing research and
8    policy development and fairly shortly the
9    executive deputy commissioner of the agency left
10   and I went into that role.
11           Q       Deputy?
12           A       Executive deputy commissioner.
13           Q       And in that role, what did you
14   do?
15           A       That's essentially the chief
16   operating officer of the agency.
17                   And after maybe a year or so in
18   that role, the commissioner retired and I was
19   acting commissioner for, I don't know, eight
20   months or nine months.
21           Q       The last eight or nine months
22   that you were there?
23           A       No.  Before I left, a permanent
24   commissioner was named.  I returned to the
25   executive deputy slot and then I left to go to
```

15

                         Ryan

1

2      the Department of Labor.

3            Q      What did you do at the Department

4      of Labor?

5            A      I was executive deputy

6      commissioner, similar role.

7            Q      COO role?

8            A      Yes.

9            Q      And you held that position from

10     2003 to 2007; is that correct?

11           A      Yes.

12           Q      And then you left.

13                  Did you leave the Department of

14     Labor to go to CGI?

15           A      No.  There was a new governor and

16     I was a political appointee and I was not

17     retained.

18           Q      And then your next job after the

19     Department of Labor was CGI?

20           A      Yes.

21           Q      And when you began, you said you

22     were hired as director of consulting services?

23           A      Yes.

24           Q      Can you explain to me what your

25     role was when you were first hired?

16

1                          Ryan

2          A      We had talked about my helping

3    with writing proposals because of my background,

4    writing background, capture management, which is

5    trying to identify good opportunities for the

6    team to pursue, talking to people on the team to

7    put together a proposal, business development

8    type work and government type work, dealing with

9    folks in D.C. to get information and look for

10   future opportunities that might be coming up.

11         Q      So the government role at that

12   time was a government business development role?

13         A      I mean, we weren't, not

14   necessarily, no.  It was somewhat government

15   relations, it's communications.  We used to go

16   to conferences and talk with people at HUD to

17   try to understand what changes might be coming

18   down the road that we might be able to help them

19   with to get business.

20         Q      So is it fair to say that your

21   initial role at CGI was a combination of

22   business development and government relations?

23         A      Yes.

24         Q      And the business development was

25   both on the government side, the public sector

17

                           Ryan

1

2      side and the private sector?

3              A      No, not private sector.

4              Q      It was public sector only?

5              A      Yes.

6              Q      What sort of business development

7      opportunities were you involved in?

8              A      Primarily, well, we run Section

9      8, we try and run Section 8 programs for public

10     housing authorities across the country.

11                   When I first started, we were

12     working on a very big one in Chicago.  We were

13     working on a proposal for a month.

14             Q      Was that in the PBCA area or it

15     was Section 8, but not PBCA work?

16             A      Section 8, but not PBCA work.

17     It's a completely separate part of the program.

18                   We also, a fair amount of my

19     time, starting fairly soon and wrapping up was

20     on the PBCA rebid.  I was primarily helping us

21     to find public housing authority partners with

22     whom we could bid for work to HUD.

23                   I would research and identify

24     with others, research and identify public

25     housing authorities who were high performing who

18

1                           Ryan

2      we thought would make good partners and do some

3      research on them and eventually reach out and

4      explain the program to them if they were not

5      familiar with it and that sort of thing.

6           Q      Did your role change at some

7      point from what you just described during the

8      time that you have been at CGI?

9           A      It's similar.  I still do

10     government relations, and, you know, I'm

11     involved with the PBCA rebid, but not in the

12     operations.  It's more looking for partners,

13     looking for business opportunities.

14          Q      So in terms of the PBCA rebid and

15     the PBCA work, in general, has your role always

16     been focused on trying to get the work as

17     opposed to an operational work once the work

18     comes in?

19          A      Yes.

20          Q      Leaving aside the PBCA rebid, can

21     you describe for me what your role in government

22     relations has entailed?

23          A      Outside the rebid, not very much.

24          Q      So it's fair to say that almost

25     all of your government relations work has been

19

1                         Ryan

2   focused on the PBCA rebid?

3          A      Yes.  The definitions are not

4   very exact.  I go to conferences and meet with

5   HUD people or talk to HUD people and much of

6   that is not on PBCA, but it's not government

7   relations either, it's looking for business

8   opportunities, it's understanding what HUD is

9   doing and what they plan to do and looking for

10  ways that we might be involved in that.

11                 So I wouldn't consider that

12  government relations, but it's government

13  oriented.

14         Q      It's looking for business

15  opportunities with governments?

16         A      Yes.  Governments or municipal

17  entities.

18         Q      On the government relations side,

19  can you explain what you mean by the term

20  "government relations"?

21         A      Yes.  Getting information from

22  agencies or trying to in this case have HUD put

23  out a rebid that is fair and open was what I

24  spent a lot of time over several years doing.

25                 They had gone through some,

20

                        Ryan

1
2   several steps in trying to change the way the
3   PBCA program was operated and spent a long time
4   trying to come up with a procurement vehicle.
5           And there was a lot of input from
6   different types of organizations as to what that
7   procurement would look like.
8           And we were trying to make sure
9   that the groups who were bidding against us did
10  not have an unfair advantage.
11      Q     So is it fair to say that with
12  respect to the PBCA, the focus of your
13  government relations work was in trying to
14  persuade HUD to adopt certain rules with respect
15  to the rebid process that were rules that CGI
16  wanted HUD to adopt?
17              MR. KLEIN:  Object to
18          form.
19              You can answer.
20      A     Primarily, yes.  We also would
21  visit members of Congress if we thought, we
22  partner with housing authorities and many of
23  their local members of Congress are interested
24  in their success, because they serve their
25  constituents.

21

1                       Ryan

2                 So we were sometimes going with

3       our PHA, public housing authority partners, and

4       trying to have them weigh in with HUD, as well.

5       But HUD was the ultimate target, I think,

6       generally.

7                 Q       Were you the only person at

8       CGA --

9                 A       CGI.

10                Q       Were you the only person at CGI

11      who worked on government relations in connection

12      with the rebid process?

13                A       No.  I was the only one in our

14      immediate team, but we have a government

15      relations person in Fairfax who was involved,

16      you know, very involved.

17                Q       So you worked together with the

18      Fairfax government relations folks in pursuing

19      the government relations agenda on the PBCA

20      rebid?

21                A       Yes.

22                Q       Now, when you first joined CGI,

23      who did you report to?

24                A       Marybeth Carragher.

25                Q       And that's remained the same ever

22

1                          Ryan

2    since then?

3          A     Yes.

4          Q     You have always been within her

5    group?

6          A     Yes.

7          Q     In terms of the non-government

8    relations work that you did in connection with

9    the rebid, I want to make sure I understand what

10   that entailed.

11                     You said that you played a role

12   in finding potential PHA partners to bid with;

13   is that correct?

14         A     Yes.

15         Q     Can you describe a little more

16   the process that you were involved in there?

17         A     Sure.

18                     A rebid was coming out we

19   expected in probably 53 jurisdictions across the

20   country, primarily state by state.

21                     We did research into how

22   attractive each of those contracts would be for

23   us, if it was a small state with relatively few

24   housing units, it would not be that attractive

25   to us, and we would probably not pursue it.

23

1                    Ryan

2    Larger states with more units and higher revenue

3    we would be more likely to want to pursue.

4                    As we identified those states in

5    which we were interested, we would look for a

6    high performing public housing authority.  We

7    had to team with somebody who met HUD's

8    definition of a public housing agency and we

9    would look at HUD scores, public housing

10   authorities like New York City Housing

11   Authority, for instance, is scored by HUD

12   annually in most cases on several programs,

13   parts of their programs.

14                   We would try to find out by those

15   scores if they were, how well they performed, as

16   well as talking to others in the community.

17   It's a relatively small world of housing

18   authority directors.

19                   So I would talk to our current

20   partners or past clients and find out, we are

21   looking for a good partner in such and such

22   state, do you have any recommendations and then

23   do some more research on them on line, look for

24   good or bad stories about them in the press,

25   find out whatever we could to try and choose a

24

1                       Ryan

2    partner who would be attractive for us to work

3    with, because these are relatively long-term

4    commitments and who would be attractive to HUD

5    to choose as a contract holder.

6            Q      Once you identified the potential

7    PHA partner, were you involved in the approach

8    to that partner, to approach them about the

9    possibility of a partnership?

10           A      Yes.  Sometimes, not all the

11   time.  We operate very much as a team.  But in

12   several instances I was, yes.

13           Q      In those instances, you would go

14   with whoever the director was that was

15   responsible for that jurisdiction and make the

16   pitch together?

17           A      It varied.  Sometimes for an

18   initial outreach, I would meet someone at a

19   conference, go to a conference, find out who was

20   there and make a point of introducing myself,

21   get a few minutes and talk about the program,

22   gauge if they had any interest, and then

23   introduce them to a director, who would then

24   take it from there for the most part.

25           Q      Let me ask some general questions

25

```
1                        Ryan
2    about the rebid process.
3            A       Uh-hum.
4            Q       Am I correct that CGI, at the
5    point in time when HUD announced that it was
6    going to rebid the PBCA work, CGI was the
7    subcontractor for a certain number of
8    jurisdictions?
9            A       Yes.
10           Q       And at that point in time CGI
11   administered approximately 267,000 housing
12   units; is that fair to say?
13           A       HUD has announced a rebid several
14   times, so the number has changed over the years,
15   but in that ballpark, yes.
16           Q       That was the ballpark of the
17   number of housing units that were being
18   administered at that point in time by CGI?
19           A       About 250 is what I have in my
20   head.  It grew over the course of the years as
21   HUD assigns more units to the program.
22           Q       During the rebid process, it
23   fluctuated slightly?
24           A       Yes.
25           Q       And is it fair to say that CGI's
```

26

                              Ryan

1        goal in the rebid process was to pick up

2        substantially more units than it had in its

3        portfolio at the beginning of the process?

4                          MR. KLEIN:  Object to the

5                          form.

6            A        Yes.

7            Q        Is it fair to say that CGI,

8        during the rebid process, was targeting

9        somewhere in the area of 900,000 units to pick

10       up?

11                         MR. KLEIN:  Object to the

12                         form.

13           A        I don't remember that number.

14           Q        What do you recall as being the

15       target number that CGI was looking to get in the

16       rebid process?

17           A        I don't remember a number.

18           Q        Can you give me the ballpark?

19           A        I don't have a number in my head.

20           Q        Well, in terms of --

21           A        It was more than what came out as

22       the ultimate cap, because the cap was a problem

23       for us.

24           Q        That's what I was going to get

27

```
1                         Ryan

2    to.

3                   CGI's target of what they were

4    trying to do in the rebid process was to get a

5    number of units that was going to be in excess

6    of the cap that was initially proposed by HUD;

7    is that fair to say?

8         A      Yes.

9         Q      In terms of magnitude, it was in

10   the magnitude of two or three times the number

11   of the cap, correct?

12                   MR. KLEIN:  Object to the

13                   form.

14        A      I don't have a number.  I think

15   at least two is probably accurate, yeah.

16        Q      Now, relatively early in the

17   rebid process, did HUD come out with some

18   proposed restrictions that it said it was

19   considering implementing in the rebid process?

20        A      Other than the cap?

21        Q      Including the cap.  So am I

22   correct that relatively early on HUD came out

23   with a set of restrictions that it said it was

24   considering, one of which was a unit cap?

25                   MR. KLEIN:  Object to the
```

28

                                 Ryan

2              form.

3        A       I don't think that was known by

4    us until the procurement was out.

5        Q       Well, let's see if we can run

6    through this thing in a little bit more detail.

7        A       Again, there are two separate

8    procurements.

9        Q       Let's take a look at what was

10   previously marked as Exhibit 27, which is an

11   e-mail exchange spanning January 14th and

12   January 15, 2010 (handing).

13               Mr. Ryan, can you take a look at

14   the last e-mail on that document, meaning the

15   first one chronologically, so it begins on Page

16   3 -- I'm sorry, it begins on Page 4 about

17   halfway down from Ms. Carragher to Richard

18   Schmitz and George Schindler.

19               Do you see that?

20       A       Yes, I do.

21       Q       In that e-mail dated January 14th

22   of 2010, Ms. Carragher says that she wants to

23   bring to their attention something she

24   characterizes as disturbing news on the

25   recompete.

```
1                       Ryan

2                  Do you see that?

3        A       Yes.

4        Q       The recompete was another term

5   for the PBCA rebid process, correct?

6        A       Yes.

7        Q       And then she says that HUD has

8   presented at the NCSHA conference that morning

9   that they plan on limiting bids to a combined

10  unit count of 300 per agency.

11                 Do you see that?

12       A       Yes.

13       Q       She said that's bids, not even

14  awards.

15                 Do you see that?

16       A       Yes.

17       Q       And then she goes on to say, "We

18  have 267,000 units right now and we were

19  planning on bidding on over 800,000 units."

20                 Do you see that?

21       A       Yes.

22       Q       I understand that you didn't

23  receive this e-mail, but am I correct that in

24  January of 2010 HUD announced for the first time

25  that it was considering imposing a unit cap
```

30

```
 1                        Ryan
 2      restriction on bids that were submitted in the
 3      rebid process?
 4                      MR. KLEIN:  Object to the
 5                      form.
 6           A       That's what it looks like here,
 7      yes.  I know they did, the timing is not clear
 8      in my head, but it seems to make that clear,
 9      yes.
10           Q       So looking at this e-mail, does
11      that orient you that the unit cap was proposed
12      by HUD in January of 2010?
13           A       Yes.
14           Q       And Ms. Carragher said that she
15      learned about it at a conference, the NCSHA
16      conference.
17                   Did you attend that conference?
18           A       Probably, yes.
19           Q       Is that when you first learned
20      about it, too?
21           A       I assume so, yes.
22           Q       And at that point HUD said, "This
23      is a restriction that we are considering, but we
24      haven't yet decided if we are going to impose
25      it"; is that fair to say?
```

31

1                        Ryan

2        A       I don't remember that one way or

3    the other.

4        Q       Well, is it fair to say that when

5    it was announced in January of 2010, CGI

6    believed that it may be able to successfully

7    persuade HUD not to implement the unit cap when

8    HUD came out with the final procurement

9    document?

10                   MR. KLEIN:  Object to the

11              form.

12        A       Yes.

13                   THE WITNESS:  Should I not

14              be answering the question?

15                   MR. KLEIN:  No, you're

16              fine.

17        Q       Unless he tells you not to

18    answer, you can answer.

19        A       I wanted to make sure.

20                   MR. KLEIN:  Very good.

21        Q       And am I correct that you were

22    the person leading the efforts on CGI's part to

23    try to persuade HUD that they should not impose

24    a unit cap when they came out with the final

25    bidding documents?

32

1                          Ryan

2          A      I was one of several people and I

3    was involved in the discussions and meetings.

4          Q      Now, in January of 2010 HUD

5    proposed another restriction that they said that

6    they were considering, which was a 10 percent or

7    a limit of profits to 10 percent for any

8    contractor.

9                 Is that also correct?

10         A      I remember a limit.  I don't

11   remember the number, but yes.

12         Q      So when HUD came out with these

13   proposed restrictions, it wasn't just a unit cap

14   that they proposed, they also proposed other

15   restrictions as well; is that fair to say?

16         A      Yes, I think that sounds

17   familiar, yes.

18         Q      And later on HUD decided against

19   imposing a profit restriction, correct?

20         A      I believe so, yes.

21         Q      But later on HUD also decided

22   that they were going to move forward and have a

23   unit cap in the formal bidding, correct?

24         A      At some point they decided to do

25   that and I don't remember.  It changed, it

33

1                            Ryan

2     increased, but I don't remember if that was

3     before or after the formal, I think it was

4     before the formal procurement came out.  It

5     increased somewhat, but not sufficiently to our

6     point of view.

7              Q      So the initial proposed unit cap

8     from HUD in January of 2010 was 300,000 units,

9     correct?

10             A      Yes.

11             Q      Later on they increased that to

12    400,000 units?

13             A      I don't think it was an even

14    number, but thereabouts.

15             Q      Ultimately it ended up being a

16    percentage of total units, correct?

17             A      Yes.

18             Q      In the ultimate procurement

19    documents?

20             A      Yes, I believe so.

21             Q      Do you recall that at some point

22    between January of 2010 when the proposal was

23    300,000 and the date that they issued the actual

24    final procurement documents HUD increased the

25    unit cap to 400,000?

34

                           Ryan

1

2          A      I remember that they increased

3    it, but I don't remember at what point in the

4    process, but, yes.

5          Q      Let me see if we can look at a

6    few documents to help with the timing of that.

7                 Let's take a look at Exhibit 28

8    (handing).

9          A      Do you want this one back?

10         Q      You can just put that one aside.

11                Exhibit 28 is an e-mail string on

12   June 8th of 2010, together with a number of

13   attachments.  The top e-mail on the string is

14   from Mr. Ryan on June 8, 2010.

15                So let me start off by asking

16   you, the first e-mail in the string is an e-mail

17   that you sent?

18         A      First being the one on top?

19         Q      The latest e-mail chronology, the

20   first one that you see on the page, is from you

21   to Ms. Carragher and Joyce Clause, correct?

22         A      Yes.

23         Q      June 8, 2010, and you tell them

24   that the subcontractor, the subcontractors are

25   limited in aggregate to 400,000 units under the

                                                        35
1                        Ryan

2       cap.

3                    Do you see that?

4            A       Yes.

5            Q       And you were forwarding an e-mail

6       that came originally from Deborah Lear at HUD?

7            A       I see that.

8            Q       Ms. Lear's e-mail also came on

9       June 8th of 2010, right?

10           A       Yes.

11           Q       And Ms. Lear's e-mail attached a

12      number of documents relating to the rebid that

13      HUD was distributing at that point to the

14      industry, correct?

15           A       I don't remember any of this,

16      but, yes, that's what I see here.

17           Q       Why don't you take a minute to

18      familiarize yourself with the attachments here,

19      just in general terms, just to see what was

20      attached.

21           A       The 60 pages or so?

22           Q       Let me try to help you here.

23                   The first attachment is an agenda

24      for a CAOM/PBCA conference call.

25                   Do you see that?

36

1                      Ryan

2          A      Yes.

3          Q      What is that conference call?

4          A      It was a regular, I don't know,

5   it was probably monthly, call between HUD

6   headquarters and CAOM, it was the person in each

7   region who oversees the contractors for HUD and

8   PBCA, were the contractors and subcontractors

9   who did the actual work on the program.

10         Q      So these were regular conference

11  calls to where HUD could present information and

12  answer questions for the industry?

13         A      Yes.

14         Q      The PBCA contracting industry?

15         A      Yes.

16         Q      And then the next attachment is a

17  document entitled, "Annual Contributions

18  Contract"?

19         A      Yes.

20         Q      ACC, and that is the master

21  contract that HUD enters into with the

22  successful entities who are going to be the PBCA

23  administrators for a particular jurisdiction

24  contract?

25                      MR. KLEIN:  Object to the

MCM REPORTING SERVICE
(516) 775-5209

37

1                    Ryan

2              form.

3         A     Yes.

4         Q     If you now, and I know that's a

5    lengthy document, but if you can turn to the

6    next document that follows the ACC contract.

7         A     (Perusing document.)

8         Q     This is a document that's headed

9    "Summary Of Key Nonchanges And Changes."

10        A     (Perusing document.)

11        Q     And that's for annual

12   contributions contract February 17, 2010.

13              Do you see that?

14        A     Yes, I do.

15        Q     And then after that is another

16   attachment, which is a summary of key changes to

17   the annual contributions contract dated May 14,

18   2010.

19              Do you see that?

20        A     Yes.

21        Q     Now, having seen these e-mails

22   and these documents, does that refresh your

23   recollection that on June 8th of 2010, HUD

24   released the draft ACC document to the industry?

25        A     It appears that way.  I don't

38

1                          Ryan

2       remember it happening, but, yes, I would have

3       been on the call and I would have shared that

4       information.

5            Q      And am I correct that the

6       process, the rebid process, included the release

7       of a draft ACC contract followed by a period of

8       comment for the industry?

9            A      Yeah, that might have happened

10      more than once.  They would release information,

11      open it up to comment and/or question and

12      answer, those answers that they provided would

13      raise more questions and they might, probably

14      prior to this they would release something

15      called a strawman, sort of a draft document that

16      Deb Lear put out for comment, and I'm not even

17      sure that was a document, it might have just

18      been verbal.

19                  But, yes, there are several

20      iterations of this thing.

21           Q      And the documentation attached to

22      this June 8th e-mail from Ms. Lear included, as

23      we just saw, a summary of key changes that's

24      dated May 14th of 2010, that was the last

25      document that we looked at?

39

```
1                        Ryan
2            A      Yes.
3            Q      Now, I understand that that was
4     attached to the June 8th e-mail that we are
5     looking at.
6                   Had you seen a copy of that prior
7     to June 8th?
8            A      I have no idea.
9            Q      You don't recall sitting here
10    today?
11           A      No idea.
12                  MR. KLEIN:  David, just
13                  for clarification, I don't know
14                  if you know the answer to this,
15                  but it's clear that all of the
16                  attachments were attached from
17                  Dennis' e-mail to Marybeth
18                  Carragher and Joyce Clause as
19                  they appear in the attachment
20                  line, but I don't know if it's
21                  certain from Ms. Lear's e-mail if
22                  those documents were also
23                  included in her e-mail, because
24                  there is no corresponding
25                  attachment line item in the
```

40

1                        Ryan

2              e-mail.

3                   MR. MAIR:  Okay.  So I'll

4              ask the witness.

5                   MR. KLEIN:  Just on the

6              third page of the e-mail, there

7              is a reference to the agenda and

8              corresponding documents are

9              attached for the conference call

10             tomorrow, but there is no

11             indication from the text of Ms.

12             Lear's e-mail or from any of the

13             I guess data or metadata what

14             those specific documents were,

15             because we only have the, I

16             think, who produced the e-mail

17             from Dennis to everyone else.

18   BY MR. MAIR:

19        Q    Mr. Ryan, do you know whether the

20   attachments that were attached to your e-mail to

21   Ms. Carragher and Ms. Clause where you forwarded

22   Deborah Lear's e-mail, do you know if those were

23   all attached to Ms. Lear's e-mail or did you add

24   some additional attachments that were not

25   attached to Ms. Lear's e-mail?

41

1                         Ryan

2          A       I don't know.

3          Q       Sitting here today you don't

4    know?

5          A       No.

6          Q       Let me ask you this.

7                  We can see from Exhibit 28 that

8    you are e-mailing Ms. Carragher on June 8th

9    telling her that the subcontractor unit cap is

10   400,000.

11                 Do you see that?

12         A       Yes.

13         Q       Did you learn that for the first

14   time on June 8th or did you learn it from some

15   other source prior to June 8th?

16         A       I have no idea.

17         Q       At the point in time, whether it

18   was June 8th or some other time, that you

19   learned that the unit cap had been increased

20   from 300,000 to 400,000, did you believe at that

21   point in time that CGI would be able to

22   successfully persuade HUD to eliminate the unit

23   cap in the final bidding documents?

24                 MR. KLEIN:  Objection.

25         A       I was optimistic all the way

42

                          Ryan

1
2      through that we would be able to do that, yes.

3              Q      You mean all the way through

4      until when?

5              A      HUD badly mishandled this

6      procurement and at no point was I convinced that

7      their procurement process would stand up.

8                      I thought they had made serious

9      errors, the unit cap being one of the prime

10     ones, in my opinion, and I thought it could be

11     successfully challenged before or after awards.

12             Q      So let me focus in on that answer

13     because I want to distinguish between two

14     things.

15                     There was a process leading up to

16     the issuance of final procurement documents by

17     HUD, correct?

18             A      There was a what?

19             Q      There was a process leading up to

20     the issuance by HUD of the final bidding

21     documents for the PBCA rebid?

22             A      The question-and-answer process?

23                     MR. KLEIN:  Object to the

24                     form.

25                     You can answer.  If that

43

```
 1                      Ryan
 2              is your answer, that's fine.
 3   BY MR. MAIR:
 4         Q      I'll ask you a different
 5   question.
 6         A      Are you referring to the --
 7         Q      We just saw that January 2010 HUD
 8   announces that it's considering a unit cap
 9   restriction, correct?
10         A      It was at least under discussion
11   at that point, yes.  I'm not sure when they
12   announced it.
13                 Oh, yeah, in the NCSHA e-mail.
14         Q      So January 2010 HUD tells the
15   industry "We are considering a unit cap,"
16   correct?
17         A      Yes.
18         Q      And then at some point in time
19   HUD tells the industry there will definitely be
20   a unit cap in the procurement documents,
21   correct?
22                      MR. KLEIN:  Object to the
23                 form.
24         A      I don't know that they said it
25   would definitely be in there.  They were still
```

44

                           Ryan

1

2    talking about it, but I don't think we knew what

3    would be in there until it was issued.

4              Things were very much, I think,

5    fluid.

6         Q     Well, June of 2010, June 8th, we

7    see that HUD issues to the industry a draft of

8    the ACC contract, which includes unit caps.

9         A     Which means it's in that draft.

10   It doesn't mean it will be in the ultimate

11   contract or procurement.

12        Q     That's why I'm taking you through

13   this step by step.

14              So in June of 2010 HUD issues a

15   draft of the contract, which at that point has

16   unit caps in it, correct?

17                   MR. KLEIN:  Object to the

18              form.

19        A     It appears from this, yes.

20        Q     Sometime down the road from

21   there, HUD issues the final procurement

22   documents that are going to govern this bidding,

23   correct?

24        A     Yes.

25        Q     And the unit cap is in those

45

1                    Ryan

2    final procurement documents, correct?

3         A    Yes.

4         Q    I understand there were legal

5    challenges to the process after that, correct?

6         A    Yes.

7         Q    My first question to you is,

8    relates to your government relations efforts to

9    persuade HUD not to include a unit cap in the

10   final bidding documents, okay?

11        A    Yes.

12        Q    So this is, I'm not asking you

13   anything about whether you thought a legal

14   challenge ultimately might be successful.

15             Right now my questions pertain to

16   the process that we have just talked about

17   leading up to the issuance by HUD of the final

18   bidding documents, okay?

19        A    Yes.

20        Q    During that process leading up to

21   HUD issuing the final bidding documents, did you

22   believe during that entire process up until the

23   day the final bidding documents were issued that

24   you and/or other people would be successful in

25   persuading HUD not to include a unit cap in

46

```
 1                    Ryan
 2  those final bid documents?
 3        A      I was optimistic that we would.
 4        Q      You remained optimistic
 5  throughout the process up until the very day the
 6  final bidding documents were issued, is that
 7  your testimony?
 8        A      Yes.
 9        Q      Did you become more or less
10  optimistic at any point during that process or
11  were you optimistic the entire time?
12        A      I don't recall that.  I thought
13  it was a bad decision.  I thought the unit cap
14  was a mistake both for fairness and for the
15  efficient operation of the program.
16               And I thought people would see
17  reason.  I was very confident that it was wrong
18  and therefore I was confident that it could be
19  fixed.
20        Q      Let me show you what was
21  previously marked as Exhibit 29 (handing).
22        A      (Perusing document.)
23        Q      Now, this is a string of e-mails
24  culminating in an e-mail from Ms. Carragher to
25  you and several other people on April 16th of
```

47

```
 1                    Ryan
 2   2010.
 3               I want you just to take a look
 4   through the e-mail string, if you could.
 5        A     Starting where?
 6        Q     You can start at the beginning.
 7   I'm not going to ask you questions on any of the
 8   e-mails up until the last one.
 9               MR. KLEIN:  And, Dennis,
10               feel free to read the whole
11               document.
12               There is a bunch of little
13               squigglies we have noticed in
14               this e-mail before that it was
15               just whenever the document was
16               printed out.  We don't believe
17               the author of the e-mails used
18               all the upside down question
19               marks and things of that nature.
20               MR. MAIR:  We will
21               stipulate to that.
22               MR. KLEIN:  Yes.
23        A     (Perusing document.)  Okay.
24        Q     So you have taken a quick look
25   through those e-mails?
```

48

1                    Ryan

2          A      Yes.

3          Q      My question is focused on the

4    first page of the e-mail string.

5                 Ms. Carragher e-mails you and

6    several other people, including Ms. Clause, and

7    says on April 16th that "There is a rumor that

8    the invitation may be released May 1st."

9                 Do you see that?

10         A      Yes.

11         Q      By "the invitation," you

12   understood her to mean the bidding documents

13   from HUD?

14         A      Yes.

15         Q      And you respond, "Holey moley, I

16   hadn't heard that"?

17         A      I use bad language, yes.

18         Q      And there are a lot of strange

19   symbols that we all agree shouldn't be in there,

20   but you were surprised by that?

21         A      Apparently, yes.

22         Q      And Ms. Carragher then e-mails

23   back to you and provides you some more

24   information on what she's hearing.

25                Do you see that?

49

1                         Ryan

2          A      Yes.

3          Q      And she says that Roy called her

4    and you understood that to be Roy Bernardi?

5          A      Yes.

6          Q      Who was Mr. Bernardi?

7          A      CGI, I believe he was a former

8    employee, prior employee of HUD.

9          Q      Who worked for CGI?

10         A      Yes.

11         Q      She said that Mr. Bernardi

12   repeatedly called her until she picked up and

13   said that the draft ACC was going to be

14   released.  I'm sorry.

15                She says that he told her that

16   the final bidding documents were going to be

17   released May 1st, correct?

18                      MR. KLEIN:  Object to the

19                form.

20         A      You are asking if this e-mail

21   says that Roy told Marybeth that things might be

22   released May 1st?

23         Q      Yes.

24         A      Yes.

25         Q      And Ms. Carragher says to you in

50

1                        Ryan

2      that e-mail, in her last sentence, quote, "If it

3      is replaced May 1st I would have to believe that

4      HUD has decided that the unit cap will stand,"

5      close quote.

6                   Do you see that?

7           A    Yes.

8           Q    Now, it's fair to say that in

9      your discussions with Ms. Carragher throughout

10     the period from January 2010 when HUD first

11     announces the possibility of a unit cap up until

12     the day the final bidding documents are

13     released, in your discussion with Ms. Carragher

14     during that time period, she indicated to you on

15     occasion whether or not she was optimistic that

16     the unit cap would be eliminated, correct?

17                   MR. KLEIN:  Object to the

18                   form.

19          A    I'm sorry, would you repeat it?

20          Q    You had discussions with Ms.

21     Carragher during that period from January 2010

22     up until the final bidding documents were issued

23     about her level of optimism as to whether or not

24     there would be a unit cap, correct?

25          A    Sure.  I mean, we talked back and

51

1                         Ryan

2    forth all the time.

3         Q     It was a Topic of conversation

4    amongst you many times during that period,

5    correct?

6         A     Yes.

7         Q     Is it fair to say that as of

8    April 16, 2010, as of the time Ms. Carragher

9    sent you this e-mail, she had become pessimistic

10   that the unit cap would be eliminated prior to

11   bidding?

12                    MR. KLEIN:  Object to the

13                    form.

14        A     I think she says if they are

15   released together she would be pessimistic, in

16   your words.

17        Q     Yes.

18              When you received this

19   information from Ms. Carragher, did it change

20   your level of optimism that the final bidding

21   documents would eliminate the unit cap?

22        A     I don't remember what I thought

23   when I got the e-mail.

24        Q     Is it fair to say that your level

25   of optimism at getting the unit caps eliminated

52

1                         Ryan

2    in the final bidding documents also went up and

3    down during the period from January 2010 until

4    the bidding documents were released?

5            A       I don't know how you measure it.

6                    I was optimistic, I thought it

7    was wrong, and I was optimistic that we would

8    get rid of it.

9                    Did I feel the exact same every

10   day?  No.  But throughout I was optimistic we

11   would get rid of it.

12           Q       When you received this

13   information on April 16th from Ms. Carragher,

14   your level of optimism dropped, correct?

15                           MR. KLEIN:  Object to the

16                   form.

17           A       I didn't say that.

18           Q       Are you telling me you --

19           A       I didn't say that.

20           Q       So on April 16th of 2010 did your

21   level of optimism at getting rid of the unit

22   caps in the final bidding documents decrease?

23           A       Not that I remember.

24           Q       So you got this information from

25   Ms. Carragher and you still thought that you had

53

                              Ryan

1

2       the same chance of getting the unit cap

3       eliminated?

4              A      I didn't say that.  I don't

5       remember my level of optimism changing when I

6       received this e-mail.  I don't remember.

7              Q      You don't remember if it did or

8       it didn't, that's what you're saying?

9              A      That's what I'm saying.

10             Q      Sitting here today, you just

11      don't remember what was going through your mind

12      that day?

13             A      That's what I'm saying.

14             Q      Now, have you ever eaten at the

15      restaurant Tosca in D.C., an Italian restaurant?

16             A      I don't know.

17             Q      During the period that the unit

18      cap issue was being floated by HUD, did you have

19      dinner in D.C. at some point with Mr. Ashmore,

20      Ms. Carragher and Joyce Clause?

21             A      I don't know.  We had dinner as a

22      team, various members at different times.  I

23      don't remember that specifically, no.

24             Q      Did you ever have dinner in D.C.

25      with Mr. Ashmore and Ms. Carragher at any point

54

1                        Ryan

2      in time, whether it was part of a larger group

3      or just the three of you?

4             A       I don't remember doing it.  I

5      could certainly believe I did, but I don't

6      remember doing it.

7             Q       So it's fair to say that you

8      don't remember one way or the other sitting here

9      today?

10            A       Correct.

11            Q       At some point in time did Ms.

12     Carragher tell you that she had had a

13     conversation with Deborah Lear in which Deborah

14     Lear had indicated that the unit caps, that HUD

15     had made a decision that the unit caps would be

16     included in the final bidding documentation?

17            A       I don't remember that.  I'm not

18     saying she did not, but I don't remember it, I

19     don't recall that.

20            Q       You don't recall one way or the

21     other?

22            A       Correct.

23            Q       At some point prior to the day

24     the actual formal bidding documents were issued

25     by HUD, at some point during the process leading

55

1                         Ryan

2    up to that, did Ms. Carragher relay to you some

3    information that she had obtained from Ms. Lear

4    as to HUD's thinking on whether it was going to

5    include the unit cap in the formal rebid

6    documents?

7              A      Not that I remember.

8              Q      Again, is it fair to say that you

9    don't recall one way or the other sitting here

10   today?

11             A      Yes.  If I don't remember, I

12   don't remember one way or the other.

13             Q      Okay.

14                    Can you go back to Exhibit 28,

15   which is the thick one?

16             A      The thick one?

17             Q      The thick one, yes.

18                    If you turn to the third page

19   from the end of the document, which is the May

20   14, 2010 summary of key changes.

21             A      Yes.

22             Q      In that summary HUD indicates

23   that in the proposed bidding documents there was

24   a limitation on units.

25                    Do you see that?

56

1                    Ryan

2          A       Second box down?

3          Q       Second box down.

4          A       Yes.

5          Q       And that's the unit cap that we

6     have been talking about, correct?

7          A       Yes.

8          Q       And HUD indicates that the

9     limitation, the unit cap was going to be a unit

10    cap on proposals.

11                 Do you see that?

12         A       Yes.

13         Q       Your understanding was that the

14    unit cap that was being proposed by HUD at that

15    stage was going to limit the number of units

16    that any one contractor or subcontractor could

17    bid upon, correct?

18         A       I don't remember what it was at

19    what point.  Initially I expected it would be on

20    awards, and at some point it became apparent

21    they were talking about the number of units you

22    could actually bid on, but I don't remember at

23    what point my understanding of that changed.

24         Q       Is it your testimony that

25    initially you thought that there would be no

57

1                    Ryan

2    limit on how many units you bid upon, there

3    would simply be a limit on how many units HUD

4    would award to one entity?

5           A     Yes.  At some point I believed

6    that to be the case, yes.

7           Q     But then based on additional

8    information from HUD, your testimony is that it

9    became clear that it was going to be a limit on

10   the bidding; is that correct?

11          A     Yes.

12          Q     Not on the award?

13          A     Correct.

14          Q     You just don't recall when in the

15   process that thinking changed?

16          A     Correct.

17          Q     It's fair to say that looking at

18   Exhibit 28, which contains the May 14, 2010

19   summary of changes, it's fair to say that at

20   least as of June 8, 2010, your understanding was

21   that the unit cap was going to be a unit cap on

22   bidding, correct?

23          A     Yes.

24          Q     You may have gained that

25   understanding earlier, but at the latest you had

58

1                        Ryan

2     that understanding on June 8, 2010, correct?

3          A     Yes.

4          Q     And is it also fair to say that

5     when you look at your e-mail here, where you

6     highlight to Ms. Carragher that the unit cap is

7     400,000, but you don't say anything about, oh,

8     we now know for the first time it's a unit cap

9     on bidding, not on awards, is it fair to say

10    that you learned that the unit cap was a cap on

11    bidding sometime prior to June 8, 2010?

12         A     I don't know.

13         Q     You see that your e-mail to Ms.

14    Carragher highlights the number of units, but

15    doesn't say to her that the cap is on bidding

16    and not awards?

17         A     I see that, yes.

18         Q     So from that, does that refresh

19    your recollection that on June 8, 2010, you

20    already knew that the cap was on bidding?

21         A     No.

22         Q     You don't know one way or the

23    other sitting here today?

24         A     It's logical, but I can't say

25    that I remember it.  That would not be true.

59

1                      Ryan

2          Q      You don't remember one way or the

3    other?

4          A      I do not.

5          Q      Let's take a look at Exhibit 14

6    (handing).

7                 I'm showing you what was

8    previously marked as Exhibit 14.

9                 Can you take a look at that

10   document?

11         A      Yes.  (Perusing document.)

12                   MR. MAIR:  For the record,

13                it's a document Bates stamped CGI

14                5043 confidential.  It's a May

15                17, 2010 e-mail, together with a

16                May 17, 2010 PowerPoint

17                presentation entitled "Senior

18                Management Committee Progress

19                Update."

20         Q      This is an e-mail and an

21   attachment that was sent to you by Patricia

22   Duffy on May 17, 2010, sent to you and others,

23   correct?

24         A      Yes.

25         Q      And the attachment is a senior

60

1                          Ryan

2      management committee progress update

3      presentation; is that correct?

4              A      Yes.

5              Q      And you regularly participated in

6      senior management update phone calls relating to

7      the PBCA?

8              A      Sometimes I did, sometimes I did

9      not.

10             Q      Was there any rhyme or reason to

11     it?

12             A      I'm not -- not that I know of.

13             Q      Do you know why --

14             A      Probably if I was involved in

15     something that was in that discussion, I would

16     be invited and if I was not, I would not.

17             Q      If you take a look at the

18     presentation, the presentation outlines, it has

19     a page that says Page 4, that says "HUD/GR

20     Update."

21                    Do you see that?

22             A      Yes.

23             Q      Was that -- GR stands for

24     government relations?

25             A      Yes.

61

```
 1                        Ryan
 2          Q      So that's an update as to the
 3   government relations efforts at that point in
 4   time relating to the HUD rebid?
 5          A      Yes.
 6          Q      And it says that CGI has engaged
 7   Nixon Peabody with respect to the unit cap.
 8                 Do you see that?
 9          A      Yes.
10          Q      Were you involved in that?
11          A      I was not involved in engaging
12   Nixon Peabody, but I was involved with calls
13   with their representative on it, yes.
14          Q      This indicates, this PowerPoint
15   indicates that there were private meetings with
16   the HUD general counsel office.
17                 Do you see that?
18          A      Yes.
19          Q      Did you understand that those
20   were meetings between Nixon Peabody and HUD
21   general counsel?
22          A      Yes.
23          Q      And as a result of that, CGI was
24   optimistic as of May 17, 2010, that the unit cap
25   would be removed.
```

62

1                         Ryan

2                 Was that accurate?

3         A      I don't remember, that's what it

4    says here.  I don't remember that or the timing

5    of it.

6         Q      So this page summarizes the

7    government relations efforts as of that point in

8    time; is that fair to say?

9         A      I don't know that this summarizes

10   it.  It addresses several points of it.

11        Q      Well, you were the person on the

12   PBCA rebid team responsible for government

13   relations, correct?

14        A      As I said before, several of us

15   were involved, yes.

16        Q      Is it fair to say that when

17   senior management committee updates were put

18   together in the form of these PowerPoint

19   presentations, you reviewed it for accuracy in

20   terms of the government relations update; is

21   that fair to say?

22                     MR. KLEIN:  Object to the

23                form.

24        A      I don't know that.  I was

25   generally involved.  I don't remember reviewing

63
1                    Ryan
2      this.  I don't remember the call, to be honest.
3              But that's not to say that I
4      wasn't, I don't remember the specific one.
5          Q    Regardless of the specific call,
6      is it fair to say that in general when the
7      senior management update call and accompanying
8      PowerPoint presentation included an update on
9      government relations, you reviewed it ahead of
10     time to make sure that it was accurate?
11                 MR. KLEIN:  Object to the
12                 form.
13         A    Generally, probably, yeah.  Would
14     I have been involved in reviewing it?  Yes.
15             Did I review it for accuracy?
16     I'm not sure what point you're -- I would have
17     been involved in reviewing it, yes.
18         Q    It was a general practice that
19     you would be involved in reviewing the
20     government relations portion of that
21     presentation?
22         A    I don't know what I wasn't
23     included in, so I can't answer that.
24             I know that I was engaged,
25     involved sometimes.

64

1                      Ryan

2                      Were there others where I wasn't?

3    I don't know.

4          Q      Do you have any reason to believe

5    sitting here today that senior management

6    committee progress updates of the type that we

7    see in Exhibit 14 were put together and given to

8    senior management on any occasion without asking

9    you for your input?

10         A      I do not have a specific reason

11   to think that, but I know there are a lot of

12   calls and meetings that I'm not involved in.

13         Q      Now, can you turn to Page 5 of

14   this document?

15         A      Uh-hum.

16         Q      By the way, did you review any

17   documents in preparation for this deposition?

18         A      I went through my e-mails in

19   discovery or something, and got everything that

20   I was told to get.

21                Beyond that, no.

22         Q      A while ago you were told to

23   search your e-mails for certain e-mails and give

24   them to counsel as part of the discovery

25   process?

65

```
 1                       Ryan

 2          A       Yes.

 3          Q       That was months ago, right?

 4          A       Yes.

 5          Q       Since that point in time, have

 6   you reviewed any documents?

 7          A       Not relating to this case, no.

 8          Q       Any documents relating to your

 9   testimony today?

10          A       No.

11                       MR. KLEIN:  Other than

12                  e-mails involving time and

13                  location.

14                       MR. MAIR:  Right.

15          Q       Other than e-mails arranging the

16   logistics of this.

17          A       No.

18          Q       Have you looked at or been shown

19   any other documents relating to this case or the

20   events of the PBCA rebid?

21          A       No.

22          Q       So now lets turn to Page 5 of

23   Exhibit 14.

24          A       (Perusing document.)

25          Q       This page is headed "Unit Cap
```

66

1                              Ryan

2       Alternatives."

3                      Do you see that?

4              A      Yes.

5              Q      Now, is it fair to say that

6       during the rebid process on the rat pack

7       conference calls, the rat pack discussed at

8       different times various strategies that could be

9       used in the bidding in the event HUD continued

10      with a unit cap in the final bidding documents?

11                         MR. KLEIN:  Object to the

12                         form.

13             A      Can you repeat the question?

14             Q      Yes.

15                      During the rat pack conference

16      calls various strategies were discussed that CGI

17      could consider using in the event the unit cap

18      stayed for the final bidding process; is that

19      correct?

20                         MR. KLEIN:  Object to the

21                         form.

22             A      When we were faced with the unit

23      cap, we were preparing to go forward as if we

24      got rid of it and we had to look at ways we

25      would respond in case we did not get rid of it.

67

```
1                     Ryan
2          Q      So strategies were discussed
3     during the rat pack calls as to how CGI could
4     handle the bidding if the unit cap stayed; is
5     that correct?
6          A      We were prepared to go forward if
7     we got rid of the unit cap and if we did not get
8     rid of the unit cap.
9                 We talked about different ways
10    that we could bid, yes.
11         Q      So it's the discussion of
12    different ways you could bid I'm asking you
13    about.
14         A      Yes.
15         Q      So in the rat pack calls,
16    although there may have been optimism at some
17    points that the unit cap would not be part of
18    the final process, there were discussions during
19    certain periods of time as to how CGI could
20    handle the bidding if the unit cap stayed,
21    correct?
22         A      Yes.
23         Q      Now, on Page 5 of Exhibit 14,
24    there's a concept here that is labeled states to
25    pursue under the 49/51 percent partner CGI
```

68

```
1                     Ryan
2    split.
3               Do you see that?
4         A    Yes.
5         Q    Now, the rat pack discussed an
6    option of bidding under what was called a 49/51
7    scenario, correct?
8         A    Sounds right, yes.
9         Q    Well, the discussion or the
10   concept that's listed here of pursuing some
11   states with a 49/51 percent PHA/CGI split was
12   discussed as one potential strategy to implement
13   if the unit cap stayed, correct?
14        A    Yes.
15        Q    And you were part of these
16   discussions during rat pack calls, correct?
17        A    I was on the calls.  I was not
18   that involved in that part of it, but, yes, I
19   was on those calls.
20        Q    So you were present for the
21   discussions?
22        A    Yes.
23        Q    Even if you didn't contribute
24   very much on that topic?
25        A    Yes.
```

69

```
1                     Ryan

2          Q       And if you look down to the table

3     that is contained on Page 5 of Exhibit 14, there

4     are pros and cons of partnering under a 49/51

5     percent split with either public housing

6     agencies or private sector partners.

7                     Do you see that?

8          A       Yes.

9          Q       And one of the pros that is

10    listed for a PHA partner is it says "willing to

11    transfer 51 percent to CGI after first year."

12                    Do you see that?

13         A       Yes.

14         Q       And that was a concept that was

15    discussed during rat pack conference calls,

16    correct?

17         A       I don't remember that

18    specifically.

19         Q       Well, isn't it true that during

20    some of the rat pack conference calls, one or

21    more of the rat pack conference calls, the

22    potential concept was discussed of bidding under

23    a 49/51 percent partnership, but having the PHA

24    transfer back some or all of the 51 percent to

25    CGI after the bid was awarded?
```

70

1                          Ryan

2          A      I don't remember that

3     specifically.  I remember questions about

4     whether the split would last for the full term

5     of the contract, but I don't remember

6     transferring things back or specific

7     percentages.

8          Q      When you say you recall

9     discussions of whether the split would last for

10    the full length of the contract, are you saying

11    that there was a discussion about whether some

12    of the 51 percent could be transferred to CGI at

13    some point during the contract?

14                          MR. KLEIN:  Object to the

15                   form.

16         A      I don't remember that

17    specifically.  I remember questions, not

18    answers, wondering what the contracts would look

19    like -- what the operations would look like over

20    the course of the contract.

21         Q      So, again, to make sure I

22    understand, is it your testimony that sitting

23    here today you don't recall one way or the other

24    whether there was a discussion during rat pack

25    conference calls about bidding with a PHA

71

1                        Ryan

2      partner as a 49 percent subcontractor and then

3      at some point after the contract is awarded

4      having the PHA transfer some of the 51 percent

5      to CGI?

6              A      I don't remember transfer.

7                     As I said, I remember questions

8      about whether that split would remain throughout

9      the course of the contract.

10                    I'm not sure what you mean by

11     transfer.  I remember wondering whether that

12     specific scenario would, the bidding scenario

13     would remain throughout the operations.  If

14     that's what you're trying to get at.

15             Q      Let me be very clear about what

16     my question is.  So let me step back a second.

17                    The 49/51 percent bidding

18     arrangement that was discussed was an

19     arrangement whereby CGI would bid as being a

20     subcontractor that would provide 49 percent or

21     less of the FTEs for certain tasks under the ACC

22     contract?

23             A      That's my understanding, yes.

24             Q      That's what 49/51 meant when it

25     was being discussed?

72

                         Ryan

1

2          A       Yes.

3          Q       And my question to you is, having

4    read Exhibit 14, the table that says pros of PHA

5    being, quote, "willing to transfer 51 percent to

6    CGI after first year," close quote, having read

7    that, do you have any recollection of

8    discussions at any point by the rat pack about

9    the possibility of bidding under a 49/51

10   scenario, but having the PHA transfer some of

11   the 51 percent of FTEs to CGI at some point

12   after the contract is awarded?

13         A       Again, I remember discussions

14   about whether the split would remain this way.

15   I don't know if it's, if it did not, would that

16   mean a transfer, I don't know.

17                 I remember a question as to

18   whether the way it was proposed would be binding

19   or how, what reports we would do to HUD or

20   questions like.

21         Q       Let me see if I understand.

22                 So is it your testimony that you

23   recall a discussion about whether it may be

24   possible to have some of the 51 percent of FTEs

25   work for CGI at some point after the contract is

73

```
1                    Ryan

2   awarded?

3           A       No.

4                   MR. KLEIN:  Object to the

5                   form.

6           Q       Can you be more specific about

7   what you do recall then?

8           A       I remember discussions about

9   whether if we bid the way it was outlined,

10  49/51, whether HUD would require reporting or

11  enforcement or things and how that work would be

12  carried out over the course of the next couple

13  of years, over the course of the contract,

14  however long that was.

15          Q       When you say "whether HUD would

16  require reporting or enforcement," are you

17  talking about whether or not HUD would monitor

18  who was doing what work during the course of the

19  contract?

20          A       Yes.

21          Q       And was that discussed on more

22  than rat pack call?

23          A       I don't remember.

24          Q       You don't recall how many calls?

25          A       No.
```

74

1                        Ryan

2          Q       But it was discussed during a rat

3     pack conference call, at least one rat pack

4     conference call?

5          A       I assume it was a rat pack call,

6     yes.

7          Q       It was a call that you

8     participated in?

9          A       Yes.

10          Q       Was there any resolution to that

11     issue, as to whether or not HUD would monitor

12     who was doing what work after the contract was

13     awarded?

14          A       Not that I recall.

15          Q       So is it fair to say that you

16     don't recall that question ever being answered

17     on any of the calls that you participated in?

18          A       Which question?

19          Q       The question of whether HUD would

20     monitor who does what work after the award of

21     the contract between the subcontractor and the

22     prime contractor?

23          A       Is it fair to say that I don't

24     remember coming to an answer on that question?

25     Yes.

75

1                        Ryan

2          Q      My question is you don't recall

3     that question ever being answered during a call

4     that you participated in?

5          A      If I understand the question

6     correctly, yes.

7          Q      So, in other words, it was

8     discussed, the question was raised, but it was

9     never answered?

10         A      Correct.

11         Q      In any form that you participated

12    in?

13         A      That I remember, yes.

14         Q      Now, beyond that question being

15    raised and not answered, am I correct from your

16    prior testimony that you don't remember one way

17    or the other whether there was a specific

18    discussion on a rat pack conference call about

19    the possibility of having some of the 51 percent

20    of FTEs work for CGI after the contract was

21    awarded?

22         A      Correct.

23         Q      Now, CGI did, in fact, bid on

24    certain jurisdictions in the PBCA rebid under a

25    49/51 partnership, correct?

76

1                         Ryan

2          A      I believe so.  I wasn't involved

3    in that, in that part of the process.

4          Q      When you say you weren't involved

5    in that part of the process, what do you mean by

6    that?

7          A      Some folks were involved in

8    figuring out the employee splits, the numbers of

9    tasks, the operational side, and I was not

10   involved in that.

11         Q      When you say some employees were

12   involved in figuring out the split between the

13   51/49 percent, were you actually involved in

14   discussions about what that split was going to

15   be?

16         A      No.  I mean, I was on the calls,

17   but it was not the part that I was active in.

18         Q      Was there a discussion during the

19   calls as to, for a specific jurisdiction,

20   "Here's how we are going to split between 49 and

21   51"?

22         A      Not that I remember.

23         Q      It wasn't discussed in that level

24   of detail in the calls?

25         A      Not that I remember.

77

1                          Ryan

2          Q        Who was responsible for figuring

3    out the allocation of FTEs between the 49 and

4    the 51?

5          A        Probably finance and operations.

6          Q        But --

7          A        It wasn't me.

8          Q        When you say "probably," I don't

9    want you to guess, I want you to --

10         A        I was not involved.

11         Q        Wait.

12                  Based on your participation in

13   the rat pack calls, do you have any

14   understanding as to who was involved in that

15   split?

16         A        I think I remember Panos

17   Kyprianou figuring out how many hours would go

18   towards what part of the tasks that were

19   required.

20                  I don't know if he was involved

21   in the next step of 51 or 49 or not, but he's

22   operational and I think he would figure out how

23   many hours it would take to do certain parts of

24   the tasks and how many FTEs that would be, that

25   sort of thing.

78

1                        Ryan

2           Q       And he discussed this during the

3    rat pack calls?

4           A       I believe so, yeah.

5           Q       You said that during the rat pack

6    calls, or at least one call, there was a

7    discussion, a question was discussed as to what,

8    if anything, HUD would do to monitor the split

9    of work between the contractor and the

10   subcontractor after award?

11          A       Yes.

12          Q       What, if anything, did CGI do to

13   try to get an answer to that question?

14          A       I don't remember.

15          Q       Did anyone try to get an answer

16   from HUD?

17          A       I don't remember.

18          Q       You were the government relations

19   person on Ms. Carragher's team, correct?

20          A       Yes.

21          Q       Were you tasked with trying to

22   get an answer to that question from HUD?

23          A       I don't believe so -- I mean, I

24   don't remember.

25          Q       You don't remember being tasked

79

```
 1                        Ryan

 2   with that?

 3           A       No.

 4           Q       Did you ever try to get an answer

 5   to that question from HUD?

 6           A       No, not that I remember.

 7           Q       You said the other person working

 8   on government relations for PBCA was working out

 9   of the Fairfax, Virginia office?

10           A       Yes.

11           Q       You worked hand in hand with that

12   person?

13           A       I worked with him, yes.

14           Q       You worked closely together on

15   PBCA government relations work?

16           A       Yes.

17           Q       And who was that other person?

18           A       Nicholas Evans.

19           Q       Did Mr. Evans ever do anything to

20   try to get an answer to the question of what HUD

21   would do to monitor the work split between the

22   contractor and the subcontractor after the bids

23   were awarded?

24           A       Not that I remember.

25           Q       To your knowledge, he didn't do
```

80

```
 1                    Ryan
 2   anything either?
 3         A     I don't remember him doing
 4   anything.
 5         Q     Let's take a look at Exhibit 13
 6   (handing), what was previously marked as Exhibit
 7   13, which is stamped CGI 7233 confidential.
 8         A      (Perusing document.)
 9         Q     Can you read this e-mail to
10   yourself?
11         A     Yes.  (Perusing document.)  Okay.
12         Q     We just talked about the fact
13   that the rat pack discussed a 49/51 bidding
14   strategy as one strategy that could be utilized
15   in the event the unit caps were finally
16   implemented; is that fair to say?
17         A     Yes.
18         Q     Prior to the time that the unit
19   caps were finally implemented, while they were
20   under consideration, is it fair to say that the
21   rat pack discussed other possible strategies to
22   determine whether or not there were other things
23   that could be done in the event of a unit cap
24   being put in place?
25                    MR. KLEIN:  Object to the
```

81

```
1                    Ryan
2              form.
3         A      Prior to the procurement coming
4    out -- sorry, prior to what?
5         Q      Prior to the final bidding
6    documents coming out, from that period from
7    January of 2010 up until the final bidding
8    documents come out with a unit cap, I'm going to
9    refer to that period of time as the period while
10   the unit cap was under consideration by HUD,
11   okay?
12        A      Okay.
13        Q      So while the unit cap was under
14   consideration, you already told me that there
15   were discussions on rat pack conference calls
16   about the possibility of using 49/51 bidding,
17   correct?
18        A      Yes.
19        Q      As one strategy where CGI could
20   bid on work in jurisdictions whose units added
21   up to more than the unit cap, correct?
22        A      Yes.
23        Q      And it's fair to say that the rat
24   pack discussed other potential strategies that
25   could be considered for bidding in order to get
```

82

1                         Ryan

2       around a single unit cap if that unit cap was

3       put in place; is that correct?

4                         MR. KLEIN:  Object to the

5                   form.

6              A       In reading this, I'm reminded

7       that we had discussed could we bid under a

8       separate part of CGI and would that meet HUD's

9       requirement of separate entities.

10             Q       By "this," you are talking about

11      Exhibit 13?

12             A       Yes.

13             Q       This is the e-mail from Panos?

14             A       Yeah.

15             Q       With the subject line "Flying

16      Nun"?

17             A       I had not noticed the subject

18      line.

19             Q       What did you understand by the

20      term "flying nun"?

21             A       It's a wonderful old TV show.

22                     So on the second page of that

23      e-mail it mentions a CGI subsidiary and, to be

24      honest, I don't remember the timing of CGI as

25      the main company and I don't know if we were

83

1                     Ryan

2     part of Federal yet or part of the main company,

3     but there are other portions of the company and

4     we had discussed could one of them be a valid

5     bidder and would that help us alleviate the

6     problem of the unit cap.

7          Q      You are talking about whether

8     different existing CGI corporate entities could

9     bid on separate unit caps?

10         A      Yes.

11         Q      And that concept was discussed?

12         A      At least briefly.  I don't think

13    it went very far, probably because it wasn't --

14    I think the ownership was the same or too much

15    the same and therefore it wouldn't have been

16    considered a separate entity, if I remember

17    correctly.

18         Q      This is your recollection of

19    discussions during one or more rat pack

20    conference calls?

21         A      That's just my recollection of

22    how it developed.  I don't remember if it was

23    e-mails or calls.

24         Q      But this is discussion amongst

25    rat pack members?

84

1                          Ryan

2          A      That's who I would have discussed

3    it with, yes.

4          Q      Let me leave aside the concept of

5    using existing, two different existing CGI

6    corporate entities and whether or not those two

7    existing entities could bid under separate unit

8    caps.  Leave that aside.

9                 I want to focus on this concept

10   that is raised by Mr. Kyprianou in his January

11   29th e-mail and in the paragraph numbered three

12   on the second page, Mr. Kyprianou says, "I don't

13   know whether this is possible or allowable, but

14   can we create new entities for selected

15   jurisdictions that are a joined venture," I

16   think he meant a joint venture, "of a PHA and

17   CGI subsidiary."

18                 And he goes on to say, "If this

19   holds, then we can get away with the unit

20   restrictions as these entities will be somehow

21   independent from CGI."

22                 Do you see that?

23         A      I do, yes.

24         Q      So let me ask you this.

25                 At any point in time was there a

MCM REPORTING SERVICE
(516) 775-5209

85

1                    Ryan

2     discussion of the possibility of creating some

3     new corporate entities that then could bid on

4     units above a single unit cap, whatever that

5     turned out to be, by virtue of being separate

6     corporate entities?

7            A       For me, it's part of the same

8     conversation that we just addressed, where

9     either a separate part of CGI would bid with a

10    PHA or a separate part of CGI would form a joint

11    venture with a PHA.

12                   Right now or to this point we are

13    a subcontractor to a public housing authority,

14    and if there were an opportunity to create a

15    different structure with those partners, we

16    would consider that.

17                   I don't think it went anywhere.

18           Q       But as a concept you are saying

19    it was discussed at some point?

20           A       Yeah.

21           Q       And part of the concept that was

22    discussed, even if it didn't ultimately end up

23    going very far, was the concept of whether

24    outside corporate entities could be set up for

25    the purpose of bidding on the PBCA rebid?

86

1                          Ryan

2          A        It was in the e-mail.  I don't

3     know that it was discussed or pursued, but I'm

4     looking at this e-mail that you just handed me

5     and there is a mention in there.

6          Q        Now, my question is not what's

7     written in the e-mail, because we have read

8     that, we know what's in the e-mail, my question

9     to you is what was discussed amongst rat pack

10    members and was the concept at some point,

11    however briefly or lengthily discussed, of

12    setting up one or more new corporate entities

13    for the purpose of being able to get around a

14    single unit cap, if it were to be implemented?

15                          MR. KLEIN:  Object to the

16                    form.

17         A        As for new entities, I remember

18    an instance of us potentially bidding with some,

19    you know, a joke, a guy that we work with owns a

20    Honey Baked Ham company and said that we could

21    bid under his Honey Baked Ham corporate logo and

22    another guy joked that he has a porn company,

23    that we could bid under his porn company, and

24    those were the extent of setting up outside

25    partners or new entities to bid.

87

1                     Ryan

2          Q      So your testimony is that there

3    was a point in time that there was a rat pack

4    discussion joking about using the Honey Baked

5    Ham entity and/or a porn entity to bid on the

6    rebids, as a joke?

7          A      As a joke, yes.

8          Q      And that discussion was obviously

9    a joke, in your mind?

10         A      In anyone's mind, yes.

11         Q      No one was really going to bid

12   through Honey Baked Ham, correct?

13         A      I don't believe so.

14         Q      It would be highly unlikely that

15   CGI was ever actually going to bid through a

16   porn entity?

17         A      Correct.

18         Q      That would be fair to say,

19   correct?

20         A      That would be fair to say.

21         Q      Leaving aside the discussion that

22   was in jest that we just talked about --

23         A      Yes.

24         Q      -- at any point in time,

25   including immediately preceding that

88

1                           Ryan

2      conversation, was there a discussion of whether

3      or not outside entities could be set up that

4      were somehow independent of CGI for bidding

5      purposes in order to bid on jurisdictions above

6      the number in the unit cap, if it were to be

7      implemented?

8              A       No, the only outside entities

9      were the jokes.

10             Q       So it's your testimony sitting

11     here today that the sole discussion at any time

12     in any rat pack discussion that you were ever

13     part of of setting up outside corporate entities

14     was in the context of the joking references to

15     Honey Baked Ham and some porn enterprise?

16             A       Yes.

17             Q       There was never a discussion

18     either before or after that was said jokingly

19     about whether legitimately there could be

20     bidding by outside entities?

21             A       Correct.

22             Q       That is your testimony?

23             A       That is correct.

24             Q       Again, I want to make sure I

25     understand this.

89

| | |
|---|---|
| 1 | Ryan |
| 2 | Is it your testimony that you |
| 3 | don't recall one way or another whether or not |
| 4 | there was any such discussion or are you telling |
| 5 | me categorically and definitively today no such |
| 6 | discussion ever took place in your presence? |
| 7 | A      Are you asking me to disprove |
| 8 | that happened? |
| 9 | I'm sure I don't understand that |
| 10 | question. |
| 11 | Q      Okay. |
| 12 | So my question is is it your |
| 13 | testimony that you simply don't recall such a |
| 14 | conversation taking place, or alternatively is |
| 15 | it your testimony that you do recall what was |
| 16 | discussed during all of these rat pack calls and |
| 17 | you can definitively tell me today -- |
| 18 | A      I cannot do that. |
| 19 | Q      -- on no call that you were ever |
| 20 | part of was the concept of setting up outside |
| 21 | corporate entities to bid around the unit cap |
| 22 | ever discussed outside of the context solely of |
| 23 | a joke? |
| 24 | MR. KLEIN:  Object to the |
| 25 | form. |

90

1                          Ryan

2          A      If you have heard how many times

3    I have said today, I don't remember.  I don't

4    remember.  I can't tell you it was never

5    discussed.

6          Q      That was my question.

7          A      Okay.

8               MR. MAIR:  Give me five

9               minutes.  I think we are almost

10              done.

11                  (Whereupon, at 1:40 p.m., a

12              recess was taken.)

13                  (Whereupon, at 1:48 p.m.,

14              the deposition resumed with all

15              parties present.)

16              MR. MAIR:  I don't have

17              any more questions.

18                  (Whereupon, at 1:48 p.m.,

19              the deposition was concluded.)

20                          _____

21                          DENNIS PATRICK RYAN

22   Subscribed and sworn to

23   before me

24   this ▉ day of ▉, 2013.

25   _____
             NOTARY PUBLIC


                    MCM REPORTING SERVICE
                      (516) 775-5209

91

1

2                          C E R T I F I C A T E

3     STATE OF NEW YORK  )

4                        ) ss.

5     COUNTY OF NEW YORK )

6              I, MARGARET M. HARRIS, a Shorthand

7              (Stenotype) Reporter and Notary Public of

8              the State of New York, do hereby certify

9              that the foregoing Deposition, of the

10             witness, DENNIS PATRICK RYAN, taken at the

11             time and place aforesaid, is a true and

12             correct transcription of my shorthand

13             notes.

14             I further certify that I am neither

15             counsel for nor related to any party to

16             said action, nor in any wise interested in

17             the result or outcome thereof.

18             IN WITNESS WHEREOF, I have hereunto

19             set my hand this 29th day of July, 2013.

20

21             _____

22             MARGARET M. HARRIS

23

24

25

MCM REPORTING SERVICE
(516) 775-5209