# Exhibit 54-2

CGI

Staffing Matrix

<<Date Macro>>

CGI_ASHMORE-2010829 CONFIDENTIAL

| Position | Staffing Level Guideline | | Jurisdiction: | AL800 | CA[3] | CO800 | CT800 | DC800[2] | DE800 | FL800[2] | GA800 | IL800 | IN800 | LA800 | MA800 | MD800 | MI800 | MO800 | MS800 | NY800[2] | OH800[2] | PA800 | RI800 | SC800 | TN800 | TX800 | VA800 | VI800 | WI800 | WV800 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Work split | yes | no | yes | yes | no | no | no | yes | no | | | | | | | | | | | | | | | | | | | |
| | | | Contracts: | 280 | 1,284 | 272 | 209 | 93 | 59 | 457 | 326 | 544 | 406 | 171 | 489 | 292 | 413 | 367 | 267 | 1,003 | 976 | 571 | 177 | 271 | 402 | 636 | 215 | 12 | 448 | 123 | 10,763 |
| | | | Units: | 16,120 | 86,234 | 16,156 | 14,674 | 10,170 | 4,633 | 39,633 | 26,186 | 44,587 | 29,466 | 14,280 | 40,890 | 22,791 | 33,584 | 23,335 | 15,860 | 93,895 | 70,903 | 44,817 | 15,318 | 17,932 | 29,590 | 50,510 | 18,323 | 1,387 | 22,821 | 9,930 | 814,025 |
| | | | Properties: | 280 | 1,145 | 267 | 208 | 87 | 57 | 445 | 318 | 518 | 386 | 167 | 455 | 288 | 407 | 357 | 259 | 960 | 953 | 556 | 160 | 266 | 390 | 604 | 207 | 11 | 420 | 123 | 10,294 |
| | | | Main Offices: | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 30 |
| Director of Contract Administration[1] | 1 | per jurisdiction | L | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0.1 | 1 | 1 | 26.1 |
| Administrative Assistant[1] | 1 | per jurisdiction | L | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 26 |
| Director of Operations | 0.25 | per jurisdiction | O | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.1 | 0.25 | 0.25 | 6.6 |
| State Contract Manager | 1 | per jurisdiction | L | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0.25 | 1 | 1 | 26.25 |
| Area Manager | 1 | > 6 supervisors | L | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| Administrative Assistant | 1 | per main office | L | 1 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 29 |
| Quality Assurance Manager | 1100 | contracts per FTE | L | 0.25 | 1.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.5 | 0.25 | 0.5 | 0.25 | 0.25 | 0.5 | 0.25 | 0.5 | 0.25 | 0.25 | 1 | 1 | 0.5 | 0.25 | 0.25 | 0.25 | 0.5 | 0.25 | 0.25 | 0.5 | 0.25 | 11 |
| Quality Assurance Specialist | 350 | contracts per FTE (MOR) | L | 0.75 | 3.75 | 0.75 | 0.5 | 0.25 | 0.25 | 1.25 | 1 | 1.5 | 1.25 | 0.5 | 1.5 | 0.75 | 1.25 | 1 | 0.75 | 2.75 | 2.75 | 1.75 | 0.5 | 0.75 | 1.25 | 1.75 | 0.5 | 0 | 1.25 | 0.25 | 30.5 |
| Quality Assurance Specialist | 500 | contracts per FTE (CR & VCHR) | C | 0.5 | 2.5 | 0.5 | 0.5 | 0.25 | 0.25 | 1 | 0.75 | 1 | 0.75 | 0.25 | 1 | 0.5 | 0.75 | 0.75 | 0.5 | 2 | 2 | 1.25 | 0.25 | 0.5 | 0.75 | 1.25 | 0.5 | 0.1 | 1 | 0.25 | 21.6 |
| Training & Compliance Specialist | 850 | contracts per FTE | C | 0.25 | 1.5 | 0.25 | 0.25 | 0.25 | 0.25 | 0.5 | 0.5 | 0.75 | 0.5 | 0.25 | 0.5 | 0.25 | 0.5 | 0.5 | 0.25 | 1.25 | 1.25 | 0.75 | 0.25 | 0.25 | 0.5 | 0.75 | 0.25 | 0.1 | 0.5 | 0.25 | 13.35 |
| Local Services Manager | 1 | for every 5 staff supervised | L | 1.25 | 5.5 | 1.25 | 1 | 0.5 | 0.25 | 2 | 1.5 | 2.5 | 1.75 | 0.75 | 2.25 | 1.25 | 2 | 1.75 | 1.25 | 4.5 | 4.5 | 2.75 | 0.75 | 1.25 | 1.75 | 3 | 1 | 0.25 | 2 | 0.5 | 49 |
| Local Contract Specialist | 42 | properties per FTE | L | 6.75 | 27.25 | 6.25 | 5 | 2 | 1.25 | 10.5 | 7.5 | 12.25 | 9.25 | 4 | 10.75 | 6.75 | 9.75 | 8.5 | 6.25 | 22.75 | 22.75 | 13.25 | 3.75 | 6.25 | 9.25 | 14.5 | 5 | 0.25 | 10 | 3 | 244.75 |
| Customer Relations Manager | 0.25 | per jurisdiction | COL | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.1 | 0.25 | 0.25 | 6.6 |
| Customer Relations Supervisor | 1 | or every 5 staff supervised | COL | 0.25 | 0.5 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.75 | 0.5 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.1 | 0.25 | 0.25 | 7.6 |
| Customer Relations Specialist | 30,000 | units per FTE | COL | 0.5 | 2.75 | 0.5 | 0.5 | 0.25 | 0.25 | 1.25 | 0.75 | 1.5 | 1 | 0.5 | 1.25 | 0.75 | 1 | 0.75 | 0.5 | 3.25 | 2.25 | 1.5 | 0.5 | 0.5 | 1 | 1.75 | 0.5 | 0 | 0.75 | 0.25 | 26.25 |
| Finance & Reporting Manager | 1,000 | contracts per FTE but not >2 jurisdictions | C | 0.5 | 1.25 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 1 | 1 | 0.5 | 0.5 | 0.5 | 0.5 | 0.75 | 0.5 | 0.1 | 0.5 | 0.5 | 15.1 |
| Financial Analyst | 400 | contracts per FTE | C | 0.75 | 3.25 | 0.75 | 0.5 | 0.25 | 0.25 | 1.25 | 0.75 | 1.25 | 1 | 0.5 | 1.25 | 0.75 | 1 | 1 | 0.75 | 2.5 | 2.5 | 1.5 | 0.5 | 0.75 | 1 | 1.5 | 0.5 | 0.1 | 1 | 0.25 | 27.35 |
| TRACS Analyst | 1150 | contracts per FTE | C | 0.25 | 1 | 0.25 | 0.25 | 0.25 | 0.25 | 0.5 | 0.25 | 0.5 | 0.25 | 0.25 | 0.5 | 0.25 | 0.25 | 0.25 | 0.25 | 0.75 | 0.75 | 0.5 | 0.25 | 0.25 | 0.5 | 0.5 | 0.25 | 0 | 0.5 | 0.25 | 9.75 |

Staffing matrix 02-2011.xlsx

Staffing Matrix

<<Date Macro>>

CGI_ASHMORE-2010830 CONFIDENTIAL

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Voucher Training & Compliance Specialist | 2000 | contracts per FTE | C | 0.25 | 0.75 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.5 | 0.5 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0 | 0.25 | 0.25 | 7.5 |
| 27 | Business Operations Analyst | 700 | contracts per FTE | C | 0.5 | 1.75 | 0.5 | 0.25 | 0.25 | 0.25 | 0.75 | 0.5 | 0.75 | 0.5 | 0.25 | 0.75 | 0.5 | 0.5 | 0.5 | 0.5 | 1.5 | 1.5 | 0.75 | 0.25 | 0.5 | 0.5 | 1 | 0.25 | 0 | 0.75 | 0.25 | 16.25 |
| 28 | Network Administrator | 0.25 | per jurisdiction | O | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0 | 0.25 | 0.25 | 6.5 |
| 29 | Data Center Manager | 0.25 | per jurisdiction | CLE | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0 | 0.25 | 0.25 | 6.5 |
| 30 | Central Services Manager | 1 | for every 5 staff supervised | C | 0.75 | 4 | 0.75 | 0.75 | 0.25 | 0.25 | 1.5 | 1 | 1.75 | 1.25 | 0.5 | 1.5 | 1 | 1.25 | 1.25 | 0.75 | 3 | 3 | 1.75 | 0.5 | 0.75 | 1.25 | 2 | 0.75 | 0 | 1.5 | 0.5 | 33.5 |
| 31 | Central Contract Specialist | 65 | contracts per FTE | C | 4.25 | 19.75 | 4.25 | 3.25 | 1.5 | 1 | 7 | 5 | 8.25 | 6.25 | 2.75 | 7.5 | 4.5 | 6.25 | 5.75 | 4 | 15.5 | 15 | 8.75 | 2.75 | 4.25 | 6.25 | 9.75 | 3.25 | 0.25 | 7 | 2 | 166 |
| 32 | | | | CGI ALL STAFF TOTAL: | 20.75 | 82.75 | 20.25 | 17 | 10.25 | 8.75 | 32 | 23.75 | 33.5 | 28 | 14.75 | 33.25 | 21.5 | 29 | 26.25 | 20 | 70 | 44.5 | 39 | 14.5 | 20.25 | 28 | 42.5 | 17 | 1.95 | 28 | 12 | 739 |
| 33 | | | | CGI NEW STAFF TOTAL: | 20.75 | 41.38 | 20.25 | 17 | 0 | 8.75 | 0 | 23.75 | 33.5 | 28 | 14.75 | 33.25 | 21.5 | 29 | 26.25 | 20 | 0 | 0 | 39 | 14.5 | 20.25 | 28 | 42.5 | 17 | 1.95 | 28 | 12 | 541 |
| 34 | | | | PHA STAFF TOTAL: | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 0.1 | 2 | 2 | 52.1 |
| 35 | | | | SUBCONTRACTOR STAFF TOTAL: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2.75 | 0 | 28.5 |
| 36 | | | | GRAND TOTAL: | 22.75 | 84.75 | 22.25 | 19 | 12.25 | 10.75 | 34 | 25.75 | 38.5 | 30 | 16.75 | 35.25 | 23.5 | 31 | 28.25 | 22 | 72 | 69.25 | 41 | 16.5 | 22.25 | 30 | 44.5 | 19 | 2.05 | 32.75 | 14 | 820 |
| 37 | | | | Confidence Level: | 10% | 75% | 25% | 25% | 75% | 10% | 75% | 10% | 75% | 50% | 10% | 10% | 75% | 50% | 25% | 25% | 75% | 75% | 25% | 10% | 10% | 50% | 25% | 50% | 50% | 25% | 25% | |
| 38 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 40 | **Notes:** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 41 | 1. Not CGI staff | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 42 | 2. Existing PBCA contracts that are already staffed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 43 | 3. CA approximately 50% already staffed | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 44 | 4. Subcontracted to | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Staffing matrix 02-2011.xlsx

CGI_ASHMORE-2010817 CONFIDENTIAL

Work Spilt

&lt;&lt;Date Macro&gt;&gt;

| | Position | Staffing Level Guideline | | AL800 | CO800 | CT800 | GA800 | LA800 | MA800 | MI800 | MO800 | MS800 | PA800 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jurisdiction: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | | | Work split | yes | yes | yes | yes | yes | yes | yes | yes | yes | yes |
| | | | Contracts: | 280 | 272 | 209 | 326 | 171 | 489 | 413 | 367 | 267 | 571 |
| | | | Units: | 16,120 | 16,156 | 14,674 | 26,186 | 14,280 | 40,890 | 33,584 | 23,335 | 15,860 | 44,817 |
| | | | Properties: | 280 | 267 | 208 | 318 | 167 | 455 | 407 | 357 | 259 | 556 |
| | | | Main Offices: | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| PHA FTEs PBT 1-6 | Director of Contract Administration [1] | 1 per jurisdiction | L | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Program Assistant | 4 1 for every 4 FTEs | L | 2 | 2 | 2 | 3 | 2 | 4 | 3 | 3 | 2 | 4 |
| | Local Contract Specialist | 40 properties per FTE | L | 7 | 7 | 5 | 8 | 5 | 12 | 10 | 9 | 7 | 14 |
| | Local Services Manager | 1 for every 5 staff supervised | L | 2 | 2 | 1 | 2 | 1 | 3 | 2 | 2 | 2 | 3 |
| CGI FTEs PBT 1-6 | State Contract Manager | 1 per jurisdiction | L | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Area Manager | 1 > 6 supervisors | L | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Central Services Manager | 1 for every 5 staff supervised | C | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 1 | 2 |
| | Central Contract Specialist | 65 contracts per FTE | C | 4 | 4 | 3 | 5 | 3 | 8 | 6 | 6 | 4 | 9 |
| | Customer Relations Manager | Sup and Mgr combined | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| | Customer Relations Specialist | 30,000 units per FTE | COL | 0.5 | 0.5 | 0.5 | 0.75 | 0.5 | 1.25 | 1 | 0.75 | 0.5 | 1.5 |
| | Finance & Reporting Manager | 1,000 contracts per FTE but not >2 jurisdictions | C | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| | Financial Analyst | Cobmined | | 1 | 1 | 0.75 | 1 | 0.75 | 1.75 | 1.25 | 1.25 | 1 | 2 |
| Admin FTEs | Director of Operations | 0.25 per jurisdiction | O | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 |
| | Administrative Assistant | 1 per main office | L | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Voucher Training & Compliance Specialist | 2000 contracts per FTE | C | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 |
| | Business Operations Analyst | 700 contracts per FTE | C | 0.5 | 0.5 | 0.25 | 0.5 | 0.25 | 0.75 | 0.5 | 0.5 | 0.5 | 0.75 |
| | Quality Assurance Manager | 1100 contracts per FTE | L | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.5 | 0.5 | 0.25 | 0.25 | 0.5 |
| | Quality Assurance Specialist | 350 contracts per FTE (MOR) | L | 0.75 | 0.75 | 0.5 | 1 | 0.5 | 1.5 | 1.25 | 1 | 0.75 | 1.75 |
| | Quality Assurance Specialist | 500 contracts per FTE (CR & VCHR) | C | 0.5 | 0.5 | 0.5 | 0.75 | 0.25 | 1 | 0.75 | 0.75 | 0.5 | 1.25 |
| | Training & Compliance Specialist | 850 contracts per FTE | C | 0.25 | 0.25 | 0.25 | 0.5 | 0.25 | 0.5 | 0.5 | 0.5 | 0.25 | 0.75 |
| | Network Administrator | 0.25 per jurisdiction | O | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 |
| | Data Center Manager | 0.25 per jurisdiction | CLE | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 |
| PBT 1 to 6 | | | PHA FTE count: | 12 | 12 | 9 | 14 | 9 | 20 | 16 | 15 | 12 | 22 |
| | | | CGI FTE count: | 8.5 | 8.5 | 7.25 | 9.75 | 7.25 | 15 | 12.25 | 12 | 8.5 | 16.5 |
| | | | TOTAL FTE count: | 20.5 | 20.5 | 16.25 | 23.75 | 16.25 | 35 | 28.25 | 27 | 20.5 | 38.5 |
| | | | CGI FTE %: | 41% | 41% | 45% | 41% | 45% | 43% | 43% | 44% | 41% | 43% |
| | | | Admin CGI FTE count: | 4.25 | 4.25 | 3.75 | 5 | 3.5 | 6.25 | 5.5 | 5 | 4.25 | 7 |
| | | | Admin Subcontractor FTE count: | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | TOTAL FTE | 24.75 | 24.75 | 20 | 28.75 | 19.75 | 41.25 | 33.75 | 32 | 24.75 | 45.5 |
| | | | Total CGI FTEs: | 12.75 | 12.75 | 11 | 14.75 | 10.75 | 21.25 | 17.75 | 17 | 12.75 | 23.5 |

Staffing CGI Recruiting 3-11-11.xlsx

Work Spilt

CGI_ASHMORE-2010818 CONFIDENTIAL

<<Date Macro>>

|    | P | Q | R | S | T | U |
|----|---|---|---|---|---|---|
|    | 11 | 12 | 13 | 14 | 15 | |
| 2  | **SC800** | **TN800** | **TX800** | **WI800** | **WV800** | **Total** |
| 3  | yes | no | yes | yes | yes | |
| 4  | 271 | 402 | 636 | 448 | 123 | 5,245 |
| 5  | 17,932 | 29,590 | 50,510 | 22,821 | 9,930 | 376,685 |
| 6  | 266 | 390 | 604 | 420 | 123 | 5,077 |
| 7  | 1 | 1 | 1 | 1 | 1 | 15 |
| 8  | 1 | 1 | 1 | 1 | 1 | 15 |
| 9  | 2 | 3 | 5 | 3 | 1 | 41 |
| 10 | 7 | 10 | 15 | 10 | 4 | 130 |
| 11 | 2 | 2 | 3 | 2 | 1 | 30 |
| 12 | 1 | 1 | 1 | 1 | 1 | 15 |
| 13 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | 1 | 2 | 2 | 2 | 1 | 22 |
| 15 | 4 | 6 | 10 | 7 | 2 | 81 |
| 16 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 7.5 |
| 17 | 0.5 | 1 | 1.75 | 0.75 | 0.25 | 12 |
| 18 | 0.5 | 0.5 | 0.75 | 0.5 | 0.5 | 7.75 |
| 19 | 1 | 1.25 | 2 | 1.5 | 0.5 | 18 |
| 20 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 3.75 |
| 21 | 1 | 1 | 1 | 1 | 1 | 15 |
| 22 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 3.75 |
| 23 | 0.5 | 0.5 | 1 | 0.75 | 0.25 | 8 |
| 24 | 0.25 | 0.25 | 0.5 | 0.5 | 0.25 | 5 |
| 25 | 0.75 | 1.25 | 1.75 | 1.25 | 0.25 | 15 |
| 26 | 0.5 | 0.75 | 1.25 | 1 | 0.25 | 10.5 |
| 27 | 0.25 | 0.5 | 0.75 | 0.5 | 0.25 | 6.25 |
| 28 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 3.75 |
| 29 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 3.75 |
| 30 | | | | | | |
| 31 | 12 | 16 | 24 | 16 | 7 | 216 |
| 32 | 8.5 | 12.25 | 18 | 13.25 | 5.75 | 163 |
| 33 | 20.5 | 28.25 | 42 | 29.25 | 12.75 | 379.25 |
| 34 | **41%** | **43%** | **43%** | **45%** | **45%** | |
| 35 | | | | | | |
| 36 | 4.25 | 5.25 | 7.25 | 3.25 | 3.25 | 72 |
| 37 | 0 | 0 | 0 | 2.75 | 0 | 2.75 |
| 38 | **24.75** | **33.5** | **49.25** | **35.25** | **16** | **454** |
| 39 | | | | | | |
| 40 | 12.75 | 17.5 | 25.25 | 16.5 | 9 | 235.25 |
| 41 | | | | | | |

Staffing CGI Recruiting 3-11-11.xlsx

| | Position | | Staffing Level Guideline | Jurisdiction: | IN800 | MD800 | VA800 | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Work split | no | no | yes | |
| | | | | Contracts: | 406 | 292 | 215 | 913 |
| | | | | Units: | 29,466 | 22,791 | 18,323 | 70,580 |
| | | | | Properties: | 386 | 288 | 207 | 881 |
| | | | | Main Offices: | 1 | 1 | 1 | 3 |
| | AHSC FTEs PBT 1-6 | General Manager of Contract Administration | 1 per jurisdiction | L | 1 | 1 | 1 | 3 |
| | | Program Assistant | 4 1 for every 4 FTEs | L | 3 | 2 | 2 | 7 |
| | | Central Services Manager | 1 for every 5 staff supervised | C | 2 | 1 | 1 | 4 |
| | | Central Contract Specialist | 55 contracts per FTE | C | 8 | 6 | 4 | 18 |
| | | Customer Relations Manager | Sup and Mgr combined | | 0.5 | 0.5 | 0.5 | 1.5 |
| | | Customer Relations Specialist | 30000 units per FTE | COL | 1 | 1 | 0.5 | 2.5 |
| | | Finance & Reporting Manager | 1000 contracts per FTE but not >2 jurisdictions | C | 0.5 | 0.5 | 0.5 | 2 |
| | | Financial Analyst | Combined | | 1.25 | 1 | 0.75 | 3 |
| | CGI FTEs PBT 1-6 | State Contract Manager | 1 per jurisdiction | L | 1 | 1 | 1 | 3 |
| | | Area Manager | 1 > 6 supervisors | L | 0 | 0 | 0 | 0 |
| | | Local Contract Specialist | 42 properties per FTE | L | 9 | 7 | 5 | 21 |
| | | Local Services Manager | 1 for every 5 staff supervised | L | 2 | 2 | 1 | 5 |
| | CGI Admin FTEs | Director of Operations | 0.25 per jurisdiction | O | 0.25 | 0.25 | 0.25 | 0.75 |
| | | Administrative Assistant | 1 per main office | L | 1 | 1 | 1 | 3 |
| | | Voucher Training & Compliance Specialist | 2000 contracts per FTE | C | 0.25 | 0.25 | 0.25 | 0.75 |
| | | Business Operations Analyst | 700 contracts per FTE | C | 0.5 | 0.5 | 0.25 | 1.25 |
| | | Quality Assurance Manager | 1100 contracts per FTE | L | 0.25 | 0.25 | 0.25 | 0.75 |
| | | Quality Assurance Specialist | 350 contracts per FTE (MOR) | L | 1.25 | 0.75 | 0.5 | 2.5 |
| | | Quality Assurance Specialist | 500 contracts per FTE (CR & VCHR) | C | 0.75 | 0.5 | 0.5 | 1.75 |
| | | Training & Compliance Specialist | 850 contracts per FTE | C | 0.5 | 0.25 | 0.25 | 1 |
| | | Network Administrator | 0.25 per jurisdiction | O | 0.25 | 0.25 | 0.25 | 0.75 |
| | | Data Center Manager | 0.25 per jurisdiction | CLE | 0.25 | 0.25 | 0.25 | 0.75 |
| | | | | AHSC FTE count: | 17.25 | 13 | 10.25 | 41 |
| | PBT 1 to 6 | | | CGI FTE count: | 12 | 10 | 7 | 29 |
| | | | | TOTAL FTE count: | 29.25 | 23 | 17.25 | 69.5 |
| | | | | CGI FTE %: | 41% | 43% | 41% | |
| | | | | OTHER CGI FTE count: | 5.25 | 4.25 | 3.75 | 13.25 |
| | | | | Subcontractor FTE count: | 0 | 0 | 0 | 0 |
| | | | | TOTAL FTE | 34.5 | 27.25 | 21 | 82.75 |
| | | | | Total CGI FTEs: | 17.25 | 14.25 | 10.75 | 42.25 |

CGI_ASHMORE-2010819 CONFIDENTIAL

Staffing CGI Recruiting 3-11-11.xlsx