UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN ASHMORE,<br><br>       Plaintiff,<br><br>–against–<br><br>CGI GROUP, INC. & CGI FEDERAL, INC.,<br><br>       Defendants. | 11-cv-8611-AT-JLC<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) |

### DEFENDANTS' NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Zachary D. Fasman, Esq., Defendants CGI Group, Inc. and CGI Federal, Inc. will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court for an Order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing Plaintiff Ashmore's Complaint in its entirety, with prejudice, and for such other relief as this Court may deem just and proper.

Dated: New York, New York
    November 23, 2015

                    Respectfully submitted,

                    /s/ Zachary D. Fasman

                    Zachary D. Fasman
                    Andrew M. Schnitzel
                    Proskauer Rose LLP
                    Eleven Times Square
                    New York, NY 10036-8299
                    Tel: (212) 969-3000
                    Fax: (212) 969-2900
                    zfasman@proskauer.com
                    aschnitzel@proskauer.com