# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Benjamin Ashmore
(List the full name(s) of the plaintiff(s)/petitioner(s).)

11  CV  8611  ( AT )( JC )

-against-

**NOTICE OF APPEAL**

CGI Group Inc. and CGI Federal Inc.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Plaintiff, Benjamin Ashmore

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment    ☒ order    entered on: May 9, 2016

(date that judgment or order was entered on docket)

that:   Dismissed the complaint pursuant to Fed.R.Civ.P. 12(b)(1) because Plaintiff lacks standing to pursue claims because they remain property of Plaintiff's Chapter 7 bankruptcy estate.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

June 2, 2016
Dated

Signature

Ashmore, Benjamin, J.
Name (Last, First, MI)

| 70 Alder Drive | Ramsey | New Jersey | 07446 |
|---|---|---|---|
| Address | City | State | Zip Code |

(917) 608-7455                               ben.ashmore@nfcrc.org
Telephone Number                             E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13