UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN ASHMORE,

                Plaintiff,

-against-

CGI GROUP INC. and CGI FEDERAL INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2016
```

11 Civ. 8611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' letters dated June 23, 27 and 29, 2016, it is ORDERED that:

1. Benjamin Ashmore's request for a stay pending appeal is DENIED because he has not established, *inter alia*, a substantial possibility of success on appeal, *see Mohammed v. Reno*, 309 F.3d 95, 100 (2d Cir. 2002).

2. Ashmore and Trustee Barbara A. Edwards' request for an extension of the time to file a motion to substitute the Trustee as plaintiff is DENIED. Any motion to be substituted as plaintiff in this action shall be filed by **July 8, 2016**. Failure to do so shall result in dismissal of the action with prejudice. *See* Fed. R. Civ. P. 41(b).

3. Defendants' request to brief the issue of judicial estoppel is premature and therefore DENIED without prejudice to renewal.

    SO ORDERED.

Dated: June 30, 2016
       New York, New York

                                            ANALISA TORRES
                                          **United States District Judge**