UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN ASHMORE,

               Plaintiff,

-against-

CGI GROUP INC. and CGI FEDERAL INC,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 25, 2016

11 Civ. 8611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pursuant to Federal Rule of Civil Procedure 25, Barbara A. Edwards, the Trustee of the Chapter 7 Bankruptcy Estate of Benjamin Jeffery Ashmore, shall be substituted as plaintiff in this action.

    SO ORDERED.

Dated: October 25, 2016
       New York, New York

_____
ANALISA TORRES
United States District Judge