**MANDATE**

N.Y.S.D. Case #
11-cv-8611(AT)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of June, two thousand and seventeen.

Before:   Robert A. Katzmann,
                    *Chief Judge,*
               Rosemary S. Pooler,
               Gerard E. Lynch,
                    *Circuit Judges.*

_____

Benjamin J. Ashmore, Sr.,

   Plaintiff - Appellant,

v.

CGI Group, Inc., CGI Federal, Inc.,

   Defendants - Appellees.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 12, 2017

**JUDGMENT**
Docket No. 16-1758

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED for lack of jurisdiction.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/12/2017