UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA A. EDWARDS, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF BENJAMIN JEFFREY ASHMORE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　–against–<br><br>CGI GROUP INC. & CGI FEDERAL INC.,<br><br>　　　　　　　　　　　Defendants. | 11-cv-8611-AT-JLC<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br><u>ORAL ARGUMENT REQUESTED</u> |

## **DEFENDANTS' NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Zachary D. Fasman, Esq., Defendants CGI Group Inc. and CGI Federal Inc. will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's Complaint in its entirety, with prejudice, and for such other relief as this Court may deem just and proper.

Dated:  New York, New York
　　　　October 27, 2017

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Zachary D. Fasman</u>
　　　　　　　　　　　　　　　　　　　　　　　　Zachary D. Fasman
　　　　　　　　　　　　　　　　　　　　　　　　Andrew M. Schnitzel
　　　　　　　　　　　　　　　　　　　　　　　　Proskauer Rose LLP
　　　　　　　　　　　　　　　　　　　　　　　　Eleven Times Square
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036-8299
　　　　　　　　　　　　　　　　　　　　　　　　Tel:  (212) 969-3000
　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 969-2900
　　　　　　　　　　　　　　　　　　　　　　　　zfasman@proskauer.com
　　　　　　　　　　　　　　　　　　　　　　　　aschnitzel@proskauer.com