UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BENJAMIN ASHMORE,

              Plaintiff,

      -v.-

CGI GROUP, INC. and CGI
FEDERAL INC.,

              Defendants.
------------------------------------------------------------x

**ORDER**

11-CV-8611 (AT) (JLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/10/2019

**JAMES L. COTT, United States Magistrate Judge.**

      On November 26, 2019, defendants submitted via email a letter-motion to compel discovery with 10 accompanying exhibits.[1]  Under the Court's Individual Rules, plaintiff had two business days to respond to the letter-motion.  To date, however, the Court has not received any response.  The Court is aware that plaintiff's counsel was out of the country at the time defendants' letter-motion was submitted and will remain away until the end of this week, given prior communications from the parties.  Accordingly, plaintiff is hereby directed to respond to defendants' letter motion no later than **December 18**.

      Once plaintiff has responded to this letter-motion, the Court will then determine whether it can resolve this motion (as well as plaintiff's previously submitted letter-motion) on submission, or whether a conference is necessary.

      **SO ORDERED.**

Dated: December 10, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

---

[1] The letter-motion and accompanying exhibits were submitted by email to avoid disclosing any confidential information.

1