Law Offices
**HERBST LAW PLLC**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2020

January 3, 2020

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Ashmore v. CGI
11 Civ. 8611 (AT)

Dear Judge Torres:

We represent plaintiff and write respectfully with the consent of defendants to request a one-week extension, from January 10 to January 17, 2020, of the deadline for the parties' pre-trial filings pursuant to Your Honor's Individual Rules and ECF 351. We also request that the deadline for objections be extended one week, from January 24 to January 31, 2020. This is the first such request. Trial is currently scheduled to commence April 6, 2020.

Notwithstanding the holidays, the parties have been working diligently to resolve issues relating to numerous trial exhibit and deposition designations and objections, and voir dire requests and jury instructions. We believe the additional week requested herein is necessary to complete the work remaining to be done.

Respectfully yours,

/s/ Robert L. Herbst

Robert L. Herbst

GRANTED. By **January 17, 2020**, the parties shall file their pretrial submissions. By **January 31, 2020**, the parties shall file their objections.

SO ORDERED.

Dated: January 3, 2020
New York, New York

ANALISA TORRES
United States District Judge

420 Lexington Avenue, Suite 300 • New York, New York 10170
646-543-2354 • fax (888) 482-4676