UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN ASHMORE,

                        Plaintiff,

        -against-

CGI, INC. and CGI FEDERAL INC.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/3/2020

11 Civ. 8611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        On January 31, 2020, Defendants submitted by email a letter requesting to file their opposition to one of Plaintiff's motion in limine with redactions, and with an exhibit under seal, because of an ongoing dispute between the parties concerning the confidentiality of that exhibit. On February 3, 2020, Defendants filed that letter on the docket. ECF No. 406. It is hereby ORDERED that by **February 6, 2020**, Plaintiff shall file a letter not to exceed 3 pages stating his position on Defendants' proposed redactions and sealing.


        SO ORDERED.

Dated: February 3, 2020
        New York, New York

                                        _____
                                        ANALISA TORRES
                                        United States District Judge