UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/12/2020_

BENJAMIN ASHMORE,

                Plaintiff,

       -against-

CGI, INC. and CGI FEDERAL INC.,

                Defendants.

11 Civ. 8611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 12, 2020, Defendants submitted a letter to the Court raising concerns related to the spread of COVID-19 and its potential effect on the jury trial scheduled to begin on April 6, 2020. ECF No. 433. Defendants requested a teleconference with the Court to discuss the status of the trial. *Id.*

It is ORDERED that Plaintiff shall file a letter in response by **March 13, 2020**, at **5:00 p.m.**

SO ORDERED.

Dated: March 12, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge