USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/13/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN ASHMORE,

        Plaintiff,

-against-

CGI, INC. and CGI FEDERAL INC.,

        Defendants.

11 Civ. 8611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that a telephonic conference shall be held in this matter on **March 16, 2020**, at **11:00 a.m.**, to discuss the parties' letters filed on March 12 and March 13. ECF Nos. 433, 435. The parties are directed to call chambers at (212) 805-0293 at 11:00 a.m., with both parties on the line.

    SO ORDERED.

Dated: March 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge