USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN ASHMORE,

    Plaintiff,

-against-

CGI, INC. and CGI FEDERAL INC.,

    Defendants.

11 Civ. 8611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The telephonic conference scheduled for March 16, 2020, is ADJOURNED *sine die*. The final pretrial conference scheduled for April 1, 2020, is ADJOURNED *sine die*. The trial set to commence on April 6, 2020, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: March 16, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge