UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN ASHMORE,

Plaintiff,

-against-

CGI, INC. and CGI FEDERAL INC.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/17/2020

11 Civ. 8611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is ORDERED that trial will commence in this action on **October 19, 2020**, at **9:00 a.m.**  In accordance with Paragraph V.H of the Court's Individual Practices, trial will be conducted from 9:00 a.m. to 2:15 p.m. with a break from 11:15 to 11:45 a.m.  During the jury selection and jury deliberation phases, court will be in session from 9:00 a.m. to 5:00 p.m. with a break from 1:00 to 2:00 p.m.

By **September 21, 2020**, the parties shall submit a joint letter summarizing any necessary alterations to their proposed pretrial order, ECF No. 381, and any other matters that should be brought to the Court's attention in advance of trial in light of the revised schedule.

On **October 14, 2020**, at **11:00 a.m.**, counsel for all parties shall appear for a final pre-trial conference in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: April 17, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge