**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN J. ASHMORE, SR, <br><br> Plaintiff, <br><br> - against - <br><br> CGI, INC., and CGI FEDERAL, INC., <br><br> Defendants. | Case No.: 11 Civ. 8611 (AT) <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISCONTINUANCE WITH PREJUDICE** |

     IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the above-captioned parties that, pursuant to Federal Rule of Civil Procedure 41(a), any and all claims asserted by Plaintiff Benjamin J. Ashmore, Sr., in the above-captioned action are hereby dismissed with prejudice, without costs to any party or against any other party.

Dated:  New York, New York
         February 11, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Robert L. Herbst | /s/ Allan S. Bloom |
| Robert L. Herbst | Allan S. Bloom |
| 420 Lexington Ave, Ste 300 | Andrew M. Sherwood |
| New York, New York 10170 | PROSKAUER ROSE LLP |
| (646) 543-2354 | Eleven Times Square |
| rherbst@herbstlawny.com | New York, New York 10036 |
| *Attorney for Plaintiff* | (212) 969-3000 |
| | abloom@proskauer.com |
| | asherwood@proskauer.com |
| | *Attorneys for Defendants* |

**SO ORDERED:**

_____
The Honorable Analisa Torres
United States District Judge