## EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENJAMIN J. ASHMORE, SR,

Plaintiff,

- against -

CGI, INC., and CGI FEDERAL, INC.,

Defendants.

Case No.: 11 Civ. 8611 (AT)

**STIPULATION AND [PROPOSED] ORDER OF DISCONTINUANCE WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the above-captioned parties that, pursuant to Federal Rule of Civil Procedure 41(a), any and all claims asserted by Plaintiff Benjamin J. Ashmore, Sr., in the above-captioned action are hereby dismissed with prejudice, without costs to any party or against any other party.

Dated: New York, New York
    February 11, 2021

Respectfully submitted,

_____

Robert L. Herbst
420 Lexington Ave, Ste 300
New York, New York 10170
(646) 543-2354
rherbst@herbstlawny.com
*Attorney for Plaintiff*

_____

Allan S. Bloom
Andrew M. Sherwood
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
abloom@proskauer.com
asherwood@proskauer.com
*Attorneys for Defendants*

**SO ORDERED:**

_____

The Honorable Analisa Torres
United States District Judge